**E-FILED**
Thursday, 01 September, 2005  04:31:17 PM
Clerk, U.S. District Court, ILCD

## DISCLOSURE OF INFORMATION AGREEMENT
## AND RELEASE OF ALL CLAIMS INVOLVING THE DISCLOSURE OF INFORMATION

This Disclosure of Information Agreement and General Release is made and entered into this ____ day of ____, 2005, by and between the City of Springfield, Illinois ("the City"), and _____ ("applicant") to extinguish any and all obligations and claims among the parties as it relates to the release of information.

### WITNESSETH

**WHEREAS,** the applicant has made a request to know the reason(s) for his or her removal from the Eligibility List for entry-level employment with either the Springfield Police Department or Springfield Fire Department;

**WHEREAS,** the applicant agrees to waive and release any and all claims that he or she may have or could have asserted in the claim or any other claims arising out of the release of information to the applicant by the City.

**NOW THEREFORE,** for and in consideration of the agreements, covenants, and conditions herein contained, the adequacy and sufficiency of which are hereby expressly acknowledged by each of the parties hereto, the City and applicant hereby agree as follows:

1.    Non-Admission.

Nothing contained herein, nor any actions taken by any parties in connection herewith, shall constitute, be construed as, or be deemed to be an admission of fault, liability, or wrongdoing of any kind whatsoever on the part of any party hereto.

2.    Obligations of the parties.

In exchange for the applicant's waiver and release as set forth in Paragraph 3, the City agrees to release the area(s) where negative information was obtained from the applicant's background investigation that led to the applicant's removal from the Eligibility List for entry-level employment with the Springfield Police Department or Fire Department.

3.    Waiver and Release.

a.        In consideration for the terms described in Paragraph 2, above, the applicant stipulates and agrees not to sue or file administrative charges or complaints against the City, former or current employees of the City, members of the City Council, Mayor, Civil Service Commission, and members of the Civil Service Commission including but not limited to charges or a complaint filed with the Illinois Department of Human Rights, United States Equal Employment Opportunity Commission, United States Department of Labor, Illinois Department of Labor, and any and all causes of action in state or federal court stemming from the City's release of information to the applicant. The applicant further stipulates and agrees to waive, release and hold harmless the City and all officials, employees and attorneys, from any and all liability, claims and charges which arose prior to the date of execution of this Agreement, whether known or unknown, including, but not limited to, claims arising under any express or implied contract, tort, policy, law, rule, or regulation including but not limited to, Title VII of the Civil Rights Act of 1964, as amended; the Civil Rights Act of 1866; the Civil Rights Act of 1870, 1871, 1875 and 1991; any constitutional law violation arising under the First and Fourteenth Amendments of Constitution; Illinois Civil Rights Act of 2003; the Illinois Human Rights Act, as amended; or the Age Discrimination in Employment Act of 1967, as amended, stemming from the City's release of information to the applicant. If any court rules that any waiver by the applicant of his or her right to file, or have filed in his or her behalf, any administrative or judicial charges or complaints is ineffective, the applicant agrees not to accept any monetary damages or other relief upon the filing of any such administrative or judicial charges or complaints. The applicant acknowledges and agrees that the release and discharge set forth above is a general release. The applicant expressly waives and assumes the risk of any and all claims for damages which exist as of this date, but of which the applicant does not know or suspect to exist, whether through ignorance, oversight, error, negligence, or otherwise, and which, if known, would materially affect the applicant's decision to enter into this Disclosure of Information Agreement. The applicant agrees that the facts or law may be other than the applicant believes. However, nothing in this subsection shall affect the applicant's ability to seek administrative review of the Civil Service Commission's decision and such right is specifically preserved.

b.        No waivers or releases recited herein shall be deemed to waive any rights under this Agreement.

4.    Voluntary Agreement: Advice of Counsel.

Each of the parties acknowledges and states that each has read this Agreement and that each has had the opportunity to seek the advice of counsel, that each has been capably represented by counsel, that each understands the legal effect and binding nature of this Agreement and that each is acting voluntarily, without the exertion of duress upon either, in executing this Agreement.

5.    Entire Agreement.

This instrument contains the entire agreement between the parties hereto with respect to the subject matter hereof, and supersedes and cancels all previous agreements, commitments and writings between the parties. This instrument may not be modified in any manner except by an instrument in writing signed by the parties hereto. This instrument shall be construed as a whole and not strictly for or against any one of the parties hereto.

6.    No Assignment.

The applicant represents and warrants to and in favor of the City, that he has not heretofore assigned or transferred, or purported to assign or transfer, to any person or entity, any claim or claims against the City or its officials and employees.

7.    Law Governing.

This Agreement shall be interpreted, construed, and enforced pursuant to the law of, and before the courts of, the State of Illinois.

8.    Damages in the Event of Breach.

In the event any party breaches the terms of this Agreement, the breaching party shall be responsible for whatever damages the other party incurs as a result of said breach including the reasonable attorney's fees and costs incurred should the non-breaching party be forced to obtain legal counsel or file suit to enforce the terms of this Agreement.

9.    Binding Effect on Others.

This Agreement shall be binding and inure to the benefit of each of the parties hereto, and their respective affiliates, legal representatives, estates, successors, assigns, heirs, administrators, personal representatives and executors.

10.    Attorney's Fees.

Each party hereto shall bear all attorney's fees and costs arising from the actions of its own counsel in connection with the this Disclosure of Information Agreement, and all related matters.

11.    Execution in Counterparts.

This Agreement may be executed by each of the parties hereto in separate counterparts and have the same force and effect as if the parties had executed it in a single document.


**IN WITNESS WHEREOF,** the parties have caused this instrument to be properly executed as of the date first written above.


**THE CITY OF SPRINGFIELD, ILLINOIS**

_____
    **Timothy J. Davlin, Mayor**

**Date:** _____


**APPLICANT**

_____

**Date:** _____


**LEGAL COUNSEL FOR APPLICANT (if applicable)**

_____

**Date:** _____

2