## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| THE SPRINGFIELD BRANCH, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, et al, | ) ) ) ) |
| Plaintiffs, | ) |
| v. | ) CASE NO.  00-3136 |
| CITY OF SPRINGFIELD, ILLINOIS, et al | ) ) |
| Defendant, and | ) ) |
| POLICE BENEVOLENT AND PROTECTIVE ASSOCIATION, UNIT NO. 5 and INTERNATIONAL ASSOCIATION OF FIREFIGHTERS, LOCAL 37, | ) ) ) ) ) |
| Third-Party Defendants. | ) |

## ENTRY OF APPEARANCE

Now comes A. Courtney Cox and hereby enters his appearance on behalf of Plaintiffs James E. Johnson and Tara Holder (formerly known as Tara Borders)

DATED: September 1, 2005.

        HART & HART
        Attorneys for Plaintiffs
        Johnson and Holder

        BY:  s/A. COURTNEY COX

A. COURTNEY COX
Illinois Bar #06182590
HART & HART
Attorneys at Law
P. O. Box 937
Benton, IL 62812-0937
Telephone: 618-435-2962
Telefax: 618-435-2962
Email: courtc@harthart.com

## PROOF OF SERVICE

The undersigned hereby certifies that copy of the foregoing will be sent to the following attorneys through the ECF System on September 1, 2005.

Jenifer Johnson
Corporation Counsel
City of Springfield
Room 100, Municipal Center West
300 South Seventh Street
Springfield, Illinois 62701-1680

Donald M. Craven
Attorney for IAF Local #37
1005 North 7th Street
Springfield, IL 62702

Ronald J. Stone
Attorney for PB&PA Unit #5
725 South 4th St.
Springfield, IL 62703

David L. Rose
Rose & Rose
1320 19th Street, N.W., Suite 601
Washington, D.C. 20036

S/A. COURTNEY COX