E-FILED
Friday, 02 September, 2005  11:49:45 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| THE SPRINGFIELD BRANCH, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, et al, | ) ) ) ) | |
| Plaintiffs, | ) | |
| vs. | ) | NO: 00-3136 |
| CITY OF SPRINGFIELD, ILLINOIS, et al | ) ) ) | |
| Defendant, and | ) ) | |
| POLICE BENEVOLENT AND PROTECTIVE ASSOCIATION, UNIT NO. 5 and INTERNATIONAL ASSOCIATION OF FIREFIGHTERS, LOCAL 37, | ) ) ) ) | |
| Third Party Defendants. | ) | |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

NOW COMES counsel, BRADLEY B. WILSON and the law firm of GATES, WISE & SCHLOSSER, P.C., for the Defendant, THE CITY OF SPRINGFIELD, and hereby requests this Honorable Court to allow BRADLEY B. WILSON and the law firm of Gates, Wise & Schlosser, P.C., as attorneys of record for the Defendant, THE CITY OF SPRINGFIELD to withdraw as counsel of record and as grounds for said Motion, states as follows:

1. The undersigned attorney was retained by the Defendant in the above referenced matter in order to represent the Defendants interests in this matter.

2. That Defendants terminated the attorney-client relationship in September 2003.

3. The Defendant's last known address is:

> Jenifer Johnson
> Corporation Counsel-City of Springfield
> Room 100, Municipal Center West
> 300 South Seventh Street
> Springfield, IL 62701-1680

4. For these reasons, the law firm of Gates, Wise & Schlosser, P.C. will no longer be able to represent Defendant, THE CITY OF SPRINGFIELD in the above-referenced matter.

WHEREFORE, BRADLEY B. WILSON and the law firm of GATES, WISE & SCHLOSSER, P.C. pray this Honorable Court will enter an order allowing said BRADLEY B. WILSON and the law firm of GATES, WISE & SCHLOSSER, P.C., to withdraw as counsel of record for the Defendant in the above matter.

Respectfully Submitted,

**GATES, WISE & SCHLOSSER, P.C.**

By: /s/ Bradley B. Wilson

**GATES, WISE & SCHLOSSER, P.C.**
Attorneys at Law
1225 South Sixth Street
Springfield, Illinois 62703
217/522-9010

**CERTIFICATE OF SERVICE**

On September 2, 2005 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

A. Courtney Cox
Hart & Hart
P.O. Box 937
Benton, Illinois 62812-0937

Jenifer Johnson
Office of the Corporation Counsel
Municipal Center West
300 South Seventh, Room 100
Springfield, IL 62701

Donald M. Craven
Attorney for IAF Local #37
1005 North 7th Street
Springfield, IL 62702

Ronald J. Stone
Attorney for PB&PA Unit #5
725 South 4th St.
Springfield, IL 62703

David L. Rose
Rose & Rose
1320 19th Street, N.W., Suite 601
Washington, D.C. 20036

And I hereby certify that I have mailed by United State Postal Service the document to the following non CM/ECF participants:

                                                      s/Bradley B. Wilson
                                                     Bradley B. Wilson Bar #6238373
                                                     Gates, Wise & Schlosser, P.C.
                                                     1231 South Eighth Street
                                                     Springfield, Illinois  62703
                                                     Telephone: 217/522-9010
                                                     Facsimile: 217/522-9020
                                                     E-mail: brad@gwspc.com