E-FILED
Thursday, 15 September, 2005  04:28:45 PM
Clerk, U.S. District Court, ILCD

scholarship award.   Due to the logistics of coordinating the scholarship with the Department's application and testing procedures, this provision was dropped.  The value of this scholarship program as a recruiting tool will be determined by the Department's ability to effectively market the program at colleges or universities providing law enforcement related programs.

Many discussions relating to the issue of a minority scholarship took place.  The final scholarship program was developed for flexibility and includes minorities and not-minorities.  It is the opinion of and recommendation by the LS team that the scholarship program be open to all persons.  The LS team supports the Department's proactive approach to developing a divers department.  The flexibility of the scholarship program will allow awards to be presented to a wide variety of individuals, which can only further the Department's goal of becoming a diverse organization."

On 05/13/03, LS met with Mayor Davlin to present the scholarship program and received feedback from the Mayor.  On 05/21/03 Mayor Davlin presented a check to LS for $1000 to be used for the scholarship.

| | |
|---|---|
| **Location:** | Presentation at the Illinois Job Assistance Office |
| **Date:** | 05/16/03 |
| **Presenters:** | Officer Homeier |
| **# of Attendees:** | 20 |
| **Demographics:** | FW 1, MW 2 |
| **Recruiting Aids:** | Pop – Up, Pens, Brochures |
| **Purpose:** | Springfield seeks to recruit and employ qualified African American and other minority applicants, and women. |

On 05/26/03, Officer Homeier was requested to do a presentation for the Illinois Job Assistance program and promote the Springfield Police Department.  The demographics of the group were over the age of 40.  Officer Homeier spoke to 3 individuals, 1 minority.

| | |
|---|---|
| **Location:** | Orientation, Springfield Police Academy |
| **Date:** | 05/19/03 |
| **Presenters:** | AC Geiger, LT Smith, LT Wilson, Sgt. Keen, Officer Homeier |
| **# of Attendees:** | 42 |
| **Demographics:** | various groups |
| **Recruiting Aids:** | Video, Business Cards |
| **Purpose:** | To familiarize candidates about the Springfield Police Department testing process |

Human Resources and the Springfield Police Department familiarized candidates who had showed interest by turning the application in to the Human Resource office.  Human Resources talked about the testing process and officers spoke about the job description of a police officer.  Officers showed the physical fitness video and handed out business

cards. The candidates were encouraged to contact Officer Homeier if they had any questions or concerns.

| | |
|---|---|
| **Location:** | Springfield Urban League, Tutorial for Applicants |
| **Date:** | 05/29/03 |
| **Presenters:** | Assistant Chief Williams, Officer Homeier |
| **# of Attendees:** | 2 |
| **Demographics:** | MB 2 |
| **Recruiting Aids:** | handouts |
| **Purpose:** | Tutorial training for applicants taking the written exam |

On May 27, 28, 2003 Peggy from the Springfield Urban League called to invite individual to participate in the study session to be conducted by Officer Homeier on May 29, 2003, 6 p.m. – 8 p.m. She contacted the following individuals:

| Name | Response |
|---|---|
| Alexander, Edward | No Answer/ Left Message |
| Baldwin, Hayden | Attended |
| Borders, Tara | No |
| Covington, Marcus | No Answer |
| Dhatonubia, Sadiki | Attended |
| Fowler, Caritez | Yes/No show |
| Holmes, Rory Sr. | No Phone |
| Newman, Michael | No, had to work |
| Orr, Serrick | Will try to attend |
| Pethy, Michael | No, he will have his kids |
| Robinson, Alvin | Yes/No show |
| Williams, Stanley | No Answer |

Assistant Chief Williams and Officer Homeier met with Hayden Baldwin and Sadiki Dhatonubia. Officers went through each section of the exam; math, grammar, reading comprehension and report writing, and had handouts for the candidates. Mr. Baldwin and Mr. Dhatonubia brought in their scores from the practice exam and officers tutored them.

| | |
|---|---|
| Location: | Written Exam, Prairie Capital Convention Center |
| Date: | 06/07/03 |
| Presenters: | Human Resources |
| # of Attendees: | 287 |
| Demographics: | BF 7, FDD 3, WF 39, Am 4, BM 19, HM 4, WM 205, AIM 2, MDD 4 |
| Recruiting Aids: | Business Cards |

| | |
|---|---|
| Location: | Juneteenth Celebration |
| Date: | 06/14-15/03 |
| Presenters: | Officer Homeier |
| # of Attendees: | Several |
| Demographics: | FB 17, MB 15 |
| Recruiting Aids: | Pop-up, handouts, pens |
| Purpose: | Springfield seeks to recruit and employ qualified African American and other minority applicants, and women |

On June 14th – 15, 2003 Officer Homeier attended the Juneteenth Celebration held at Comer Cox Park with the Departments' Command Vehicle. The PBPA # 5 had donated 2 Springfield Police Henleys for a drawing held at the celebration. Officer Homeier spoke to several individuals about becoming a police officer. She spoke to 17 African American females and 15 African American males. This event was a success. Our Department is proactive in recruiting for the next written exam to be held next year.

# City of Springfield Fire Department New Hires 1/1/03 - 6/31/03

| Start Date | Name | | Title | Sex | Race |
|---|---|---|---|---|---|
| 5/5/03 | MICHAEL | CANNY | PROB FIREFIGHTER 1ST YEAR | M | W |
| 5/5/03 | WILLIAM | CRAWFORD | PROB FIREFIGHTER 1ST YEAR | M | W |
| 5/5/03 | TYLER | SEXTON | PROB FIREFIGHTER 1ST YEAR | M | W |
| 5/5/03 | JACOB | MUELLER | PROB FIREFIGHTER 1ST YEAR | M | W |
| 5/5/03 | TROY | SNIDER | PROB FIREFIGHTER 1ST YEAR | M | W |
| 5/5/03 | JAMES | MCMANN | PROB FIREFIGHTER 1ST YEAR | M | W |
| 5/5/03 | DANIEL | HIGGINSON | PROB FIREFIGHTER 1ST YEAR | M | W |
| 5/5/03 | JEFFREY | OSHEA | PROB FIREFIGHTER 1ST YEAR | M | W |
| 5/5/03 | PATRICK | TREES | PROB FIREFIGHTER 1ST YEAR | M | W |
| 5/5/03 | RICKY | FLOWERS | PROB FIREFIGHTER 1ST YEAR | M | W |
| 5/5/03 | JOHN | CORREDATO | PROB FIREFIGHTER 1ST YEAR | M | W |
| 5/5/03 | GERALD | PETTIT | PROB FIREFIGHTER 1ST YEAR | M | W |
| 5/5/03 | CLINT | WARNISHER | PROB FIREFIGHTER 1ST YEAR | M | W |
| 5/5/03 | MARK | BARDOEL | PROB FIREFIGHTER 1ST YEAR | M | W |
| 5/5/03 | MATTHEW | WOOD | PROB FIREFIGHTER 1ST YEAR | M | W |
| 5/5/03 | VINCENT | ZUMMO | PROB FIREFIGHTER 1ST YEAR | M | W |
| 5/5/03 | CARL | HINMAN | PROB FIREFIGHTER 1ST YEAR | M | W |
| 5/5/03 | JOHN | HUGHES | PROB FIREFIGHTER 1ST YEAR | M | W |
| 5/5/03 | JACOB | LESSEN | PROB FIREFIGHTER 1ST YEAR | M | W |
| 5/5/03 | CHRISTOPHER | DALY | PROB FIREFIGHTER 1ST YEAR | M | W |

AGENDA

POLICE AND FIRE FIGHTER MINORITY AND FEMALE RECRUITMENT

JUNE 20, 2003

I.   Discussion of Recruitment Efforts and documentation of minorities and
     woman candidates by the Police and Fire Dept.

     A.  Recruitment letters to Minority and Woman's Organizations.
     B.  Recruitment letters to minority and female candidates.
     C.  Response received from Minority and Woman's Organizations.
     D.  Campus recruitment at high schools, recruitment fairs and colleges.
     E.  Partnership efforts with the NAACP and Springfield Urban League.
     F.  Website recruitment.
     G.  Scholarship efforts for minority and female candidates.
     H.  Assistance from the Black Guardians.
     I.  Other Suggestions.

II.  Obtaining Assistance from other organizations.

     A.  Clergy and Ministerial Alliance.
     B.  Race Relations Taskforce
     C.  Minority and Females Leaders in Springfield and nearby communities.
     D.  Other Suggestions.
     E.  Documenting our efforts.

III. Coordinating the Efforts of the Police and Fire Depts.

IV.  Goals and Timetables for minority and female candidates.

KAREN CARLSON          DAN DICKERSON          JESSICA HOPPE          ROB ROBINSON

"TEAM DILIGENCE"

# LEADERSHIP SPRINGFIELD
## MAY 21, 2003

# FUTURE FORCE

Careers in the Police and Fire Department
An Interactive Curriculum

KAREN CARLSON    DAN DICKERSON    JESSICA HOPPE    ROB ROBINSON

# LEADERSHIP SPRINGFIELD
## 2003

## TABLE OF CONTENTS

### I. OVERVIEW
A. Description of Project
B. Goal of Project
C. Challenges
D. Project Proposal
E. Meeting Minutes

### II. RESULTS
A. School District Involvement
B. Fire Unit Modules
C. Police Unit Modules
D. Agency Action Plan

### III. GROUP MEMBERS' COMMENTS
A. Karen Carlson
B. Dan Dickerson
C. Jessica Hoppe
D. Rob Robinson

### IV. FUTURE OF THE PROJECT

### Appendix
A. Lanphier High School's Public Service Academy

# Leadership Springfield
## 2003

---

# I. Overview

## Description of Project

We were asked by the City of Springfield, specifically the Human Resources Department, to design a program that would help develop an excitement among young people to become public servants, specifically police officers and firefighters. The city's vision was that this project would assist with their recruitment efforts to create a Police and Fire Department that reflected the diverse makeup of the city while encouraging students to maintain a good academic record and high moral and personal conduct.

Initially, Gina Larkin, director of human resources for the City, suggested a minority focus, but allowed us to broaden it to any interested student. When we discovered other programs in the works, including Lanphier's Public Safety Academy, the Citizens Police Academy and the Explorers Program, we had to find a niche for our project. Our project went through several phases throughout our time in Leadership Springfield, from a Saturday program, a summer camp, a half-day project, as an addendum to another program, etc.

What we have created is a template whereby students would receive a half-day training about various units of the police and fire departments, learning about career opportunities within the departments, and gaining an understanding of the skills needed to succeed in those careers.. They combine lecture and hands-on training, providing a good mix of basic knowledge and interactive work to keep students interested. Ideally, students would receive credit for completing the program.

## Goal of the project

■ To motivate high school freshman and sophomore students to pursue a career in public safety by exposing them to the various facets of the position, and to let them see the various skills required by the police and fire units, thus seeing an opportunity to apply their skills and interests to a career they might not otherwise have considered.
■ To encourage them to maintain a good academic record of high moral and personal conduct in order to pursue a career in the public sector.

## The Process:

We first met with Gina Larkin, Project Coordinator, to be sure we understood the project, to discuss our plans, and to listen to suggestions. Ms. Larkin was also a very valuable resource in identifying contact people within the city as well as the School District.

# LEADERSHIP SPRINGFIELD
## 2003

Since this was a City of Springfield proposal, Team Diligence developed a strategy whereby team members would first identify and approach School District officials to develop a relationship and pitch the proposal.

Next steps included meeting with officials from the Police and Fire Departments (including the Chief of Police and most of the Assistant Chiefs) to determine their level of buy-in and support of Future Force.

Given the new information obtained during our first meetings we then, with the guidance and support of our Project Coordinator, "tweaked" the project to concentrate on the development of a curriculum that was flexible enough to be used during the school year or dropped into a summer or even weekend independent program.

## Challenges

The project was very open and lacked structure at the beginning. The more people we talked to, the more ideas we had, and the tougher it became to focus the project. In addition to losing Daryl Heller, we faced other challenges, considering the changing administration: Gina Larkin, Director of Human Resources for the City of Springfield, and Police Chief John Harris, both left their jobs.

The basic nature of the project — trying to coordinate the Springfield Human Resources Department, the Springfield Police Department, the Springfield Fire Department and Springfield Public School District #186 — was difficult. There is definitely some truth to the saying "too many cooks in the kitchen". The more we tried to broaden the project to develop an overall program, the more we realized that what a challenge that really was.

Unbeknownst to Team Diligence, or the City of Springfield, the Springfield School District (SSD) had been working for some time on a similar project "Public Service Academy". Although this project had been in the works for some time it was still some distance from implementation. Given our time-line it was decided to create our curriculum in such a manner that it could easily be adapted to any program the SSD might put in place in the future.

In these tough budget times, the police department in turmoil and during an election year, it was often difficult to schedule meetings between the team and critical city and school personnel. However, we just kept going, trying to do as much as we could in the time that we had.

Leadership
Springfield

PROJECT PROPOSAL

Agency Name:  City of Springfield

I.    Give a detailed description of the project to be completed by the LS project group.
(Refer to Project Guidelines for additional information.)  Description:  Develop a partnership with the Springfield school system whereby students will receive hands-on training & guidance from Springfield Police Officers & Firefighters in order to create an interst in public career Purpose:  1)  To assist the City of Springfield with its long-term recruitment program & further the goal of creating a Police & Fire Dept. which resembles the diverse makeup of city;  2)  To instill in students the importance of maintaining a good academic record an high moral and personal conduct.

I.    Give the specific goals to be accomplished for the project.  If applicable, give specific timetables/deadlines for completion.

Goal                                                    Timetable/deadline

A.  Identify specific students to participate in the program, concentrating on minority & female students.
B.  Develop "curriculum" whereby students will receive traditional classroom & hands-on training.
C.  Provide incentives for students to participate in program & establish guidelines students must fllow to maintain participation in program.
D.  Encourage students to continue higher education in fields related to law enforcement & firefighting.

(All goals/program should be implemented by the Fall 2003 school year)

I.    List other future volunteer opportunities such as board member vacancies, committee members, etc.

To ensure the continuation of this program, a board may be formed consisting of community members, City of Springfield staff and school district personnel to direct the activities of the program, seek grant funding, etc.

Agency Director  Gina C. Larkin                          Date  10-14-2002

Agency LS Project Coordinator  Gina C. Larkin

Mailing Address  300 South Seventh St., Rm 200, MCW, Springfield, IL  62701

Telephone  217/789-2446                        Fax  217/789-2118

# LEADERSHIP SPRINGFIELD
## 2003
## MEETING MINUTES

Nov. 5, 2002
Meeting at SILC - 5 p.m.

**Attending:**
Karen Carlson
Dan Dickerson
Daryl Heller
Jessica Hoppe
Rob Robinson
-Gina Larkin

The group meets Gina Larkin, director of human resources, who submitted the project proposal, and discusses her hopes for the project. Initial brainstorming about ideas for the project. The group planned to meet with a police officer and firefighter to get their ideas about what they could offer students.

The group decides that high school students (9th and 10th grades) would be the best candidates for the program.

Concerns included what type of program would be satisfactory for the school, district and students.

---

Nov. 26
Meeting at SILC - 5 p.m.

**Attending:**
Karen Carlson
Dan Dickerson
Daryl Heller
Jessica Hoppe
Rob Robinson
-Gina Larkin
-Firefighter

Firefighter Mark Dyment (policeman did not attend) showed a great interest in promoting his profession with the students. Observed were the various details of the job of which the uninformed may be unaware. (professionalism, perks, emphasis on medical aspects of job).

The group votes on Lanphier High School as the best place to seek support for the program.

Rob volunteers to call Lanphier's principal, Larry Rowe, and pitch the idea.

---

Dec. 10
Meeting at Lanphier High School - 1:15 p.m.

**Attending:**
Karen Carlson
Jessica Hoppe
Rob Robinson
-Gina Larkin

The group sits in on Lanphier's weekly meeting with all the heads of the school's departments. The group pitches the idea to the attendees. Mr. Rowe is very interested in the project. However, Lanphier already is beginning work on a "Public Safety Academy" to mirror the Health Academy at Springfield High School and the Hospitality/Tourism Academy at Southeast High School. We are invited to the group's first meeting, to be held later that week.

4

Dec. 12
Meeting at Lanphier High
School - 1:15 p.m.

**Attending:**
Karen Carlson
Rob Robinson

The Lanphier group members discuss the program. Funding seems to be particularly hazy. The project is above and beyond the scope of the LS project. It is a four-year curriculum whereby students would receive vocational training in public safety professions. Mr. Rowe is very willing to have our LS group assist their program. Rob and Karen agree that we need to refocus our project, either by determining where we can assist the larger effort, develop a new peripheral project to coincide with Lanphier's, or choose an entirely new project.

---

Jan. 7
Meeting at SILC - 5 p.m.

**Attending:**
Karen Carlson
Dan Dickerson
Daryl Heller
Rob Robinson
-Gina Larkin
-Lisa Crocker

The group meets Lisa Crocker, our LS alumna. The group discusses how to both fulfill the project's requirements and achieve the LS standards. Gina had no prior knowledge of Lanphier's program but would be satisfied if the group worked with Lanphier's program. Lisa gives helpful suggestions about ways our group can fulfill LS's standards. The group agrees that potential exists to work with Lanphier's program, though in a more focused manner, as needed by the program. However, it is unclear whether the program will even move forward at this time, due to funding concerns. Rob volunteers to call one of the school district contacts to check on progress of the program and ask where the group could assist the program's development.

---

Jan. 21
Meeting at SILC - 5 p.m.

**Attending:**
Karen Carlson
Dan Dickerson
Rob Robinson
-Gina Larkin

Morale is at a low point. It appears that opportunities to assist Lanphier will be minimal. The group discusses where to go from here. Should we contact the school district? Plan a database of police and fire personnel? Undertake research? Lanphier's concerns include adequate staffing and grant money. Their curriculum has been cut to a half day.

After some brainstorming, the group decides to function independently of the school district. Our plan: to formulate training sessions with the police and fire departments. These would be one to two-hour sessions that the departments could then offer to the school. They could operate either within the school day, after school, or as a separate summer program.

Gina is enthusiastic about this idea and will help arrange a meeting with their recruitment team.

Jan. 28
Meeting at Police Dept. -
White Oaks Mall

**Attending:**
Karen Carlson
Dan Dickerson
Daryl Heller
Jessica Hoppe
Rob Robinson
-Gina Larkin

The group meets with Officer Heidi Homeier, recruiter for the Springfield Police Department. She talks about her efforts in recruiting in the schools and offers suggestions for our project, including looking at LLCC's curriculum, considering PTA groups and advertising.

After some discussion, the group decides to focus on the career opportunities available with the SPD, units within the SPD that students may be interested in, namely: Canine Officer, Crime Prevention, Crime Scene Investigator, Criminal Investigations, Drug Enforcement Unit, Emergency Response Team, Field Training Officer, Gang Enforcement, Hostage Negotiations, Mounted Patrol, Neighborhood Police Officer, School Resource Officer and Traffic Enforcement.

We hope to design several one-hour to half-day hands-on sessions focusing on how the skills or interests students have (e.g., computers, animals, medicine, science, etc.) could translate into one of these special SPD assignments. A possible additional segment would be "How to Become a Police Officer" conducted by Officer Homeier.

Our "training sessions" that we will develop will be handed over to the school district for the purpose of implementing these sessions into the newly-formed Public Safety Academy. How and when they do this will be the responsibility of the Academy/School District.

Gina suggests inviting students to help during the physical testing of applicants, which will take place June 7.

---

Feb. 10
Meeting at Police Dept.
Downtown

**Attending:**
Karen Carlson
Dan Dickerson
Daryl Heller
Rob Robinson
-Gina Larkin

The group meets with the Chief of Police and his Assistant Chiefs, who each give an overview of their departments:
Emergency Communication Dept.
Field Operations Division
Legal
Field Support Division
Internal Affairs
Criminal Investigations
Technical Division
Community Relations
Administrations

6

**Feb. 10 Continued**    Many opportunities exist in each of these areas for our program, and the officers provide good information as well as help us brainstorm other ways in which we can achieve our goal. These ideas include the Citizens' Police Academy, held during 10 consecutive Thursdays, the students Police Academy, programs in other states, and the Explorers Program, organized by both the police and fire departments. Other suggestions include approaching Urban League to implement a program.

The officers identify two contacts: Officer George Judd and Officer Mike Geiger in community relations.

The idea for school district involvement resurfaces, with the possibility of having the program during school hours, or including the program as a way for students to fulfill their community service requirement. Internship or volunteer opportunities could be arranged. Student involvement could be very beneficial.

The group leaves re-energized by the new direction of our program.

---

**March 18**
**Meeting at SILC 5 p.m.**

**Attending:**
Karen Carlson
Dan Dickerson
Daryl Heller
Jessica Hoppe

Captain Mark Dyment discusses his ideas for hands-on training. We agree on 12 modules, each 3-4 hours, roughly half lecture/discussion and half hands-on training.

Mark agrees to write a syllabus.

We will use Mark's syllabi as a template to send to the police officers to complete.

Karen designs a template for him to begin compiling the training sessions.

We need to work on the police department side - the special officers program and establish a list of all the contacts we've made to ease the continuation of the project.

As for having school credit, the Civic Service Program is available only for junior and senior high school students, not for freshman and sophomores. It could be possible to tweak the program for possible credit for freshman and sophomores.

Daryl announces he is moving to St. Louis and will not complete the program.

April 8
Meeting at SILC 5 p.m.

**Attending:**
Karen Carlson
Dan Dickerson
Daryl Heller
Jessica Hoppe

"We've hit rough times on the police side. Jessica has taken the lead on trying to get some information. She received a list of special units "And even getting that was like pulling teeth.""

Though it seems like we've hit a dead-end, the group decides to contact the list of police officers and see if they will complete the template we established for the fire department modules. Dan volunteers to do this.

Mark Dyment is working on expanded templates for the fire department side and should provide good information.

Rob will contact Lanphier to check on the progress of their public safety academy.

The group is eager to wrap up the project. We review the requirements for the presentation and agree that each of us should complete them independently. We discuss the elements to include in our presentation and the details needed to complete the project.

---

May 15
Meeting at SILC 5 p.m.

**Attending:**
Karen Carlson
Dan Dickerson
Daryl Heller
Jessica Hoppe

Group wrap-up. We discuss changes to the project and our presentation on May 21. Everyone is satisfied with the results.

# LEADERSHIP SPRINGFIELD
## 2003

---

# II. RESULTS

The project template that follows can be implemented each year to new students, creating a long-term recruitment program.  It includes 10 police department modules, detailing the job of the police department's special units. [Some police units are incomplete.] The 12 fire department modules detail the daily activities of the firefighter. Our curriculum is designed to be woven into the proposed Public Safety Academy, or it may be used as a stand-alone program, either during the school year or as a summer program.

## School District Involvement

Initially when our group selected the City of Springfield's project proposal, it seemed to be a very timely topic.  The Springfield Police Department was under scrutiny for racial bias, and the lack of diversity within both the police department and the fire department was also a particularly touchy subject.  The project asked that we develop a partnership between the Springfield school system and the City of Springfield whereby students would receive hands-on training and guidance from Springfield police officers and firefighters in order to create an interest in public safety as a career. In addition, one goal of the project was to identify specific students to participate, concentrating on minorities and female students.

One of the first decisions we made was to approach a high school, establish contact with the principal, and convey our desire to use one high school as the testing grounds for a district-wide program. We chose to contact Lanphier High School, mainly because one member of our group had attended high school there.  Ironically, Lanphier's principal, Larry Rowe, told us that Lanphier was in the midst of creating a "Public Safety Academy" within the walls of Lanphier that would be open to all the Springfield public high schools. (Appendix)  The "Public Safety Academy" was being designed based on principles that had worked for other career academies in other Springfield high schools.  The Academy would begin with the incoming freshman that have an interest in public safety as a career, mold a curriculum that encompasses all the basic classes needed for graduation and tailors them to incorporate public safety into every class. The students would be part of the academy for four years until graduation.

Our group was ecstatic about the opportunity to piggyback our project on the Public Safety Academy that was being pursued at the same time.  It seemed like a perfect match.  We considered putting together a curriculum that the district could drop into Lanphier's existing project. We soon realized

9

# LEADERSHIP SPRINGFIELD
## 2003

that the path of approaching this project in coordination with the school district was not going to be an easy task. After meeting with Principal Rowe and his staff, we were informed that the School District had been trying to implement this Public Safety Academy for two years, and that communications between the School District and the City of Springfield were not what they should have been. Gina Larkin, who was our liaison to the City, was not even aware that a Public Safety Academy was being pursued. In addition, we felt that the outcome of the Academy was uncertain, mainly because of the District's budget constraints and the fact that the Academy was depending upon grant monies that were, at the time, not guaranteed to be available. It was at that point that we decided to approach our project from a different angle. Instead of collaborating with the school district, we met with members of the police department and the fire department to develop ideas of how our project could be used in conjunction with the Academy, or as a stand-alone mentoring program. Then if the Academy was operational at the beginning of the Fall 2003 school year, our program could be easily implemented into the newly formed Academy.

We did not get an opportunity to make a presentation at a high school and have been unable to identify specific students. Our vision is to make a presentation, perhaps at an assembly during Career Week, to the entire student body. From there, we envision inviting students who are interested in pursuing a career in law enforcement or fire protection to identify themselves and work with the School Safety Officer to identify other prospective participants.

Ideally, we envision the following for our program:

| | |
|---|---|
| Age of students | 14-15 years old |
| Participants | Recruited by the school - Open to all students in satisfactory academic standing |
| Maximum students | Varies depending on module (10-15) |
| Locations | School classroom and off-site locations |
| Days held | M-F |
| Fire Modules - | Fall semester |
| Police Modules - | Spring semester |
| Credit | Volunteer credit for each student participant |

# LEADERSHIP SPRINGFIELD
## FIRE DEPARTMENT STUDENT EDUCATION MODULES

| Title | Module 1: The History of the Spfld Fire Dept. |
|---|---|
| **Contact name/phone number** | Mark Dyment / 217-789-2170 |
| **Location(s)** | Classroom at high school/OSFM Museum at Illinois State Fairgrounds |
| **Maximum number of students:** | 15-25 |
| **Goal of Module (Objective)** | 3-4 hours |
| Students should gain knowledge of the need for the job and its evolution | |
| **Student skills/interests preferred** Interest in occupation as a firefighter | |
| **Skills covered** N/A | |
| **(time) Hands-on Training Description** 2-3 hours — Field trip at museum | |
| **(time) Lecture - Description** 1-1$\frac{1}{2}$ hours - History of the Springfield Fire Department | |
| **Safety Issues/Concerns** -- N/A | |

# LEADERSHIP SPRINGFIELD
## FIRE DEPARTMENT STUDENT EDUCATION MODULES

| Title | Module 2: The Firefighter's Job |
|---|---|
| Contact name/phone number | Mark Dyment / 217-789-2170 |
| Location(s) | High School classroom/#1 engine house |
| Maximum number of students | 15-25 |

**Goal of Module (Objective)**

Students should gain knowledge of job expectations, duties and responsibilities

**Time:** 3-4 hours

**Skills covered**

job duties and responsibilities

**(time) Hands-on Training Description**

2-3 hours at #1 engine house; introductions to chiefs and firefighters

**(time) Lecture – Description**

1-1 1/2 hours — expanding on expectations of being a firefighter

**Safety Issues/Concerns** – N/A

# LEADERSHIP SPRINGFIELD

# FIRE DEPARTMENT STUDENT EDUCATION MODULES

| Title | Module 3: The Equipment |
|---|---|
| Contact name/phone number | Mark Dyment / 217-789-2170 |
| Location(s) | Classroom/ SFD Training Tower, Stevenson Drive |
| Maximum number of students | 15-25 |

**Goal of Module (Objective)**

Students should know how to properly use firefighting apparatus

**Time:** 3-4 hours

**Skills covered**

pumping apparatus, figuring water flow pressures, setting and staging of aerial apparatus

**(time) Hands-on Training Description**

2-3 hours at SFD Training Tower using aerials and engines. Students will perform hands-on operations of aerial and pumping apparatus.

**(time) Lecture - Description**

1-1$\frac{1}{2}$ hours — step-by-step operation of apparatus

**Safety Issues/Concerns**

Fire streams, high-angle aerial movements, hydraulic powered equipment will be used, special protective turnout gear will be worn

# LEADERSHIP SPRINGFIELD
# FIRE DEPARTMENT STUDENT EDUCATION MODULES

| Title | Module 4: Firefighter I |
|---|---|
| Contact name/phone number | Mark Dyment / 217-789-2170 |
| Location(s) | classroom/ SFD Training Tower, Stevenson Drive |
| Maximum number of students | 15-25 |
| Goal of Module (Objective) | |
| Students should gain practical experience and techniques of firefighting | |
| Time: 3-4 hours | |
| Skills covered | |
| Fire science, tools used, fire behavior, control techniques | |
| (time) Hands-on Training Description | |
| 2-3 hours at SFD Training Center for firefighting simulation | |
| (time) Lecture - Description | |
| 1-1½ hours — expanding on basics of firefighting | |
| Safety Issues/Concerns — low visibility, students in self-contained breathing apparatus; students will be in full protective turnout gear | |

14

# LEADERSHIP SPRINGFIELD
# FIRE DEPARTMENT STUDENT EDUCATION MODULES

| Title | Module 5: Firefighter I (continued) |
|---|---|
| Contact name/phone number | Mark Dyment / 217-789-2170 |
| Location(s) | classroom/ SFD Training Tower, Stevenson Drive |
| Maximum number of students | 15-25 |

**Goal of Module (Objective)**

Students should gain practical experience and learn techniques of firefighting; The science of firefighting

**Time:** 3-4 hours

**Skills covered**

fire science, tools used, fire behavior, control techniques

**(time) Hands-on Training Description**

2-3 hours at training center for firefighting simulation

**(time) Lecture - Description**

1-1 1/2 hours — expanding on basics of firefighting

**Safety Issues/Concerns**

Low visibility, students in self-contained breathing apparatus; students will be in full protective turnout gear

# LEADERSHIP SPRINGFIELD

# FIRE DEPARTMENT STUDENT EDUCATION MODULES

| Title | Module 6: Hazardous Materials |
|---|---|
| **Contact name/phone number** | Mark Dyment / 217-789-2170 |
| **Location(s)** | classroom/ TBA |
| **Maximum number of students** | 15-25 |

**Goal of Module (Objective)**

Students will understand and become aware of the dangers of hazardous materials and the proper techniques used to contain them. They also will be able to recognize various hazardous materials and learn how these materials react in the environment/

**Time:** 3-4 hours

**Skills covered**

Techniques in containment and disposal of hazardous materials; mostly observation and some participation, plugging and special handling of hazardous materials

**(time) Hands-on Training Description**

2-3 hours — the containment of hazardous materials and the decontamination of victims and containment crews

**(time) Lecture - Description**

1-1½ hours — classification types of hazardous materials, signs of hazardous materials incidents, first responder responsibilities

**Safety Issues/Concerns:**

Student volunteers will be in encapsulated suits to demonstrate the types of containment techniques

16

# LEADERSHIP SPRINGFIELD

## FIRE DEPARTMENT STUDENT EDUCATION MODULES

| Title | Module 7: High Angle Rescue |
|---|---|
| **Contact name/phone number** | Mark Dyment / 217-789-2170 |
| **Location(s)** | classroom/ SFD Training Tower, Stevenson Drive |
| **Maximum number of students** | 15-25 |

**Goal of Module (Objective)**

To help students overcome their fear of heights, demonstrate techniques for unusual rescue situations

**Time:** 3-4 hours

**Skills covered**

Dynamics of ropes and knots; proper knots for different types of rescues, techniques for types of high-angle or underground rescue and teamwork needed for these rescues

**(time) Hands-on Training Description**

2-3 hours at #1 engine house for high-angle rescue training

**(time) Lecture - Description**

1-1$\frac{1}{2}$ hours — techniques on various knots for different types of rescues and also rescue set-up techniques

**Safety Issues/Concerns** - Proper precautions will be taken to secure safety at heights

# LEADERSHIP SPRINGFIELD

# FIRE DEPARTMENT STUDENT EDUCATION MODULES

| Title | Module 8: Emergency Medical Technician |
|---|---|
| **Contact name/phone number** | Mark Dyment / 217-789-2170 |
| **Location(s)** | classroom/ ambulance company |
| **Maximum number of students** | 15-25 |

**Goal of Module (Objective)**

Students will be educated about proper techniques of patient care

**Time:** 3-4 hours

**Skills covered:**
CPR, proper skills used during emergency situations
Proper bandaging, proper packing and immobilization of victims; how to assess possible patients

**(time) Hands-on Training Description**

1-1$\frac{1}{2}$ hours —at ambulance company for tour

**(time) Lecture - Description**

2-2$\frac{1}{2}$ hours — step-by-step CPR, step-by-step managing and p[packaging of patients, defibrillator training, safety precautions for dealing with blood born and airborne pathogens

**Safety Issues/Concerns:** N/A

18

# LEADERSHIP SPRINGFIELD

## FIRE DEPARTMENT STUDENT EDUCATION MODULES

| Title | Module 9: Emergency Medical Technician II |
|---|---|
| **Contact name/phone number** | Mark Dyment / 217-789-2170 |
| **Location(s)** | classroom/ambulance company/hospital |
| **Maximum number of students** | 15-25 |

**Goal of Module (Objective)**

Students will be educated about proper patient-care techniques

**Time:** 3-4 hours

**Skills covered**

CPR, proper skills used during emergency situations; proper bandaging, proper packaging and immobilization of victims, how to assess possible patients

**(time) Hands-on Training Description**

1-1$\frac{1}{2}$ hours — at area hospital for tour

**(time) Lecture - Description**

2-2$\frac{1}{2}$ hours — step-by-step CPR training, managing and packaging of patients, defibrillator training, safety precautions for dealing with blood-born airborne pathogens

**Safety Issues/Concerns** N/A

19

# LEADERSHIP SPRINGFIELD
## FIRE DEPARTMENT STUDENT EDUCATION MODULES

| Title | Module 10: Arson Investigations |
|---|---|
| **Contact name/phone number** | Mark Dyment / 217-789-2170 |
| **Location(s)** | classroom/TBA |
| **Maximum number of students** | 15-25 |

**Goal of Module (Objective)**

Students should witness investigation procedures and techniques to determine cause and origin of fire, thus deciding if a crime has been committed.

**Time:** 3-4 hours

**Skills covered**

Theory, job duties, responsibilities of an arson investigator; techniques used to determine fire origin and its cause

**(time) Hands-on Training Description**

2-3 hours (destination TBA) — set up mock structure fire and lead students through the investigation process.

**(time) Lecture - Description**

1-1½ hours — burn patterns, wood charring, beading of electrical wires, pour patterns and other ways to determine origin and cause of fires, also scene photography and sample packaging.

**Safety Issues/Concerns** N/A

# LEADERSHIP SPRINGFIELD

# FIRE DEPARTMENT STUDENT EDUCATION MODULES

| Title | Module 11: Vehicle Rescue |
|---|---|
| **Contact name/phone number** | Mark Dyment / 217-789-2170 |
| **Location(s)** | classroom/TBA |
| **Maximum number of students** | 15-25 |

**Goal of Module (Objective)**

Students will be shown how firefighters use various power tools to remove vehicles in a timely manner while preserving the patient's life

**Time:** 3-4 hours

**Skills covered**

tools and victim extraction: learning how to use tools such as the humatro (jaws of life), numatic tools, power saws, cutting torches, etc.

**(time) Hands-on Training Description**

2-3 hours destination TBA — Students will witness and possibly participate in removing vehicle from victim

**(time) Lecture - Description**

1-1½ hours — purpose of various tools and their uses

**Safety Issues/Concerns** Protective turnout gear will be worn and proper supervision given while operating power tools.

# LEADERSHIP SPRINGFIELD

## FIRE DEPARTMENT STUDENT EDUCATION MODULES

| Title | Module 12: Fire Safety Inspections; Public Education, Explorer Post and Juvenile Fire Setting |
|---|---|
| Contact name/phone number | Mark Dyment / 217-789-2170 |
| Location(s) | classroom/TBA |
| Maximum number of students | 15-25 |

**Goal of Module (Objective)**

Students will be shown how firefighters use various power tools to remove vehicles in a timely manner while preserving the patient's life

**Time:** 3-4 hours

**Skills covered**

tools and victim extraction: learning how to use tools such as the humatro (jaws of life), numatic tools, power saws, cutting torches, etc.

**(time) Hands-on Training Description**

2-3 hours destination TBA — Students will witness and possibly participate in removing vehicle from victim

**(time) Lecture - Description**

1-1½ hours — purpose of various tools and their uses

**Safety Issues/Concerns** Protective turnout gear will be worn and proper supervision given while operating power tools.

22

KAREN CARLSON    DAN DICKERSON    JESSICA HOPPE    ROB ROBINSON

# LEADERSHIP SPRINGFIELD
## POLICE DEPARTMENT STUDENT EDUCATION MODULES

| Title | Crime Prevention |
|---|---|
| Contact name/phone number | Officer Homeier (217) 788-8391 |
| Location(s) | 800 E. Monroe St., Springfield, IL |
| Maximum number of students: | 20 |

**Goal of Module (Objective)**

Students will be familiar with the various career opportunities within the Springfield Police Department

**Student skills/interests preferred**
Community Relations

**Skills covered**
Speaking in front of a group of people
How to apply to become an officer
Learning about outreach programs within the Springfield Police Department

**(time) Hands-on Training Description**
Ride-along —2, 4, or 6 hours — student will ride with police officer on a certain watch

**(time) Lecture - Description**
1-3 hrs per the following programs:
Baby sitting clinics; bank security; bicycle safety and registration; business crime prevention workshops; child safety programs; con-fraud prevention; crime stoppers; fleet watch; neighborhood watch; operation identification; personal safety programs; public service announcements; beat cop; robbery prevention; security surveys; home and business; senior citizens programs (TRIAD); shoplifting prevention

**Safety Issues/Concerns** —Student would stay in the police car at all times.

Dan Dickerson

Jessica Hoppe

Rob Robinson

# LEADERSHIP SPRINGFIELD
## POLICE DEPARTMENT STUDENT EDUCATION MODULES

| Title | Crime Scene Investigator |
|---|---|
| Contact name/phone number | Sgt. Ed Flesch 217-788-8345 ext. 341 eflesch@cwlp.com |
| Location(s) | SPD academy |
| Maximum number of students | 6 |
| Goal of Module (Objective) | Students will gain a better understanding of what crime investigators do at a crime scene and what, how and why evidence is collected. |
| Student skills/interests preferred: - photo work, forensic work | |

**Time:** 3-4 hours

**(time) Hands-on Training Description**

2-3 hours
-Equipment show and tell
-Mock crime scene -- with crime scene detectives' assistance, students will go through various steps of processing the scene.
-Students will get into teams: photo work, measurements, evidence collection.
-Students will fingerprint each other for elimination prints
-Students will handle some items and lift latent fingerprints and try to match the lift with the rolled print

**me) Lecture - Description**

our - overview of position, court presentation displays

**ety Issues/Concerns:** N/A

DAN DICKERSON

JESSICA HOPPE

ROB ROBINSON

# LEADERSHIP SPRINGFIELD

## POLICE DEPARTMENT STUDENT EDUCATION MODULES

| Title | Emergency Response |
|---|---|
| **Contact name/phone number** | Lt. Dennis Arnold/1-866-485-7488 |
| **Location(s)** | Classroom |
| **Maximum number of students** | 25-30 |

**Goal of Module (Objective)**
To give students general knowledge of the job description, selection process, requirements, and equipment of the Emergency Response Team.

**Student skills/interests preferred**
Interest in Law Enforcement

**Skills covered**

N/A

**(time) Hands-on Training Description**

30 minutes - Show of ERT equipment

**(time) Lecture - Description**

hour - This lecture will include the type of work that ERT is responsible for. It will also cover the selection process and requirements to be come a team member. Q& A with students.

**Safety Issues/Concerns** N/A

25

# LEADERSHIP SPRINGFIELD
## POLICE DEPARTMENT STUDENT EDUCATION MODULES

| Title | Detectives |
|---|---|
| Contact name/phone number | Lt. Davis/788-8345 x357 |
| Location(s) | |
| Maximum number of students | |
| Goal of Module (Objective) | |
| Student skills/interests preferred | |
| Skills covered | |
| (time) Hands-on Training Description | |
| (time) Lecture - Description | |
| Safety Issues/Concerns | |

26

# LEADERSHIP SPRINGFIELD
## POLICE DEPARTMENT STUDENT EDUCATION MODULES

| Title | Mounted Police |
|---|---|
| Contact name/phone number | Officer Nevins/467-1019 |
| Location(s) | |
| Maximum number of students | |
| Goal of Module (Objective) | |
| | |
| Student skills/interests preferred | |
| Skills covered | |
| | |
| (time) Hands-on Training Description | |
| | |
| (time) Lecture - Description | |
| | |
| ety Issues/Concerns | |

27

# LEADERSHIP SPRINGFIELD

## POLICE DEPARTMENT STUDENT EDUCATION MODULES

| Title | K-9 Unit |
|---|---|
| Contact name/phone number | Officer Hauversburk/788-7178 |
| Location(s) | |
| Maximum number of students | |
| Goal of Module (Objective) | |
| Student skills/interests preferred | |
| Skills covered | |
| (time) Hands-on Training Description | |
| (time) Lecture - Description | |
| Safety Issues/Concerns | |

KAREN CARLSON    DAN DICKERSON    JESSICA HOPPE    ROB ROBINSON

# LEADERSHIP SPRINGFIELD
## POLICE DEPARTMENT STUDENT EDUCATION MODULES

| Title | Hostage Negotiations |
|---|---|
| Contact name/phone number | Lt. Joy/788-8333 |
| Location(s) | |
| Maximum number of students | |
| Goal of Module (Objective) | |
| Student skills/interests preferred | |
| Skills covered | |
| (time) Hands-on Training Description | |
| (time) Lecture - Description | |
| Safety Issues/Concerns | |

JESSICA HOPPE

ROB ROBINSON

# LEADERSHIP SPRINGFIELD
## POLICE DEPARTMENT STUDENT EDUCATION MODULES

| Title | Gang Enforcement |
|---|---|
| Contact name/phone number | Sgt. Vose/788-8498 |
| Location(s) | |
| Maximum number of students | |
| Goal of Module (Objective) | |
| Student skills/interests preferred | |
| Skills covered | |
| (time) Hands-on Training Description | |
| (time) Lecture - Description | |
| afety Issues/Concerns | |

# LEADERSHIP SPRINGFIELD
## POLICE DEPARTMENT STUDENT EDUCATION MODULES

| Title | Traffic |
|---|---|
| Contact name/phone number | Sgt. Swetland/788-8357 |
| Location(s) | |
| Maximum number of students | |
| Goal of Module (Objective) | |
| Student skills/interests preferred | |
| Skills covered | |
| (time) Hands-on Training Description | |
| (time) Lecture - Description | |
| Safety Issues/Concerns | |

31

# LEADERSHIP SPRINGFIELD
## POLICE DEPARTMENT STUDENT EDUCATION MODULES

| Title | Downtown Neighborhood Patrol |
|---|---|
| Contact name/phone number | David Barringer/788-8333 |
| Location(s) | |
| Maximum number of students | |
| Goal of Module (Objective) | |
| Student skills/interests preferred | |
| Skills covered | |
| (time) Hands-on Training Description | |
| (time) Lecture - Description | |
| Safety Issues/Concerns | |

# LEADERSHIP SPRINGFIELD
## 2003
## THE FUTURE OF THE PROJECT

In the end, we have developed a resource manual that can be used in the future as the curriculum of a public service day camp or school program for young people around 14 or 15 years old. Our manual includes descriptions of 15-20 modules or subjects that can be utilized as training sessions, related both to police activities and firefighting activities. These modules were developed with the assistance of the Springfield Police and Fire Departments. We feel that each of these modules can support one training session and offer a wide variety of options for students' differing interests.

We have included various aspects that would be helpful to the instructor, director or participant of the program, including the time requirements, the main areas to be covered, any outside requirements, i.e. insurance, etc.

Unfortunately, there have been various aspects of our program that we have not able to finalize. Some of these aspects are listed below:

- What should be the timing of this program?
- Who should be the participants in the program be?
- Since police officers and firefighters face various dangers in their daily duties, what types of insurance coverage or waivers need to be obtained for the participants?
- Can this program be implemented by School District #186?
- Can students be given any kind of credit or rewards for their participation in this program?
- If this program is tied into School District #186, how would the participants be transported between school and the program?

At various times during our project, we attempted to answer these questions. We met several times with personnel from District 186 and learned that they were already planning to institute a "Public Service Academy" at Lanphier High School. However, they are not yet sure when that program will actually become operational. Removing kids from school or giving them credit for non-traditional programs requires a high level of administrative effort.

Some format options that we have considered for the program, besides being part of the school district curriculum as discussed above, include a summer day camp or a series of Saturday meetings. However, this will depend on the City of Springfield and its new administration, to determine the pri-

JESSICA HOPPE          ROB ROBINSON

DAN DICKERSON

# LEADERSHIP SPRINGFIELD
## 2003
## THE FUTURE OF THE PROJECT

ority that is placed on the program.  One common concern we heard during our project from city employees was the lack of approved overtime, which meant that a Saturday program may not be viable. We also saw the need for additional programs to keep young people interested in pursuing a career in the police or fire departments, especially for the two years between high school and when adults are allowed to take the test to become officers.

With regard to the selection of the participants, we learned from various contacts and sources, that the ideal group is 10-15 students.  Some ideas that we had on selecting those students would be to ask the School Resource Officers (police officers within the public schools) and guidance counselors of any students who have shown interest in this career before.  Also, if it was open to the public, as opposed to just District #186 students, there would need to be guidelines set by the City.

To ensure the continuation of this program, a board may be formed consisting of community mem-bers, City of Springfield staff, and School District personnel to direct the activities of the program, seek grant funding, etc.

n conclusion, although we did encounter as many challenges as we did breakthroughs, we feel that ve have prepared a resource manual that can be used in whatever way the City of Springfield or Springfield School District #186 determines.  We feel that the modules included will show young eople that being a police officer or a firefighter provides excitement, challenges and good benefits. nd perhaps by instilling this excitement early in the lives, they will focus their future on a career in ublic service.

# LEADERSHIP SPRINGFIELD
## 2003

## APPENDIX

Lanphier High School's Public Service Academy Planning Year

# Public Safety Academy Proposal
## June 1, 2000

### I. Career Academy Concept

Academies are integrated, theme-based learning environments that blend career skills and content with high-school academics. An Academy student can graduate into the entry-level workforce, a technical school, a community college, or a four-year college program. The goal is to prepare the student for success in the workplace in a chosen field or to continue his/her education at the college level.

### II. Purpose

The Public Safety Academy is a four-year high-school program designed to be a "school within a school." Students may still participate in electives, extracurricular and social activities within their high school. By integrating occupational and academic skills, the Academy strives to provide an education relevant to potential future professions.

Educational staffing consists of a team of teachers dedicated to the integration of relevant career skills into the academic curriculum. The Public Safety Academy team will consist of four instructors in English, science, history/social sciences, and health education. The team will be provided collaboration time for curriculum and community service development.

### III. Goals

The following goals have been defined for the proposed Public Safety Academy:

Goal #1:  Provide students with an educational program that offers broad-based experiences in the law enforcement, fire protection, and emergency medical services fields. This program will be integrated with the State of Illinois' required and elective curriculum and with district standards and benchmarks.

Goal #2:  Provide the Springfield community with well-trained prospective employees to serve in law enforcement, fire protection, and emergency medical services.

Goal #3:  Strive to reflect the diverse population of the community in which it serves, both in racial and gender composition.

Goal #4:  Articulate specific PSA courses of the high school curriculum with post-secondary institutions within the community, providing an opportunity for students to earn college credit during their high school career.

Goal #5:  Engage Academy students in active, hands-on, and relevant career activities (i.e., simulated disaster/emergency scenarios, field trips, internships, job shadowing, guest speakers, mentoring). These activities are designed to meet the following criteria:

1. Meet actual community needs.

2. Coordinate and collaborate with the school and community.

1

3.  Be integrated into each student's academic curriculum/portfolio.

4.  Provide structured time for students to process, verbally and in writing, problem-solving approaches to information presented through varied learning experiences.

5.  Augment the school curriculum by extending the information taught to pertinent real-life experiences and community service electives developed in conjunction with the PSA Advisory Board.

6.  Foster development, empathy and responsibility for self and others.

Goal #6:  The first year of the PSA will consist of 9th and 10th grade classes only. The enrollment goal will be 25 students each in the freshman and sophomore classes. By the end of the third year of the PSA, a four-year high school program will be underway.

## IV. Advisory Board
At a minimum, the Public Safety Academy program must have a steering committee or Advisory Board consisting of individuals involved in PSA operations, including teachers, school administrators, students, parents and representatives from related community agencies. Subcommittees will be formed as needed.

## V. Student Recruitment
Guidance deans, school administrators, and teachers will recruit students for the Public Safety Academy. School resource police officers, especially at the middle school level, will be strongly encouraged to inform prospective students of the Academy, as well as work in conjunction with the guidance deans. Presentations will be made to 8th and 9th grade students during school hours.

## VI. Student Selection Criteria
Students will be able to enter the Academy during the 9th or 10th grade. Thus, major recruitment will occur during the second semester of their 8th grade year and throughout their 9th grade year. An application process will be instituted. Written information containing curricular, community service, and program requirements will be distributed at each presentation. Parental permission will be required, and meetings with parents will be held at each school.

Consideration for admission into the PSA will include students from the entire range of academic performance. Students enrolled with less than a "C" average will be admitted on a probationary status and be required to maintain a "C" average and 90 percent attendance their first year.

Students who may be excluded from consideration will be those students who have a felony conviction and/or serious documented behavioral problems.

Additional selection criteria will be determined in conjunction with the PSA Advisory Board.

2

# Public Service Academy Planning Year: 2000 - 2001

- Establish a PSA Advisory Board.

- Determine an appropriate high school location for the PSA.

- Develop an integrated curriculum in conjunction with the Springfield Public Schools Curriculum Council and the PSA Advisory Board that is relevant and meaningful to students and potential community employers.

- Develop staffing needs, hiring process, and recruitment plans and schedule.

- Collect assessment data on all applicants – grades and attendance for school year prior to enrollment, student application form, teacher/guidance dean input, and standardized test results.

- Interview student applicants.

- Hold orientation meetings with middle-school and high-school administrators.

- Hold orientation meetings with parents and students.

- Make presentations on PSA to the Springfield School Board, the Chamber of Commerce of Greater Springfield, the Springfield City Council, etc.

- Develop relevant field trips, speakers, mentoring program, summer internship programs, simulated emergency scenarios, and job shadowing experiences.

- Secure various funding sources for PSA projects and college scholarships.

- Establish entrance (academic record and criminal history) and termination (attendance, grades and behavior) requirements.

- Develop PSA curriculum for psychology, contract PE, and health courses, and career content components for English, social studies, and science (biology and chemistry) courses

- Articulate coursework with Lincoln Land Community College, Robert Morris College, etc., for dual credit (secondary and post-secondary).

3

High School _____

Academy Career Theme _____

# ILLINOIS PARTNERSHIP ACADEMY ESSENTIAL ELEMENTS

## Assurance

This checklist contains those essential elements of the Illinois Partnership Academy model required for state funding.  The authorized signature on this checklist assures that the school site has established and maintained an academy according to ISBE guidelines. The Illinois State Board of Education will be advised in the event that any change is to be made in the essential elements of the academy.  The contract modification must be submitted in writing and approved for a change in essential elements. Final approval rests with the State Board.

CHECK ALL THAT APPLY:

1. **Program Design**

   ☐  school-within-a-school structure

   ☐  three-year academy model (grades 10-12)

   OR

   ☐  four-year academy model (grades 9-12)

   ☐  advisory council/steering committee made up of representatives of the business/industry partners, school district administrators, teachers, and counselors, postsecondary representatives, and other program partners.

2. **Program Structure**

   ☐  career and technical theme based on labor market information

   ☐  scheduling a cohort of students into the core academy courses (academic and career and technical)

   ☐  class size of 25

   ☐  staffing pattern where at least three academic and one career and technical instructor is dedicated to the academy

   ☐  common planning period for academy teachers

   ☐  rigorous, college preparatory, integrated, thematic academic and career and technical curricula addressing Illinois Learning Standards, Illinois Occupational Skill Standards or industry standards, and  workplace skills (SCANS competencies)

   ☐  mentoring beginning at 11th grade

   ☐  progressive work-based learning experiences linked to the academy career theme

3. **Student Selection and Evaluation**

   ☐  voluntary student participation

   ☐  criteria for student selection

   ☐  career planning and counseling

   ☐  assessment and evaluation techniques (such as performance-based assessment, portfolios, student demonstration of competencies, etc.)

4.   Business, Community and Family Involvement

- ☐  participate as active business/industry partner
- ☐  serve as member(s) on advisory council/steering committee
- ☐  assist with curricula planning
- ☐  provide speakers and field trip sites
- ☐  provide mentors at the 11th grade
- ☐  provide summer employment between 11th and 12th grade
- ☐  provide internships
- ☐  maintain parent/guardian and community group involvement

5.   School District Support

- ☐  maintain active involvement of district superintendent
- ☐  maintain active involvement of school principal
- ☐  engage school counselor(s)
- ☐  provide teacher time for program planning and development
- ☐  provide staff development activities
- ☐  provide adequate funding, facilities, equipment, technology, and materials to operate

6.   Coordination

- ☐  involvement of the career and technical Education for Employment (EFE) partners
- ☐  involvement of Education-to-Career (ETC) partners

_____     _____
Signature of District Superintendent                                    Date

Academy Team:          Lead Teacher, Public Safety
                       English
                       Social Studies
                       Science

Freshman and Sophomore class of 30 to start, FY2004.
Target class size 25.

District Contributions:

Provide 4 contiguous classrooms for Academy location
Provide 1 common plan period for 3 academy teachers (Lead teacher's time paid by Police Dept.
    Grant)
Provide administrative support – leadership, program and staff Support
Provide technical support – equipment maintenance
Curriculum Council approval and support of program, curricular materials and consumables

Business Partner Contributions:

Lead Teacher salary
Continuous workplace skills opportunities such as:
        Guest speakers
        Field Trip locations
        Candidates to Job Shadow
        Mentors
        Participate on Advisory Committee
Invite Academy team to educational events
Encourage and support academy student membership in professional/service organizations
        such as Police Explorers
Provide post-secondary opportunities i.e. scholarships

Post Secondary Programs:
        Lincoln Land Community College
            Applied Security Practices – CERT
            Certified Firefighter – CERT
            Criminal Justice Studies – CERT
            Fire Science Technology - AAS
            Law Enforcement Administration – AAS
            Security and Loss Prevention – CERT
            Social and Criminal Justice – AAS
        Western Illinois University
            Bachelor of Science Degree in Law Enforcement and Justice Administration

# Public Safety Academy

## Draft Budget

| Function and Object Codes | Budget | Explanation |
|---|---|---|
| 2210 Improvement of Instruction Services | | |
| 120 Temporary Salaries (Substitutes) | $ 2,208 | $92/day x 6 days x 4 teachers =$2,208 |
| 130 Overtime Salaries for Teachers | $ 3,154 | $19.71/hr. x 4 teachers x 5 days x 8 hr/day = $3,153.60 for one week of summer work/training |
| Subtotal | $ 5,362 | |
| 200 Employee Benefits | $ 442 | Benefits for overtime stipends |
| Subtotal | $ 442 | |
| 332 Travel | $ 3000 | Team visit to exemplary academy site/conference. |
| 333 Food Related Expenses | $ 400 | Meetings, parent night, open house, etc. |
| 340 Communication- Telephone, Postage | $ 100 | Postage for recruiting flyers, mailings to parents |
| 360 Printing and Binding | $ 400 | Recruiting materials |
| 380 Worker's & Unemployment Compensation | $ 11 | Workers Comp is 0.04% of grossed up salary. Paid as Stipend benefit. |
| 391 Photocopying | $ | |
| Subtotal | $ 3,911 | |
| 400 Supplies and Materials | $ 11,390 | Textbooks and other curriculum supplies - $3000 <br> Police related materials - $2000 <br> 20 cases Multipurpose paper ($3/ream or 10r/ Case) x $30/case=$600 <br> Printer ink cartridges $200 <br> Cabling for all computers $500 <br> 16 computer tables with wire panels x $170= $ 2,720 <br> Fax $200 <br> 31 Computer Chairs x $70 = $2,170 |
| 470 Software | $ 5,000 | Site license for career specific curriculum software $3000 <br> Microsoft Office site license $2000 |
| Subtotal | $16,390 | |
| 541 Instructional Equipment | | 31 Pentium 4 PC Computers for Academy Lab x $2000 each = $62,000 (30 student desktops, 1 teacher laptop) <br> 1 Copier $2000 <br> 3 Digital Cameras x $500 = $1500 <br> 1 Network Printer - $1,500 |
| Total 2210 | $25,905 | |
| trict Personnel Account | | |
| 3 hours release time for team plan period | | Estimated from average salary of mid-range |
| ice Dept. Education Unit Account | | |
| Lead Teacher Salary | | Lead teacher salary and benefits |

## Sample PSA Schedule
(District 186 requires 20 credits)

<u>Freshman year</u>
*   English (PSA)
  Math (Algebra 135 or 136)
*   Biology/science (PSA)
** Contract PE (PSA)
*   Elective (PSA social studies)
  Foreign language

<u>Sophomore year</u>
*   English (PSA)
  Geometry
  Driver's education (9 weeks) / Consumer education (9 weeks)
  Global studies (1 semester)
*   Health (PSA) / ** Elective (PSA psychology)
** Elective (PSA chemistry)
  Foreign language

<u>Junior year</u>
*   English (PSA)
  Advanced algebra
  U.S. history
*   Elective (PSA anatomy / PSA physiology)
** Elective (PSA sociology / PSA criminology)

**Summer internship** (between junior and senior years)

<u>Senior year</u>
  English
  Government 404 or 406 (1 semester) / ** Elective (PSA criminal law)
** Elective (PSA photography / PSA self-defense PE)
** PSA seminar


* District curriculum with PSA contact integrated throughout
** Courses to be developed with approval of Curriculum Council and PSA Advisory Board

4

# 1st Year of Public Service Academy: 2001-2002

- Hold parent and student meetings prior to beginning of school year to develop course schedules, explain program expectations, and complete all required registration forms.

- Sponsor PSA Open House during first month of school for students, parents and Advisory Board members.

- Develop <u>summer internship program</u>, PSA sociology and criminology/victimology courses, and PSA seminar content in conjunction with Curriculum Council and PSA Advisory Board.

- Evaluate PSA.

- Course Schedule

<u>9th Grade</u>
English (PSA)
Algebra
Social studies (PSA)
Contract PE (PSA) *
Biology (PSA)
Foreign language

<u>10th Grade</u>
English (PSA)
Health (PSA)
Global studies
Chemistry (PSA) – elective
Geometry
Driver's education (9 weeks)
Consumer education (9 weeks)
Psychology (PSA) – 1 semester elective *
Foreign language

* To be developed by PSA during planning year 2000 – 2001

5

## 2nd Year of Public Service Academy: 2002-2003

- Develop curriculum for PSA criminal law and contract PE courses.

- Evaluate PSA.

- Course Schedule

  **11th grade**
  English (PSA)
  Advance algebra
  U.S. history
  Anatomy and physiology (PSA)
  Sociology (PSA) – 1 semester elective
  Criminology and victimology (PSA) – 1 semester elective

  **Summer school**
  Summer internship program

6

## 3rd Year of Public Service Academy: 2003-2004

- Evaluate PSA

- Course schedule

    **12th grade**
    English (PSA)
    Government
    Criminal law (PSA) - 1 semester elective
    Photography
    Contract PE (PSA) – elective
    PSA seminar

7

# PSA Community Partners

The following is a preliminary list of Springfield public safety resources and agencies that should be approached about possible collaborations on PSA mentoring, guest speakers, field trips, community service credit, internships, and job shadowing:

Springfield Police Department
Springfield Fire Department
Illinois State Police Forensics Lab
Illinois Department of Public Health
Other area police and fire departments
Illinois Supreme Court
Illinois Environmental Protection Agency
Army National Guard
Air National Guard
U.S. Marshal's office
U.S. Secret Service
Federal Bureau of Investigation
Sangamon County State's Attorney's office
Illinois State Police Communications Department
U.S. Attorney's office
Illinois Secretary of State
Illinois Secretary of State Police and Bomb Team
Illinois Bureau of Alcohol, Tobacco and Firearms
Illinois Emergency Services and Disaster Agency
Sangamon County School Crisis Team
Illinois State Police Academy
Illinois State Police District #9
Lincoln Land Community College
University of Illinois at Springfield
AmeriCorps program

# HEALTH SCIENCE ACADEMY

## Springfield Public School District 186

### Four Year Plan

| Subject/ Grade | 9th | 10th | 11th | 12th |
|---|---|---|---|---|
| Physical Education | P.E. 134 | P.E. 234<br><br>Health 204 | | |
| Social Studies | Social Science 134/135 | Global St. 204<br><br>Con. Ed. & Driver's Ed. | U.S. History 334/335 | Govt. 404 |
| Science | Biology 135 | Chemistry 235 | Physiology (Anatomy) 335 | Physics 335 or Zoology 205 (vertebrate) |
| Math | Algebra 135/136 | Geometry 235/236 | Algebra 335 | Health Occ. Math 335 |
| English | English 135 | English 235 | English 335 | English 435 (Medical Terminology) |
| Technical Areas | Introduction to Health Science 234 | Keyboarding/ Formatting 204 – 1/2 credit<br>Computer Technology & Software Apps I – 205 | Advanced Health Science – 3 Credits | Coop Medical Occupations 434/5 Class & Work – 2 Cr. |
| Total Hours | 6 | 6 | 6 | 4.5 – 6 |

4-02