**E-FILED**
Thursday, 15 September, 2005  04:32:22 PM
Clerk, U.S. District Court, ILCD

# Recruitment Report

## July 1, 2003 – December 31, 2003

# CERTIFICATION

I, Lawrence W. Selinger, certify that the City of Springfield has complied with all provisions of the consent decree between the City of the Springfield and the Springfield Branch, NAACP in all hiring for Police Officers and Firefighters during the period covering July 1, 2003, through December 31, 2003.  I also certify that the applicant flow was consistent with the goals of the consent decree.

Lawrence W. Selinger
Director of Human Resources

## Police & Fire Department Summary
## As of 12/31/03

| | Police Patrol Officer | Patrol Officer/ Detective | Police Sergeant | Police Lieutenant | Chief Of Police | Deputy Chief | Division Chief | Ass't. Chief of Police |
|---|---|---|---|---|---|---|---|---|
| Black Male | 9 | | | | | 1 | | |
| Black Female | 1 | | | 1 | | | | |
| White Male | 148 | 28 | 26 | 13 | 1 | 3 | 1 | 3 |
| White Female | 28 | 2 | | | | | | |
| Hispanic Male | 1 | | | 1 | | | | |
| Hispanic Female | | | | | | | | |
| Total | 187 | 30 | 36 | 15 | 1 | 4 | 2 | 3 |

| | Fire-fighter | Driver Engineer | Fire Captain | Battalion Chief | Sr. Arson Invest. Captain | Deputy Division Chief/ Captain | Division Chief/ Captain | Fire Chief | Division Chief/ Batt. Chief |
|---|---|---|---|---|---|---|---|---|---|
| Black Male | 1 | 2 | | | | | | | |
| Black Female | | | | | | | | | |
| White Male | 89 | 42 | 59 | 8 | 1 | 3 | 2 | 1 | 1 |
| White Female | 3 | | | | | | | | |
| Hispanic Male | 1 | | 1 | | | | | | |
| Hispanic Female | | | | | | | | | |
| Total | 94 | 44 | 60 | 8 | 1 | 3 | 2 | 1 | 1 |

# City of Springfield Police Department New Hires 07/01/03 – 12/31/03

10/27/2004

| assignment_eff | agenc | lname | fname | mini | ethnic_cd | sex | title_long |
|---|---|---|---|---|---|---|---|
| 11/03/2003 | 112 | HAYES | EMILY | L | W | F | PROB PATROL OFFICER 1ST YEAR |
| 11/03/2003 | 112 | BRANDS | JASON | A | W | M | PROB PATROL OFFICER 1ST YEAR |

10/27/2004

| assignment eff | agenc | lname | fname | mini | ethnic cd | se | title long |
|---|---|---|---|---|---|---|---|

AGENDA

POLICE AND FIRE FIGHTER MINORITY AND FEMALE RECRUITMENT

JUNE 20, 2003

I.   Discussion of Recruitment Efforts and documentation of minorities and
     woman candidates by the Police and Fire Dept.

     A.  Recruitment letters to Minority and Woman's Organizations.
     B.  Recruitment letters to minority and female candidates.
     C.  Response received from Minority and Woman's Organizations.
     D.  Campus recruitment at high schools, recruitment fairs and colleges.
     E.  Partnership efforts with the NAACP and Springfield Urban League.
     F.  Website recruitment.
     G.  Scholarship efforts for minority and female candidates.
     H.  Assistance from the Black Guardians.
     I.  Other Suggestions.

II.  Obtaining Assistance from other organizations.

     A.  Clergy and Ministerial Alliance.
     B.  Race Relations Taskforce
     C.  Minority and Females Leaders in Springfield and nearby communities.
     D.  Other Suggestions.
     E.  Documenting our efforts.

III. Coordinating the Efforts of the Police and Fire Depts.

IV.  Goals and Timetables for minority and female candidates.

<u>Minutes of the Minority and Female Recruitment Committee for Police and Fire
Candidates Meeting Held on June 20, 2003</u>

Attendees: Frank Martinez, Chief Ron Hasara, Captain Mark Dyment, Larry
Selinger, Kim Wonnell, Kendra Davis, Joshua Carter, Sandy Robinson and
Assistant Chief Mike Geiger.

<u>NAACP Consent Decree</u>

Frank Martinez began the meeting by giving each member of the Committee a
copy of the NAACP Consent Decree. Mr. Martinez explained the pertinent provisions
relating to minority and female recruitment of patrol officer and firefighter candidates.
Specifically, the City of Springfield has agreed to "take steps as are consistent with its
goal to recruit and employ qualified African-American, other minority, and female
applicants for the police officer and firefighters position in numbers reflecting their
availability in the labor market available to Springfield as a municipal employer.
Plaintiffs (NAACP) shall assist and cooperate in those recruitment efforts. Springfield
shall implement and maintain a recruitment program aimed at attracting qualified
African-American, other minority, and female candidates in increased numbers and
proportions to apply for firefighters and police officers positions. Springfield may use
such procedures for police officer hiring so long as the overall results of the selection
process continues not to have a significant adverse impact against African-Americans,
other minorities or women." The consent decree is in effective for a minimum of five
years but no longer than ten years. The Federal Court retains jurisdiction during this time
period to enforce the provisions of the consent decree.

Mr. Martinez explained that both the Police and Fire Department had to document
their minority and female recruitment efforts to show a good faith compliance with the
consent decree.

Mr. Martinez asked Human Resources to locate the documentation provided to
David Rose, the NAACP attorney out of Washington D.C. about the City's recruitment
efforts thus far. Kim Wonnell felt that Gina Larkin was sending this information direct to
David Rose and would see if she could locate it.

<u>Demographics of the Last Police Hiring Test</u>

Mr. Martinez passed out the demographics of the last police-hiring test. The
Committee agreed that the number of African American applicants decreased compared
to past years. The perception of the SPD in the black community and the publicity of the
lawsuit brought by African American police officers against the City were factors cited in
bringing about this decrease in applicants. All members expressed hope that members of
the Black Guardians would assist the Department in recruiting minority officers.

<u>Releasing Background and Psychological Results to Candidates</u>

Mark Dyment asked why the City does not release the results of the background and psychological testing to candidates. Mr. Martinez explained this could not be done because candidates could claim that their liberty interest was violated based on the derogatory information contained in the background investigation or psychological testing and request a name clearing hearing before the Civil Service Commission asking the Commission to reconsider their decision in denying employment to become either a police officer or firefighter. In addition, the candidate could use this information to make a claim that the City has deprived him or her of obtaining employment with another City.

Sandy Robinson suggested that the City review the impact that the background and psychological evaluation has had on minorities who have made it on the eligibility list and were considered by the Civil Service Commission. The committee was in agreement that this was a good idea to research and review at a later date.

<u>Police Department Recruitment Efforts</u>

Assistant Chief Mike Geiger explained the recruitment efforts of the Springfield Police Department. A website was also developed to assist with minority and female recruitment. I have attached a copy of the SPD's recruitment efforts from September 1, 2002 to June 30, 2003. It is quite extensive and includes a number of events that the Department has attended in the last nine months. The University of Illinois at Chicago and Robert Morris College in Chicago provided a good cross section of African American and Latino police officer candidates. In addition, the Illinois Police Corp program provides an excellent way to get minority and female youth in Springfield to apply for the program and get a majority of their education paid for and they would hopefully want to return to Springfield and join the department.

If the Department has newspaper articles regarding minority and female recruitment they should provide them to Mr. Martinez for documentation purposes and to share with the Committee. In addition, if the Department has the article featured about minority recruitment in the "Urban Connection" and the brochure created with a quote from Allan Woodson of the Springfield Urban League they should forward them onto Mr. Martinez as well.

Assistant Chief Geiger mentioned that the Department had not made contacts with Woman's Organizations and was not aware of any type of organization to approach other than a Professional Woman's Organization in Springfield. Committee members were not aware of woman's organizations to approach.

Assistant Chief Geiger mentioned that he visited four black churches in Springfield to obtain their assistance with minority recruitment but none of these churches had anyone available to meet with him and only one church returned his call when he left his business card. Sandy Robinson mentioned that he and members of the

2

Race Relations taskforce could assist in obtaining cooperation from the black churches and other black leaders in Springfield with minority recruitment efforts. Mr. Robinson emphasized that members of the Race Relations taskforce would welcome the opportunity to work with the police and fire department with minority recruitment.

Fire Department Recruitment Efforts

Mark Dyment indicated that he worked for the Department part-time and handled minority recruitment efforts for the Department along with his other duties. He puts together his recruitment team near the time the next firefighter's examination will be taking place. He indicated that he has worked with the Springfield Police Department in coordinating his recruitment efforts. He was not aware that he should have been documenting his efforts.

Mr. Dyment indicated that when he is recruiting with the police department they are going after the same minority candidates and since he is usually the only one doing the recruiting that he could only speak to a limited amount of individuals during college fairs and other recruitment events. Mr. Dyment also received no cooperation with minority recruitment from the black churches in Springfield when he made contact with them. Sandy Robinson indicated he could assist him with these contacts. Mr. Dyment also introduced to the Committee a proposal that he worked on extensively with members of Leadership Springfield, which would create a Public Service Academy for high school students. Sandy Robinson indicated that he developed a similar program called the Public Safety Academy in which he is trying to obtain funding for in the future. Copies of both proposals are attached for your review.

Mr. Dyment suggested that the Department recruit within the City and work with the area high schools in developing a minority and female applicant pool. Mr. Dyment has not had trouble finding white applicants who are volunteer firefighters in the rural communities surrounding Springfield but finds it more challenging finding minorities interested in becoming a firefighter. Mr. Dyment also discussed the Explorer's Group for high school freshman and the 2 and 4 year Fire Science Degree Program at Lincoln Land College.

Both he and Assistant Chief Geiger indicated that money was very tight in the budget for minority and female recruitment efforts. It is important that the City make a sufficient allocation of funds to both the police and fire department for minority and female recruitment and that money not be used by the department to fund any other initiatives. A full-time recruiter for the Fire Department to attract minority and female applicants was another idea that the City should consider. That individual should focus a majority of his or her time on recruitment strategies and making contacts with colleges, universities, minority and female organization in order to develop a minority and female recruitment pool for the firefighter's examination.

3

<u>Next Meeting</u>

The Committee agreed that it would convene on a monthly or every six weeks basis to explore our progress. Everyone found the Committee to be helpful to assist in coordinating police and firefighter minority and female recruitment with various city departments and discussing issues and coming up with ideas to overcome obstacles and most important finding out what each department is doing to increase the number of minority and female police officers and firefighters.

AGENDA

Minority and Female Recruitment Committee for the Police and Fire Department

August 6, 2003

I.      Review passing statistics of the June 7, 2003, Patrol Officer Examination

      A.  72 percent of all minorities passed. (26/36).
      B.  65 percent of all African-Americans passed. (17/26).
      C.  74 percent of all African-American men passed. (14/19).
      D.  43 percent of all African-American females passed. (3/7).
      E.  100 percent of all Latinos males passed. (4/4).
      F.  75 percent of Asian males passed. (3/4).
      G.  100 percent of Native Americans males passed. (2/2).
         (Note that no Hispanic, Asian or Native American females took the exam).
      H.  85 percent of all white woman passed. (33/39).
      I.  85 percent of all white males passed. (174/205).
      J.  How can we attract Hispanic, Asian and Native American females to take the examination?

II.     Review the Public Academy and Leadership Springfield Proposal. (Sandy Robinson and Mark Dyment)

      A.  Feasibility.
      B.  Funding.

III.    Recruiting coordination between Police and Fire and other City Departments.

      A.  Working relationship with the Race Relations Taskforce.
      B.  Human Resources recruiting assistance.
      C.  Assistance from the Mayor's office (budget item/funding/grants).
      D.  Feasibility of a full-time recruiter for the Fire Dept.

IV.     Police Corp Program and Lateral Transfers (Assistant Chief Mike Geiger)

      A.  Are we getting minority and female candidates through each program?
      B.  How can each program be used to recruit minorities and female candidates?

V.      Minority Recruitment by the Lexington, Kentucky Police Department.

      A.  Ideas for Police and Fire.

VI.     Can the community of Beardstown be used to recruit Latino candidates through the high school and with community and church leaders?

VII.    City-wide Minority Recruitment Coordinator/Committee (Larry Selinger)

      A.  Feasibility (Should our Committee go City-wide or establish a second
           committee?)
      B.  Cabinet level position.
      C.  Recommendations to the Mayor.

VIII.   Other Business.

Minutes of the Minority and Female Recruitment Committee for Police and Fire Meeting
Held on August 6, 2003 Meeting

Attendees: Frank Martinez, Sandy Robinson, Letitia Dewith-Anderson, Fire Chief Ron
Hasara, Fire Captain Mark Dyment, Police Chief Don Kliment, Deputy Chief Mike
Geiger, Kevin Keen, Heidi Homeier, Human Resources Director Larry Selinger, Kim
Wonnell, Police Legal Advisor Josh Carter and Kendra Davis.

## Review of the June 7, 2003 Patrol Officer Examination

The Committee reviewed the pass/fail statistics for minorities and woman who took the
June 7, 2003, Patrol Officer Examination. Overall, 72 percent of all minorities passed. 65
percent of all African-Americans taking the examination passed. 100 percent of Latino
and Native American applicants passed. 75 percent of Asian applicants passed. 85
percent of white males and females passed. The Committee discussed ways to increase
the number of Latino, Asian and Native American females to take the patrol officer
examination. Victor Juarez, Arlo Wheeler and Monica Chen were identified as persons
the Committee could contact to help us with this effort.

## Leadership Springfield and the Public Academy

Sandy Robinson and Mark Dyment indicated they would work together in getting a
version of these programs together with little or no cost to the City. Letitia indicated that
she would work with District 186 in order to obtain their commitment to the program on
a modified basis possibly making this an after-school program. It was discussed that the
City should identify middle school or high school minority students that have an interest
in pursuing public safety careers with the assistance of District 186. Mark Dyment and
Heidi Homeier indicated that they would be available to teach classes or modules
regarding the work that a police officer or firefighter would engage in on a daily basis.

## Recruiting Coordination Between the Police and Fire Department and other City Departments

Police and Fire recruiters are working together to coordinate their recruitment efforts by
informing each other of potential candidates that show an interest in public safety,
following up with potential candidates and informing each other of upcoming recruiting
events that they could mutually attend to recruit minority and female candidates.

Sandy indicated that the Race Relations Taskforce is willing to help the Committee in
anyway with recruiting qualified minority applicants. He indicated that the Committee
was pleased with the discussions they had with the Police and Fire Chief.

The idea of a full-time recruiter for the Fire Department was discussed. Letitia indicated
she would work with the Illinois Legislature in order to see if any state funding was
available to fund this position. All in attendance agreed this was a good idea and should

Page Two

be pursued. The idea of having a grant writer or city employees work on finding funding for after-school programs and recruitment activities was also discussed.

Letitia indicated she would discuss possible recruitment assistance with Lincoln Land College. Mark Dyment was interested in working with Lincoln Land College in order to develop a fire safety program that would enable students who successfully complete the program by obtaining a fire safety degree being eligible to be put on a separate eligibility list for upcoming firefighter openings. This program would mirror the Illinois Police Corp. program.

Police Corp. Program and Lateral Transfer

Mike Geiger indicated that the Police Corp. program needs to be promoted more in the minority community. He indicated that Chief Kliment and himself with other police personnel went to Western Illinois University to recruit potential candidates who were nearing the completion of the program. Students who complete this program do not take the written examination and are put on a separate Police Corp. eligibility list. The City through this program recently hired a white male and female. Sandy and Letitia indicated they would work with the minority community in getting the word out on this program. Heidi indicated that the Police Corp. materials are distributed at the Springfield high schools and she discusses the programs with interested high school youth.

Mike Geiger indicated that the procedures and the administration of the Lateral Entry program are being developed for a possible recruiting class in June of 2004.

Minority Recruitment by the Lexington, Kentucky Police Department

Kim Wonnell indicated that the Lexington, Kentucky Police Department is working with the Latino community in Lexington to identify and recruit Latino police officers to help with their growing Latino population. Kim is going to follow up with them to see what recruitment strategies they are developing to attract minority candidates.

Recruiting in Beardstown for Latino Applicants

The Committee discussed the idea of recruiting Latinos in Beardstown. Victor Juarez would be a contact to the Latino community in Beardstown. The Star Journal-Register recently ran a series on the growing Latino population in Beardstown, which identified community and church leaders that can help the City of Springfield in recruiting Latinos. Heidi and Mark should focus their attention in developing this potential recruiting source.

City-wide Minority Recruitment Coordinator/Committee

Letitia indicated that at this time the committee would continue their main focus on police and fire in order to remain in compliance with the Consent Decree. At a future

Page Three

date the City will look at making this a citywide initiative.  She indicated that the Mayor Davlin is very supportive of our efforts and will assist us in any way he can.

AGENDA

Minority and Female Recruitment Committee for the Police and Fire Department

December 2, 2003

I.    Introduction of James Johnson from the local chapter of the NAACP.

    A.  Expectations of the NAACP in developing a partnership with the City.

    B.  Update on what the City has been doing thus far.

II.   Partnership with District 186 and Lincoln Land Community College (Sandy and Letitia)

    A.  Discuss plans for an After-School Program for minority and female youth in the community to learn more about the Police and Fire Department.

    B.  Discuss meeting held with officials from District 186 and Lincoln Land.

III.  Recruiting Efforts of Police and Fire for the last six months and next six months. (Heidi and Mark)

    A.  What have our recruitment efforts been the last six months?

    B.  Where do we plan to recruit in the next six months?  How will this be done?

    C.  Documentation of our efforts.

IV.   Review of Springfield Police Department EEO Policy and Recruitment Plan and the Equal Employment Opportunity Plan (EEOP) approved by the Office of Civil Rights/U.S. Department of Justice.  (See attached policies)

        a.   Make sure everyone has a thorough understanding of each policy
        b.    and that they are being followed.

V.    Recruitment of Latino applicants in Beardstown.

VI.   Other Business.

<u>Minutes of the Minority and Female Recruitment Committee for the Police and Fire</u>
<u>Department</u>

<u>December 2, 2003</u>

Attendees: Frank Martinez, Sandy Robinson, Letitia Dewith-Anderson, James Johnson-NAACP Labor Chairman, Fire Chief Ron Hasara, Fire Captain Mark Dyment, Assistant Police Chief Ralph Caldwell, Heidi Homeier, Kim Wonnell, Josh Carter, Robert Williams and Kendra Davis.

<u>Introduction of James Johnson from the NAACP</u>

The Committee welcomed James Johnson from the NAACP local chapter. The Committee expressed to James that it was looking forward to working with him as the representative of the NAACP who can assist the City of Springfield with the recruitment of minorities and females to the Police and Fire Department. James expressed that he wanted open communication of information between the City and the NAACP regarding recruitment activities or decisions that may have an impact upon recruitment activities.

<u>City of Springfield After School Program for Minorities and Females Students</u>

An after school program will begin at Washington Middle School in January of 2004 after the Christmas break. The program is geared toward creating an interest in the Police and Fire Department with minority and female youth at the middle school level. A total of 3 to 6 classes will be held two times per week with the goal of reaching 50 kids during the duration of the program. District 186 has also expressed an interest in developing a similar pilot program at Springfield Lanphier.

<u>Update on working with Lincoln Land Community College and the University of Illinois-Springfield to assist in recruiting minorities and females.</u>

Sandy, Letitia and Mark expressed an interest in working with Lincoln Land Community College in order to identify minorities that would be interested in obtaining a Fire Science Degree. The Committee also expressed a desire to establish a Fire Corp. program with Lincoln Land Community College with a separate eligibility list that would be similar to the Police Corp. program. Mike Geiger is also working with UIS and Lincoln Land Community College in promoting the Police Corp. program for students at UIS that would have an interest in public safety employment. Mike Geiger, Heidi Homeier and Ron Merkly have already met with criminal justice professors at Lincoln Land Community College and have an assembly presentation of the Police Corp program for LLCC students on January 28, 2004.

## Potential Layoffs at the Springfield Police Department

Assistant Chief Ralph Caldwell indicated that the Police Department may be looking at potential layoffs of patrol officers due to the City's deficit of nearly 7 million dollars which would result in less funding for the Springfield Police Department. Assistant Chief Caldwell wanted to be sure that the NAACP was aware of this potential situation. James appreciated knowing this information.

## Update on Recruiting Efforts of the Police Department

Heidi indicated that she has addressed 10 local high schools about the Police Corp. program. She is also continuing to visit colleges and universities, and minority community events to identify students with an interest in public safety employment. (See attached recruitment documentation). Heidi was instrumental in developing tutorial sessions for applicants taking the last police examination and conducting mock oral interviews with successful applicants. Heidi also wants to follow up with minority recruits with the assistance of the NAACP, black police officers and the black churches. The Committee suggested working with the Neighborhood Watch Programs and Officers, the black churches and ministerial alliance in order to identify minorities and females who want to become police officers.

## Update on Recruiting Efforts of the Fire Department

Mark Dyment expressed to James that he needed the assistance of the NAACP with the Fire Department's recruitment efforts in the black community. James offered to help him in anyway he could. Mark also indicated that the Explorer's Program was also in need of diversity. Mark also wants to work with the boy scouts troop that is primarily African-American in order to create interest in the Fire Department. Mark's recruitment efforts for 2003 are attached.

## Review of the Springfield Police Department EEO Policy and Recruitment Plan and Equal Employment Opportunity Plan (EEOP)

The Committee reviewed the Springfield EEO Policy and Recruitment Plan and Equal Employment Opportunity Plan to ensure that recruitment efforts are on-going, analyzed our accomplishments in recruiting and discussed the changes that were made to improve recruitment of minorities and females in the past year. Such as adding tutorial sessions and mock oral interviews for applicants taking the police examination in June of 2003 and holding these sessions in the black community with the assistance of black leaders.

# Springfield Police Department
## Summary Report
### 07/01/03 –

*The goal of all recruitment activities:*
*1. To maintain a high profile on the eastside of Springfield*
*2. To solicit suggestions familiar with the SPD recruiting efforts*
*3. To have tutorial sessions in proximity to applicants*
*4. To have ethnic and gender composition in the sworn law enforcement ranks in approximate proportion to the makeup of the available work force in the service community*

**Objective:**     To test the applicants' physical ability for future police officers
**Location:**      Illinois State Police Academy
**Date:**          July 12-13, 2003
**Presenters:**    Several Assistant Chiefs, Lieutenants and officers
**# of Attendees:** 202
**Demographics:**  F/B 3, F/W 24, M/AIAN 2, M/API 3, M/B 12, M/H 4, M/W 139

Of the 202 attendees, 197 passed the agility test. Those who passed were informed about the pre-interview tutorial session and invited to schedule follow-up appointments with Officer Homeier. This was the first time the Civil Service allowed the tutorial sessions.

On July 16, 2003, Officer Homeier contacted several eastside churches to schedule a meeting room for the tutorial session for the pre-oral interviews.

**Recommendation:** It is beneficial to the applicant to schedule tutorial sessions immediately after the agility test.

**Objective:**      To enhance applicant's skills to get through the Oral Interviews and minimize common anxiety with professional job interviews.
**Location:**       Pleasant Grove Baptist Church
**Date:**           July 19, 2003 10-12 pm
**Presenters:**     Officer Homeier
**# of Attendees:** 25
**Demographics:**   several different ethnic backgrounds
**Recruiting Aids:** Police Oral Exam Success Strategies booklet

Officer Homeier met with several police candidates who had passed the physical exam. They met at the Pleasant Grove Baptist Church, 908 Martin Luther King Drive. Candidates emailed

her and informed Officer Homeier the training was helpful in preparing them for the Oral Interview boards.

**Recommendation**: The meeting room was large and the applicants could not clearly hear what was being said in the training. The space was not conducive to the one-on-one training that would actually mirror the oral interview boards.

| | |
|---|---|
| **Objective:** | To enhance applicant's skills to get through the Oral Interviews and minimize common anxiety with professional job interviews |
| **Location:** | Zion Baptist Church |
| **Date:** | July 22, 2003 6-8pm |
| **Presenters:** | Officer Homeier, Officer Overby |
| **# of Attendees:** | 20 |
| **Demographics:** | several different ethnic backgrounds |
| **Recruiting Aids:** | Police Oral Exam Success Strategies booklet |

Officer Homeier and Officer Overby met with several police candidates who had passed the physical exam. They divided the applicants in groups of 4 persons. Several comments came from applicants:

Chris Jones. *"Thanks for your time on Saturday, the material was very helpful. Some of the interviewing techniques I knew but it was nice to have a refresher. I think it will be very helpful come time to interview. I have taken a couple different police test in the past and after today I can recall some mistakes that I made then that I can change on this interview coming up. The group work was great too. I wouldn't change a thing."*

*" I wanted to thank you for the pre-interview session that you held on Saturday. I believe it will be very beneficial to me in the hiring process. I enjoyed the group exercise, and the opportunity to get a glimpse at what the real interview is going to be like. The only suggestion that I thought about was to have more instructors present for the group sessions. We kept you pretty busy, running between the groups answering questions.*
*Thanks again,*
*Dustin Pierce*

"I thought the pre-interview session was very beneficial, and I think it would be something that should be continued in the future. I felt that I found out a lot of tips that would help me when it comes time for the interview. As of now there is nothing that I feel that should have been done different. I would be able to give a better assessment after the oral interview. As of now, I am confident in my abilities going into the oral interview."

Thanks,

Todd Koeste

"I just wanted to thank you for having that exercise on preparing for the oral interview. Having participated in the examination process in the past helped, but actually sitting down with peers in a controlled environment helped tremendously. I had my oral interview this morning and I felt that I did really well." — Dave Mack

*"Thanks for taking out the time to explain the oral interview process as well as give pointers on how to do a better interview. I felt that the class was very beneficial. I had my interview this morning and felt much more prepared for it because I attended the class and practiced the interview skills. I would hope that other candidates in the future will take advantage of it and that the department continues to offer it as was quite helpful.*

*Thanks again,"*
*Russell Lehr*

(see addendum for churches contacted)

**Recommendation:** The light in the room was reflected from the south glass window on the trainers causing the applicants the inability to observe the material being displayed to the applicant. The room was not large enough because there were several applicants that signed up to participate in the training. The space was not conducive to the one-on-one training that would actually mirror the oral interview boards

| | |
|---|---|
| **Objective:** | To enhance applicant's skills to get through the Oral Interviews and minimize common anxiety with professional job interviews |
| **Location:** | Community Relations |
| **Date:** | July 24 – 30, 2003 (scheduled days) |
| **Presenters:** | Officer Homeier, Officer Wells, and Officer Holman |
| **# of Attendees:** | 8 |
| **Demographics:** | several different ethnic backgrounds |
| **Recruiting Aids:** | None |

Several officers volunteered their services to train the applicants for the oral interviews. These sessions were offered to the people who had missed the previous trainings. Officer Homeier scheduled these people to come into the mall and have the training in the conference room. The other officers assisted her in the training and asking the applicant questions and evaluating the applicant on how they answered the questions.

3

Recommendation: The training was helpful to the applicants. During the training there were up to five applicants in the training and Officer Homeier thought the training would have been more beneficial for each applicant to have individual one-on-one training for them.

| | |
|---|---|
| Objective: | To be visible to the basketball players and the community participating in the Gus Macker Tournament |
| Location: | Gus Macker Tournament, Horace Mann parking lot |
| Date: | July 26-27, 2003 |
| Presenters: | Officer Homeier |
| # of Attendees: | Several |
| Demographics: | Numerous people |
| Recruiting Aids: | None |

Officer Homeier asked if she could recruit at the Gus Macker Tournament. The Mobile Command Unit was parked on the street west of the parking lot on the street and a distance from the basketball courts. She was visible to the players and spoke to a few people.

Recommendation: The location of the Mobile Command Unit was not beneficial for recruiting. The Unit could have been parked within the parking lot making the Springfield Police Department more visible for the community and the players attending the tournament. The finals for the tournament were held in the Horace Mann parking lot and the Unit needed to be closer to the players. Officer Homeier suggested for next year that there would be water bottles with recruiting information on them and be provided to the players.

| | |
|---|---|
| Objective: | To discuss new ideas for recruiting minority candidates |
| Location: | Municipal Center East |
| Date: | August 6, 2003 |
| Presenters: | Chief Kliment, AC Geiger, Sgt. Keen, Officer Homeier and others |
| # of Attendees: | 11 |

The review of the committee is as follows: Committee members discussed the need to work with the Hispanic community and speak with the Beardstown churches and make contact with Victor Juarez. The Asian and Native American Communities need to be contacted. We desire to speak with leaders of each community. The Public Safety Academy was discussed in reference to recruiting minorities through the Academy. The Explorers had a low representation of minorities. One comment made by Ms. Anderson "we need to send people in who look like us." We discussed summer programs, and the Police Corp. Officer Homeier requested from Sandy Robinson names of the people on the Race Relation Task Force.

(See addendum for Frank Martinezs' minutes of the meeting)

**Recommendation:** Officer Homeier observed and considered the new ideas of the people attending the Task Force meeting. She knew that the comment from Ms. Anderson was not accurate because of the statistic from Homeiers' recruiting efforts. The efforts demonstrate that being of a different color did not make any difference in recruiting minorities.

| | |
|---|---|
| **Objective:** | To meet with several people and introduce them to the possibility of becoming police officers |
| **Location:** | Illinois State Fair |
| **Date:** | August 7 – 17, 2003 |
| **Presenters:** | Several different personal from Police Department |
| **# of Attendees:** | Several |
| **Demographics:** | 3 F/W, 1 F/H, 1 M/B, 1 M/H, 28 M/W |
| **Recruiting Aids:** | Tri-fold, Dummy dressed in uniform, light bar |

Officer Homeier along with several other officers from the department were stationed at the City Tent for the State Fair. They had created a display that showed all the programs the Department offered to the community. They also had a "dummy" officer dressed in full uniform with a light bar. Officer Homeier spoke with 30 possible police applicants. The eligibility list had been created from the testing process in June 2003 and recruiting for future testing dates were challenging.

**Recommendation:** The state fair attracts several people from outside the city of Springfield. There should be small recruiting items to pass out to people interested in becoming police officers. The negative part was the demographics of the audience. They were above the age limit for police officers. Also, there was not a high representation of minorities at the fair. Officer Homeier spoke to six minorities.

| | |
|---|---|
| **Objective:** | To discuss new ideas for recruiting minorities |
| **Location:** | Minority Task Force, Letitia Andersons' office |
| **Date:** | August 18, 2003 |
| **Presenters:** | Frank Martinez, Letitia Anderson, Sandy Robinson, Mark Dyment, Officer Homeier |
| **# of Attendees:** | 5 |

An after-school program to educate Jr. High students about the police/fire was proposed to the group. The program would be designed for 7th and 8th graders, but Letitia and Sandy Robinson wanted to introduce the program to younger students. Mr. Robert Blackwell is the coordinator of the "Safe Haven" program and is located at Washington School. He also in involved with the funding project of the Weed & Seed program. The Program would be one day a week in two schools, Ms. Anderson, Sandy Robinson and Officer Homeier desired smaller groups of children for the program. Sandy Robinson stated that "White Females" are not the minority. The group

5

also suggested meeting with the staff at Lincoln Land Community College and UIS to discuss the Police Corp program.

**Objective:** To seek qualified African American and other minority applicants and women
**Location:** 1st Annual Black Expo, Prairie Capital Convention Center
**Date:** August 30, 2003
**Presenters:** Officer Holman, Officer Homeier
**# of Attendees:** Several
**Demographics:** 3 F/B, 1 M/B
**Recruiting Aids:** Recruiting Display, Laptop, brochures, pens, and magnets

Officer Holman and Officer Homeier attended the 1st Annual Black Expo located at the Prairie Capital Convention Center. There were several minority companies and organizations involved in the Expo. Officer Homeier asked several people who had walked by the recruiting display if they knew of anyone interesting in becoming a police officer. A common response was that they did not want their family members becoming police officers. The people who were qualified to become police officer applicants voiced their concerns about being "shot at" while being an officer. Officer Homeier educated them in the direction that the citizen on the street continues to respect police officers in Springfield.

**Recommendation:** The fee to attend the Expo was costly. The location of the display was out in the hallway and would have been ideal to be inside the hall with the other organizations. The foot traffic was heavier inside the hall. This was a great recruiting tool because officers made contact with the local community and continued to create a positive rapport with them.

**Objective:** To discuss the after school program and introduce the possibility of becoming a police officer to young children
**Location:** Minority Task Force, Letitia Andersons' office
**Date:** September 10, 2003
**Presenters:** Letitia Anderson, Sandy Robinson, Mark Dyment, and Officer Homeier
**# of Attendees:** 4

The after-school program was discussed again and the times were assigned. The police department would meet at 1430-1630 Hrs. Laidlaw agreed to allow us to use their buses for fieldtrips. Mr. Blackwell was conducting a meeting on September 16, 2003 at 1600 hrs and wanted the committee to attend and discuss the program.

| | |
|---|---|
| Objective: | To seek qualified African American and other minority applicants and women |
| Location: | Minority Task Force Meeting, Community Relations office with Sandy Robinson |
| Date: | September 18, 2003 |
| Presenters: | Chief Kliment, Bill Seltzer, Lawrence Johnson, Dan Stout, Victor Sadiki, Van Worth, Gurthie Youg, Frank Price, Victor Juarez, Officer Homeier |
| # of Attendees: | 12 |
| Demographics: | Numerous people |
| Recruiting Aids: | Illinois Police Corp tri-folds and business cards |

Chief Kliment was in attendance and handed out the booklet "Developing a Partnership to Improve Race Relations" from Kansas City, requesting the Task Force group to read the booklet. Discussions included character first in dealing with the public, culture assessment and racial profiling. The task force will assist the Citizen Review Board with their endeavors. The reorganization of the cities community relations' office, and a liaison between the City and schools were discussed among the members.

| | |
|---|---|
| Objective: | To seek qualified African American and other minority applicants and women |
| Location: | Springfield Urban League |
| Date: | September 30, 2003 |
| Presenters: | Officer Homeier |
| # of Attendees: | 1 |
| Demographics: | B/F |
| Recruiting Aids: | Illinois Police Corp tri-folds and business cards |

Officer Homeier periodically visits the Springfield Urban League in hopes to meet possible police recruits. She met with a black female, Ashley Jelks, who attends Lanphier. Homeier introduced her to the Police Corp program and Homeier delivered Jelks the application to her school.

7

| Objective: | To introduce to students from the Springfield High Schools the opportunity to become police officers and to educate them about the Police Corp |
|---|---|
| Location: | Calvary Academy |
| Date: | October 7, 2003 |
| Presenters: | Officer Homeier |
| # of Attendees: | 90 |
| Demographics: | Numerous people |
| Recruiting Aids: | Illinois Police Corp tri-folds and business cards |

Officer Homeier presented to the student body (7th grade-12th grade) the Illinois Police Corp program. She handed out trifolds and applications for the students and answered any questions they had about the program.

| Objective: | To present the Police Corp program to the Criminal Justice professors and make appointments to meet with college students. |
|---|---|
| Location: | Lincoln Land Community College |
| Date: | October 10, 2003 |
| Presenters: | Assistant Chief Geiger, Officer Homeier, Police Corp Representative Rod Merkly |
| # of Attendees: | 6 |
| Recruiting Aids: | Illinois Police Corp tri-folds and business cards |

Officers met with the criminal justice professors and Gail Truitt to schedule an assembly to present the Illinois Police Corp to the students. The assembly was set for January 28, 2004.

| Objective: | To introduce to students from the Springfield High Schools the opportunity to become police officers and to educate them about the Police Corp |
|---|---|
| Location: | Capital Area Education Fair, Orr Building |
| Date: | October 15, 2003 |
| Presenters: | Officer Homeier |
| # of Attendees: | D186 High School Junior/Seniors |
| Recruiting Aids: | Illinois Police Corp tri-folds and business cards |

Officer Homeier attended the Capital Area Education Fair and handed out business cards and made contact with several minority students. She gave information about the police corp and advised them of the benefits of the program.

| | |
|---|---|
| Objective: | To introduce to students from the Springfield High Schools the opportunity to become police officers and to educate them about the Police Corp |
| Location: | Sacred Heart Griffin |
| Date: | October 16, 2003 |
| Presenters: | Officer Homeier |
| # of Attendees: | 1 |
| Demographics: | 1 W/F |
| Recruiting Aids: | Illinois Police Corp tri-folds and business cards |

Officer Homeier was scheduled to meet with several senior students at Sacred Heart Griffin. One W/F attended the informational meeting about the Police Corp. She was interested in the program and requested an application.

**Recommendation:** Officer Homeier spoke with Ms. Carol Noonan at Sacred Heart/Griffin. She has been helpful to Officer Homeier in setting up and getting information out to the students. The first year Officer Homeier met with over twelve students at the school and this year there was only one in attendance at the meeting. Ms. Noonan stated she would display a flyer for the Police Corp and would try to think of more ideas to get more students to attend the meeting. Meeting the students in the schools is a great way to get information out to students seeking information about college and getting their education paid for by the government.

| | |
|---|---|
| Objective: | To introduce to students from the Springfield High Schools the opportunity to become police officers and to educate them about the Police Corp |
| Location: | Southeast High School |
| Date: | November 4, 2003 |
| Presenters: | Officer Homeier |
| # of Attendees: | D186 High School Junior/Seniors (150) |
| Recruiting Aids: | Illinois Police Corp tri-folds and business cards |

Officer Homeier spoke with several (6) classes at Southeast High School. Juniors/Seniors were in attendance. The classes were English, Social Studies and Math. Students were receptive to the information in reference to the Police Corp. Officer Homeier also encouraged students to attend a college of their choice and come back to Springfield and become a police officer.

**Recommendation:** Officer Homeier was scheduled to speak to the senior class in an assembly style but the schedule had changed and Ms. Tammy Bolden accommodated Officer Homeier by getting her into individual classes. This was a success because of the smaller class sizes and the individual attention from the students.

Table1                                              11/7/2003

| Subject | Location | Date |
|---|---|---|
| database set-up | office | 1/10/03 |
| career day | pawnee hs | 1/23/03 |
| career day | isu | 2/4/03 |
| career fair | Monmouth College | 2/12/03 |
| career talk | harvard park | 2/17/03 |
| career day | wiu-macomb | 2/18/03 |
| career day | eiu-charleston | 2/19/03 |
| career day | monmouth college | 2/22/03 |
| new recruits training | cwlp | 2/24/03 |
| mostaccoli dinner | griffin hs | 3/2/03 |
| recruit backgrounds | spd | 3/4/03 |
| career day | siu-edwardsville | 3/5/03 |
| job shadow | sfd | 3/10/03 |
| career day | ilcc | 3/12/03 |
| career day | ilcc | 3/13/03 |
| job shadow | sfd | 3/18/03 |
| leadership spfld meeting | sandy's office | 3/18/03 |
| career counseling | lanphier hs | 3/19/03 |
| career counseling | southeast hs | 3/19/03 |
| leaddership spfld-class mod | office | 3/20/03 |
| career day | siu-carbondale | 3/21/03 |
| high school curriculum | office | 3/24/03 |
| career day | harris-stowe universit | 3/25/03 |
| career day | Illinois Central-peoria | 3/26/03 |
| career day | u of l spfld | 3/28/03 |
| career day | isu bloomington | 4/1/03 |
| job shadow | sfd | 4/4/03 |
| spfld collegiate career fair | sci | 4/5/03 |
| career day | il central college | 4/9/03 |
| career day | il valley cc | 4/10/03 |
| recruitment | 1300 s 9th | 4/16/03 |
| ff curriculum | office | 4/16/03 |
| ff curriculum | meeting | 4/18/03 |
| recruit fair | richland cc | 4/24/03 |
| job shadow | sfd | 4/30/03 |
| recruitment | crown plaza | 5/3/03 |
| hs curriculum | 1900 w monroe | 5/7/03 |
| recruit meeting | mayor's office | 5/13/03 |
| job shadow | sfd | 5/14/03 |
| job shadow | sfd | 5/23/03 |
| recruit | union bapstist church | 5/24/03 |
| recruitment meeting | mayor's office | 5/30/03 |
| recruit video | dean williams office | 6/2/03 |
| recruit data base | office | 6/4/03 |
| recruit data base | office | 6/9/03 |
| high school curriculum | dr. rutledge's office | 6/16/03 |

Table1

| Subject | Location | Date |
|---|---|---|
| recruit meeting | mce 108 | 6/19/03 |
| jerome safety fair | jerome | 6/20/03 |
| high school tour | st 1 | 6/03/03 |
| recruit display/pics | owens photo | 7/1/03 |
| cpat | mayor's office | 7/9/03 |
| recruit | mail office | 7/15/03 |
| race relations | mce 108 | 7/17/03 |
| recruit display | | 7/22/03 |
| recruit display setup | fairgrounds | 8/4/03 |
| recruit display setup | fairgrounds | 8/5/03 |
| recruit display | fairgrounds | 8/6/03 |
| recruit | fairgrounds | 8/7/03 |
| recruit | fairgrounds | 8/8/03 |
| recruit | fairgrounds | 8/9/03 |
| recruit | fairgrounds | 8/10/03 |
| recruit | fairgrounds | 8/11/03 |
| recruit | fairgrounds | 8/12/03 |
| recruit | fairgrounds | 8/12/03 |
| recruit | fairgrounds | 8/13/03 |
| recruit | fairgrounds | 8/14/03 |
| recruit | fairgrounds | 8/15/03 |
| recruit | fairgrounds | 8/16/03 |
| recruit | fairgrounds | 8/17/03 |
| display tear down | fairgrounds | 8/18/03 |
| race relations | mce108 | 8/20/03 |
| database | office | 8/27/03 |
| meeting | mayor's office | 9/10/03 |
| paperwork | office | 9/11/03 |
| recruitment meeting | mayor's office | 9/15/03 |
| after school program | washington ms | 9/17/03 |
| fire safety fair | fairgrounds | 10/4/03 |
| sam madonia show | station 1 | 10/7/03 |
| shadowing | sfd | 10/14/03 |
| shadowing | sfd | 10/31/03 |
| after school program | mce108 | 11/03/03 |
| after school program-setup | office | 11/6/03 |

Police Recruiting Notes

July 1, 2003 – December 31, 2003

| | |
|---|---|
| Objective: | To test the applicants' physical ability for future police officers |
| Location: | Illinois State Police Academy |
| Date: | July 12-13, 2003 |
| Presenters: | Several Assistant Chiefs, Lieutenants and officers |
| # of Attendees: | 202 |
| Demographics: | F/B 3, F/W 24, M/AIAN 2, M/API 3, M/B 12, M/H 4, M/W 139 |

Of the 202 attendees, 197 passed the agility test. Those who passed were informed about the pre-interview tutorial session and invited to schedule follow-up appointments with Officer Homeier. This was the first time the Civil Service allowed the tutorial sessions.

On July 16, 2003, Officer Homeier contacted several eastside churches to schedule a meeting room for the tutorial session for the pre-oral interviews.

**Recommendation:** It is beneficial to the applicant to schedule tutorial sessions immediately after the agility test.

| | |
|---|---|
| Objective: | To enhance applicant's skills to get through the Oral Interviews and minimize common anxiety with professional job interviews. |
| Location: | Pleasant Grove Baptist Church |
| Date: | July 19, 2003 10-12 pm |
| Presenters: | Officer Homeier |
| # of Attendees: | 25 |
| Demographics: | several different ethnic backgrounds |
| Recruiting Aids: | Police Oral Exam Success Strategies booklet |

Officer Homeier met with several police candidates who had passed the physical exam. They met at the Pleasant Grove Baptist Church, 908 Martin Luther King Drive. Candidates emailed her and informed Officer Homeier the training was helpful in preparing them for the Oral Interview boards.

**Recommendation:** The meeting room was large and the applicants could not clearly hear what was being said in the training. The space was not conducive to the one-on-one training that would actually mirror the oral interview boards.

| | |
|---|---|
| **Objective:** | To enhance applicant's skills to get through the Oral Interviews and minimize common anxiety with professional job interviews |
| **Location:** | Zion Baptist Church |
| **Date:** | July 22, 2003 6-8pm |
| **Presenters:** | Officer Homeier, Officer Overby |
| **# of Attendees:** | 20 |
| **Demographics:** | several different ethnic backgrounds |
| **Recruiting Aids:** | Police Oral Exam Success Strategies booklet |

Officer Homeier and Officer Overby met with several police candidates who had passed the physical exam. They divided the applicants in groups of 4 persons. Several comments came from applicants:

Chris Jones. *"Thanks for your time on Saturday, the material was very helpful. Some of the interviewing techniques I knew but it was nice to have a refresher. I think it will be very helpful come time to interview. I have taken a couple different police test in the past and after today I can recall some mistakes that I made then that I can change on this interview coming up. The group work was great too. I wouldn't change a thing."*

*" I wanted to thank you for the pre-interview session that you held on Saturday. I believe it will be very beneficial to me in the hiring process. I enjoyed the group exercise, and the opportunity to get a glimpse at what the real interview is going to be like. The only suggestion that I thought about was to have more instructors present for the group sessions. We kept you pretty busy, running between the groups answering questions.*
*Thanks again,*
*Dustin Pierce*

"I thought the pre-interview session was very beneficial, and I think it would be something that should be continued in the future.  I felt that I found out a lot of tips that would help me when it comes time for the interview. As of now there is nothing that I feel that should have been done different.  I would be able to give a better assessment after the oral interview.  As of now, I am confident in my abilities going into the oral interview."

Thanks,
Todd Koeste

"I just wanted to thank you for having that exercise on preparing for the oral interview. Having participated in the examination process in the past helped, but actually sitting down with peers in a controlled environment helped tremendously. I had my oral interview this morning and I felt that I did really well." – Dave Mack

*"Thanks for taking out the time to explain the oral interview process as well as give pointers on how to do a better interview. I felt that the class was very beneficial. I had my interview this morning and felt much more prepared for it because I attended the class and practiced the interview skills. I would hope that other candidates in the future will take advantage of it and that the department continues to offer it as was quite helpful.*

*Thanks again,"*
*Russell Lehr*

(see addendum for churches contacted)

**Recommendation:** The light in the room was reflected from the south glass window on the trainers causing the applicants the inability to observe the material being displayed to the applicant. The room was not large enough because there were several applicants that signed up to participate in the training. The space was not conducive to the one-on-one training that would actually mirror the oral interview boards

| | |
|---|---|
| **Objective:** | To enhance applicant's skills to get through the Oral Interviews and minimize common anxiety with professional job interviews |
| **Location:** | Community Relations |
| **Date:** | July 24 – 30, 2003 (scheduled days) |
| **Presenters:** | Officer Homeier, Officer Wells, and Officer Holman |
| **# of Attendees:** | 8 |
| **Demographics:** | several different ethnic backgrounds |
| **Recruiting Aids:** | None |

Several officers volunteered their services to train the applicants for the oral interviews. These sessions were offered to the people who had missed the previous trainings. Officer Homeier scheduled these people to come into the mall and have the training in the conference room. The other officers assisted her in the training and asking the applicant questions and evaluating the applicant on how they answered the questions.

**Recommendation:** The training was helpful to the applicants. During the training there were up to five applicants in the training and Officer Homeier thought the training would have been more beneficial for each applicant to have individual one-on-one training for them.

| | |
|---|---|
| **Objective:** | To be visible to the basketball players and the community participating in the Gus Macker Tournament |
| **Location:** | Gus Macker Tournament, Horace Mann parking lot |
| **Date:** | July 26-27, 2003 |
| **Presenters:** | Officer Homeier |
| **# of Attendees:** | Several |
| **Demographics:** | Numerous people |
| **Recruiting Aids:** | None |

Officer Homeier asked if she could recruit at the Gus Macker Tournament. The Mobile Command Unit was parked on the street west of the parking lot on the street and a distance from the basketball courts. She was visible to the players and spoke to a few people.

**Recommendation:** The location of the Mobile Command Unit was not beneficial for recruiting. The Unit could have been parked within the parking lot making the Springfield Police Department more visible for the community and the players attending the tournament. The finals for the tournament were held in the Horace Mann parking lot and the Unit needed to be closer to the players. Officer Homeier suggested for next year that there would be water bottles with recruiting information on them and be provided to the players.

| | |
|---|---|
| **Objective:** | To discuss new ideas for recruiting minority candidates |
| **Location:** | Municipal Center East |
| **Date:** | August 6, 2003 |
| **Presenters:** | Chief Kliment, AC Geiger, Sgt. Keen, Officer Homeier and others |
| **# of Attendees:** | 11 |

The review of the committee is as follows: Committee members discussed the need to work with the Hispanic community and speak with the Beardstown churches and make contact with Victor Juarez. The Asian and Native American Communities need to be contacted. We desire to speak with leaders of each community. The Public Safety Academy was discussed in reference to recruiting minorities through the Academy. The Explorers had a low representation of minorities. One comment made by Ms. Anderson "we need to send people in who look like us." We discussed summer programs, and the Police Corp. Officer Homeier requested from Sandy Robinson names of the people on the Race Relation Task Force.

**Recommendation:** Officer Homeier observed and considered the new ideas of the people attending the Task Force meeting. She knew that the comment from Ms. Anderson was not accurate because of the statistic from Homeiers' recruiting efforts. The efforts demonstrate that being of a different color did not make any difference in recruiting minorities.

| | |
|---|---|
| **Objective:** | To meet with several people and introduce them to the possibility of becoming police officers |
| **Location:** | Illinois State Fair |
| **Date:** | August 7 – 17, 2003 |
| **Presenters:** | Several different personal from Police Department |
| **# of Attendees:** | Several |
| **Demographics:** | 3 F/W, 1 F/H, 1 M/B, 1 M/H, 28 M/W |
| **Recruiting Aids:** | Tri-fold, Dummy dressed in uniform, light bar |

Officer Homeier along with several other officers from the department were stationed at the City Tent for the State Fair. They had created a display that showed all the programs the Department offered to the community. They also had a "dummy" officer dressed in full uniform with a light bar. Officer Homeier spoke with 30 possible police applicants. The eligibility list had been created from the testing process in June 2003 and recruiting for future testing dates were challenging.

**Recommendation:** The state fair attracts several people from outside the city of Springfield. There should be small recruiting items to pass out to people interested in becoming police officers. The negative part was the demographics of the audience. They were above the age limit for police officers. Also, there was not a high representation of minorities at the fair. Officer Homeier spoke to six minorities.

| | |
|---|---|
| **Objective:** | To discuss new ideas for recruiting minorities |
| **Location:** | Minority Task Force, Letitia Andersons' office |
| **Date:** | August 18, 2003 |
| **Presenters:** | Frank Martinez, Letitia Anderson, Sandy Robinson, Mark Dyment, Officer Homeier |
| **# of Attendees:** | 5 |

An after-school program to educate Jr. High students about the police/fire was proposed to the group. The program would be designed for 7th and 8th graders, but Letitia and Sandy Robinson wanted to introduce the program to younger students. Mr. Robert Blackwell is the coordinator of the "Safe Haven" program and is located at Washington School. He also in involved with the funding project of the Weed & Seed program. The Program would be one day a week in two schools, Ms. Anderson, Sandy Robinson and Officer Homeier desired smaller groups of children for the program. Sandy Robinson stated that "White Females" are not the minority. The group also suggested meeting with the staff at Lincoln Land Community College and UIS to discuss the Police Corp program.

| | |
|---|---|
| **Objective:** | To seek qualified African American and other minority applicants and women |
| **Location:** | 1st Annual Black Expo, Prairie Capital Convention Center |
| **Date:** | August 30, 2003 |
| **Presenters:** | Officer Holman, Officer Homeier |
| **# of Attendees:** | Several |
| **Demographics:** | 3 F/B, 1 M/B |
| **Recruiting Aids:** | Recruiting Display, Laptop, brochures, pens, and magnets |

Officer Holman and Officer Homeier attended the 1st Annual Black Expo located at the Prairie Capital Convention Center. There were several minority companies and organizations involved in the Expo. Officer Homeier asked several people who had walked by the recruiting display if they knew of anyone interesting in becoming a police officer. A common response was that they did not want their family members becoming police officers. The people who were qualified to become police officer applicants voiced their concerns about being "shot at" while being an officer. Officer Homeier educated them in the direction that the citizen on the street continues to respect police officers in Springfield.

**Recommendation:** The fee to attend the Expo was costly. The location of the display was out in the hallway and would have been ideal to be inside the hall with the other organizations. The foot traffic was heavier inside the hall. This was a great recruiting tool because officers made contact with the local community and continued to create a positive rapport with them.

| | |
|---|---|
| **Objective:** | To discuss the after school program and introduce the possibility of becoming a police officer to young children |
| **Location:** | Minority Task Force, Letitia Andersons' office |
| **Date:** | September 10, 2003 |
| **Presenters:** | Letitia Anderson, Sandy Robinson, Mark Dyment, and Officer Homeier |
| **# of Attendees:** | 4 |

The after-school program was discussed again and the times were assigned. The police department would meet at 1430-1630 Hrs. Laidlaw agreed to allow us to use their buses for fieldtrips. Mr. Blackwell was conducting a meeting on September 16, 2003 at 1600 hrs and wanted the committee to attend and discuss the program.

| | |
|---|---|
| **Objective:** | To seek qualified African American and other minority applicants and women |
| **Location:** | Minority Task Force Meeting, Community Relations office with Sandy Robinson |
| **Date:** | September 18, 2003 |
| **Presenters:** | Chief Kliment, Bill Seltzer, Lawrence Johnson, Dan Stout, Victor Sadiki, Van Worth, Gurthie Youg, Frank Price, Victor Juarez, Officer Homeier |

# of Attendees:      12
Demographics:       Numerous people
Recruiting Aids:    Illinois Police Corp tri-folds and business cards

Chief Kliment was in attendance and handed out the booklet "Developing a Partnership to Improve Race Relations" from Kansas City, requesting the Task Force group to read the booklet. Discussions included character first in dealing with the public, culture assessment and racial profiling. The task force will assist the Citizen Review Board with their endeavors. The reorganization of the cities community relations' office, and a liaison between the City and schools were discussed among the members.

Objective:          To seek qualified African American and other minority applicants and women
Location:           Springfield Urban League
Date:               September 30, 2003
Presenters:         Officer Homeier
# of Attendees:     1
Demographics:       B/F
Recruiting Aids:    Illinois Police Corp tri-folds and business cards

Officer Homeier periodically visits the Springfield Urban League in hopes to meet possible police recruits. She met with a black female, Ashley Jelks, who attends Lanphier. Homeier introduced her to the Police Corp program and Homeier delivered Jelks the application to her school.

Objective:          To introduce to students from the Springfield High Schools the opportunity to become police officers and to educate them about the Police Corp
Location:           Calvary Academy
Date:               October 7, 2003
Presenters:         Officer Homeier
# of Attendees:     90
Demographics:       Numerous people
Recruiting Aids:    Illinois Police Corp tri-folds and business cards

Officer Homeier presented to the student body (7th grade-12th grade) the Illinois Police Corp program. She handed out trifolds and applications for the students and answered any questions they had about the program.

| | |
|---|---|
| **Objective:** | To present the Police Corp program to the Criminal Justice professors and make appointments to meet with college students. |
| **Location:** | Lincoln Land Community College |
| **Date:** | October 10, 2003 |
| **Presenters:** | Assistant Chief Geiger, Officer Homeier, Police Corp Representative Rod Merkly |
| **# of Attendees:** | 6 |
| **Recruiting Aids:** | Illinois Police Corp tri-folds and business cards |

Officers met with the criminal justice professors and Gail Truitt to schedule an assembly to present the Illinois Police Corp to the students. The assembly was set for January 28, 2004.

| | |
|---|---|
| **Objective:** | To introduce to students from the Springfield High Schools the opportunity to become police officers and to educate them about the Police Corp |
| **Location:** | Capital Area Education Fair, Orr Building |
| **Date:** | October 15, 2003 |
| **Presenters:** | Officer Homeier |
| **# of Attendees:** | D186 High School Junior/Seniors |
| **Recruiting Aids:** | Illinois Police Corp tri-folds and business cards |

Officer Homeier attended the Capital Area Education Fair and handed out business cards and made contact with several minority students. She gave information about the police corp and advised them of the benefits of the program.

| | |
|---|---|
| **Objective:** | To introduce to students from the Springfield High Schools the opportunity to become police officers and to educate them about the Police Corp |
| **Location:** | Sacred Heart Griffin |
| **Date:** | October 16, 2003 |
| **Presenters:** | Officer Homeier |
| **# of Attendees:** | 1 |
| **Demographics:** | 1 W/F |
| **Recruiting Aids:** | Illinois Police Corp tri-folds and business cards |

Officer Homeier was scheduled to meet with several senior students at Sacred Heart Griffin. One W/F attended the informational meeting about the Police Corp. She was interested in the program and requested an application.

**Recommendation:** Officer Homeier spoke with Ms. Carol Noonan at Sacred Heart/Griffin. She has been helpful to Officer Homeier in setting up and getting information out to the students.

The first year Officer Homeier met with over twelve students at the school and this year there was only one in attendance at the meeting. Ms. Noonan stated she would display a flyer for the Police Corp and would try to think of more ideas to get more students to attend the meeting. Meeting the students in the schools is a great way to get information out to students seeking information about college and getting their education paid for by the government.

| | |
|---|---|
| **Objective:** | To introduce to students from the Springfield High Schools the opportunity to become police officers and to educate them about the Police Corp |
| **Location:** | Southeast High School |
| **Date:** | November 4, 2003 |
| **Presenters:** | Officer Homeier |
| **# of Attendees:** | D186 High School Junior/Seniors (150) |
| **Recruiting Aids:** | Illinois Police Corp tri-folds and business cards |

Officer Homeier spoke with several (6) classes at Southeast High School. Juniors/Seniors were in attendance. The classes were English, Social Studies and Math. Students were receptive to the information in reference to the Police Corp. Officer Homeier also encouraged students to attend a college of their choice and come back to Springfield and become a police officer.

**Recommendation:** Officer Homeier was scheduled to speak to the senior class in an assembly style but the schedule had changed and Ms. Tammy Bolden accommodated Officer Homeier by getting her into individual classes. This was a success because of the smaller class sizes and the individual attention from the students.

| | |
|---|---|
| **Objective:** | To discuss new ideas for recruiting minorities and female applicants |
| **Location:** | Municipal Center East |
| **Date:** | December 2, 2003 |
| **# of Attendees:** | 11, James Johnson with the NAACP, Frank Martinez, Mark Dyment, etc |

Mr. Johnson with the NAACP stated he would like to "work with the city" in reference to recruiting. He said there has been a lack of communication between the City and the NAACP. He also stated there is not a minority representation for recruiting. Officer Homeier said she disagreed with him. She said recruiting minorities comes from the heart and not the color of ones skin.

(See attached outline and notes from the Minority and Female Recruitment Committee meeting for the Police and Fire Department.)

23

|  |  |
|---|---|
| **Objective:** | To introduce to students from the Springfield High Schools the opportunity to become police officers and to educate them about the Police Corp |
| **Location:** | Lutheran High School |
| **Date:** | December 8, 2003 |
| **Presenters:** | Officer Homeier |
| **# of Attendees:** | Junior/Seniors (40) |
| **Recruiting Aids:** | Illinois Police Corp tri-folds and business cards |

Officer Homeier spoke with two senior classes at Lutheran High School and presented the Police Corp. The students asked good questions about the program and Officer Homeier presented the idea to the students to return to Springfield and work for the Springfield Police Department.

24