**Martinez, Frank**

| | |
|---|---|
| **From:** | legalscanner@cwlp.com on behalf of Legal507 [legalscanner@cwlp.com] |
| **Sent:** | Thursday, September 15, 2005 4:56 PM |
| **To:** | Martinez, Frank |
| **Subject:** | Scan From Legal Scanner |

**Attachments:**      Martinez_Frank_597bf81e4fb0.pdf


Martinez_Frank_59
7bf81e4fb0.pd...

```
DEVICE NAME: Legal507
DEVICE MODEL: SHARP AR-507/S507
LOCATION: Legal Dept.

FILE FORMAT: PDF G4
RESOLUTION: 200dpi

Attached file is scanned image in PDF format.
This file can be read by Adobe Acrobat Reader.
The reader can be downloaded from the following URL:

      http://www.adobe.com/
```