E-FILED
Thursday, 15 September, 2005  04:33:50 PM
Clerk, U.S. District Court, ILCD

# Recruitment Report

## July 1, 2004 – December 31, 2004

# CERTIFICATION

I, Lawrence W. Selinger, certify that the City of Springfield has complied with all provisions of the consent decree between the City of the Springfield and the Springfield Branch, NAACP in all hiring for Police Officers and Firefighters during the period covering July 1, 2004, through December 31, 2004.  I also certify that the applicant flow was consistent with the goals of the consent decree.

Lawrence W. Selinger
Director of Human Resources

## Police & Fire Department Summary
### As of 12/31/04

| | Police Patrol Officer | Patrol Officer/ Detective | Police Sergeant | Police Lieutenant | Chief Of Police | Deputy Chief | Division Chief | Ass't. Chief of Police | Police Cadet |
|---|---|---|---|---|---|---|---|---|---|
| Black Male | 7 | | 1 | 1 | | 1 | | | 1 |
| Black Female | 1 | | | | | | | | 1 |
| White Male | 149 | 29 | 36 | 11 | 1 | 3 | | 1 | 5 |
| White Female | 21 | 3 | | | | | | | |
| Hispanic Male | 1 | | | | | | | | |
| Hispanic Female | | | | | | | | | |
| Asian Male | | | | | | | | | 1 |
| Asian Female | | | | | | | | | |
| Total | 179 | 32 | 37 | 12 | 1 | 4 | 0 | 1 | 8 |

| | Fire-fighter | Driver Engineer | Fire Captain | Battalion Chief | Sr. Arson Invest. | Deputy Division Chief/ Captain | Division Chief/ Captain | Fire Chief | Division Chief/ Division Batt. Chief | Deputy Division Chief/ Batt. Chief |
|---|---|---|---|---|---|---|---|---|---|---|
| Black Male | 1 | 1 | 1 | | | | | | | |
| Black Female | | | | | | | | | | |
| White Male | 81 | 45 | 59 | 6 | 1 | 3 | 1 | 1 | 2 | 1 |
| White Female | 3 | | | | | | | | | |
| Hispanic Male | 1 | | | | | | | | | |
| Hispanic Female | | | 1 | | | | | | | |
| Total | 86 | 46 | 61 | 6 | 1 | 3 | 1 | 1 | 2 | 1 |

# City of Springfield Police Department New Hires 07/01/04 - 12/31/04

| assignment_eff | agenc | lname | fname | mini | ethnic_cd | se | title_long |
|---|---|---|---|---|---|---|---|
| 11/1/2004 12:00 | 112 | TAN | DAVID | D | A | M | POLICE CADET |
| 11/1/2004 12:00 | 112 | MACK | MICHAEL | J | B | M | POLICE CADET |
| 11/1/2004 12:00 | 112 | MURPHY | JOSEPH | D | W | M | POLICE CADET |
| 11/1/2004 12:00 | 112 | PETTIT | LOREN | D | B | M | PROB PATROL OFFICER 1ST YEAR |
| 11/1/2004 12:00 | 112 | WEISS | DANIEL | J | W | M | POLICE CADET |
| 11/1/2004 12:00 | 112 | HOLDER | TARA | O | B | F | POLICE CADET |
| 11/1/2004 12:00 | 112 | WARNISHER | CHANCE | L | W | M | POLICE CADET |
| 11/1/2004 12:00 | 112 | DODD | ANDREW | J | W | M | POLICE CADET |

| assignment eff | agenc | lname | fname | mini | ethnic cd | se | title long |
|----------------|-------|-------|-------|------|-----------|----|-----------|

AGENDA

Minority and Female Recruitment Committee for the Police and Fire Department
September 29, 2004
1:00 p.m.

I.      Update on the Firefighter Examination Process.

II.     Upcoming Promotions in Police Department.

III.    New Group of Potential Police Hires to Go Before Civil Service Commission on October 6th.

IV.     Ideas for Recruiting for the Next Police Test.

<u>Minutes of the Minority and Female Recruitment Committee for the Police and Fire</u>
<u>Departments</u>

<u>September 29, 2004</u>

Attendees:  Teresa Clay, James Johnson, Lt. Rickey Davis, Chief Bob Bartnick, Chief
Don Kliment, Off. Bob Markovic, Larry Selinger, Off. Kevin Barrington, Baker
Siddiquee, Josh Carter

<u>Update on Fire Department Testing</u>

HR Director Selinger briefed the committee on the ongoing testing process for
firefighters.  One more practice session for the physical ability testing will take place on
October 8th and will include the ladder climb portion.  Five previous practice sessions
have occurred.  A total of 438 applicants are still in the process at this time.  Oral
interviews are scheduled to take place on October 16th, 17th and 23rd.  No African-
American or Hispanic females signed up to take the test.  The Committee will need to
address this issue and look for new ideas for recruiting more female applicants in the
future.

<u>New Residency Points System</u>

The Committee discussed issues relating to the new Civil Service Rule awarding three
points to applicants who have resided within the City's corporate limits for at least the
previous nine month period.  Several potential issues were identified, including what to
do with individuals who may have been outside of the City for reasons such as college or
military service and what to require as verification of residency.  The suggestion was
made that the best alternative was likely to require a sworn affidavit from the applicant
stating that they meet the requirements for residency with the threat of termination in the
event it is later discovered that an applicant had not been truthful.   Director Selinger
indicated his hope that the list of potential new fire department hires would be in place by
February or March of 2005.

<u>Fire Department Recruiter</u>

Chief Bartnick announced that Capt. Mark Dyment has resigned his position as Recruiter
for the Fire Department.  No one has been named at this time to replace him.  James
Johnson suggested that the City should look into the hiring of a City-wide recruiter,
rather than having individual department recruiters.  Lt. Davis agreed with this suggestion
and added that the Committee should be expanded to address other City departments.
Both Chief Kliment and Chief Bartnick feel that it is important to have department
members recruiting for police and fire.  Josh Carter reminded the group that the
Committee grew out of the consent decree covering the Police and Fire Departments and
would need to continue that focus.  However, he suggested that perhaps it was not an
either/or situation and that the City might be best served by having both a City-wide
recruiting coordinator and individuals from the Police and Fire Departments to coordinate

recruiting efforts within those departments. Funding was identified as an issue with regard to hiring a City-wide recruiter due to the current budget crunch. Chief Kliment suggested that perhaps money could be pooled from the various departments to fund such a position.

Upcoming Promotions in Police Department

Chief Kliment noted the upcoming promotions of three sergeants and two lieutenants, including one African-American sergeant. He also indicated that the new promotional lists for sergeant and lieutenant will be in place in early November.

New Police Hires

There are eight potential new hires for patrol officers in the Police Department. Josh Carter noted that several of the candidates eligible are minorities and/or females. The group of new hires should be certified by the Civil Service Commission at its meeting on October 6, 2004.

Next Entry Level Police Testing

While the current patrol officer eligibility list was recently extended for one year, we will soon need to begin the process of creating a new list. Chief Kliment expects the testing to take place in the next budget year, ideally in March or April of 2005. However, no time frame is yet in place. Officer Kevin Barrington has been named the new Recruiter for the Police Department. Three members of the Department put in to assist with the recruiting team, and another was asked to join. Lt. Davis volunteered to assist the recruiting team with its efforts. James Johnson asked Officer Barrington to attend an NAACP executive board meeting in the near future. In addition, Teresa Clay suggested that Officer Barrington should attend the Women of Color Conference at the Hilton on October 23, 2004. Officer Barrington will work with Mr. Johnson and Ms. Clay on arranging to attend these events.

Other Business

Officer Barrington reported that he recently attended a recruiting conference in Washington D.C. which was sponsored by NOBLE, and he found it very helpful. Lt. Davis indicated that he is a member of NOBLE and invited Officer Barrington to a meeting. Officer Barrington has also registered as a member of NOBLE and will plan on attending meetings in the future.

James Johnson noted his concern that the NAACP was not involved in recruiting at the State Fair. The City has a tent at the Fair each year. Next year he would like to be involved.

MEETING ADJOURNED

AGENDA

Minority and Female Recruitment Committee for the Police and Fire Department
December 14, 2004
9:00 a.m.

I.      Update on the Firefighter Examination Process.

II.     Recruiting Ideas for the Next Entry-Level Police Exam.

III.    Recent Police Department Hires.

IV.     Establishing a Regular Meeting Schedule.

<u>Minutes of the Minority and Female Recruitment Committee for the Police and Fire Departments</u>

<u>December 14, 2004</u>

Attendees:  Teresa Clay, James Johnson, Lt. Rickey Davis, Chief Bob Bartnick, Chief Don Kliment, Off. Kevin Barrington, Sandy Robinson, Josh Carter

<u>Fire Department Examination Update</u>

Chief Bartnick updated the group on the status of the Fire Department testing process. Oral interviews are complete, and we are waiting on Stanard to provide the new banded list of candidates.  The Chief expects to hire sixteen (16) new firefighters to start around March 1, 2005.  That date may be pushed back depending on how long it takes to complete the various steps in the process.  The Police Department will be handling the background investigations.  Teresa Clay asked about the make-up of the interview panels and requested a list of those on the panels.  Sandy Robinson stated he will get a copy of the list and provide that to her.

<u>Recruiting for Next Police Department Examination</u>

The date for the next entry-level police test has not yet been set, but Chief Kliment expects the test to occur in the Spring of 2005.  The Chief explained that the recent extension of the current list allowed the Department to hire four new minority officers, however he expressed concern that there are few minority candidates on the remainder of the list.  Of the twenty-five (25) candidates sent background questionnaires for the next round of hiring, there are three female candidates and no minorities in the group.

Officer Barrington showed the group the new recruiting posters.  They will be placed in various locations, with an emphasis on college campuses.  He also explained his concept of creating a new recruiting video using current and former officers.

Ms. Clay suggested contacting college ROTC programs and the military in general to recruit possible candidates.  Off. Barrington noted that ROTC members generally have a commitment to fulfill after graduation, but noted he would like to go to Ft. Campbell in Kentucky to recruit individuals leaving the military.

Off. Barrington noted that the timing of the police tests creates a problem when recruiting because of the lengthy time frame involved.  Many people are looking for a job right away and the testing process takes a long time.  Chief Kliment noted that the Department would like to test every year, but chose to extend the list this time because of the ability to hire the minority candidates the Department just brought on.  Josh Carter suggested exploring changing the Civil Service rules to allow for a shorter extension period, rather than only having the option to extend for one full year.

Officer Barrington noted that he has had a hard time getting minority officers to go on recruiting trips due to scheduling conflicts. The group expressed its strong feeling that having minority representation on such trips was important. In the future, when a minority officer is unavailable, Officer Barrington will contact James Johnson or Sandy Robinson about going with him to recruit.

Lt. Davis expressed his feeling that we should concentrate on hiring minorities who reside within the city. He stated that the Department has an image problem that hampers the ability to hire within the city currently. A lengthy discussion was held on the problem of image and how to address it. Lt. Davis also expressed the need to have a larger pool of minority candidates and that the image of the Department needs to improve in order to accomplish this.

Future Meeting Schedule

Sandy Robinson suggested that the committee should establish a regular meeting schedule for the next year. After discussion, it was decided that the second Wednesday of every other month would be used as a regular meeting time. Additional meetings will be added as necessary. Josh Carter will send out a schedule of dates via email to the group. The schedule will begin with a meeting on Wednesday, January 12, 2005, at 9:00 a.m.

Other Business

Lt. Davis suggested that the Department should have a booth at next year's National Black Police Conference in July. He believes it will be held in Toronto. He also suggested attending the NOBLE and ABLE conferences. All have information available on the internet.

MEETING ADJOURNED

Calendar of Fire Department Recruiter Mark Dyment

July 1, 2004 – December 31, 2004

# July 05 - July 11

July 2004
S M T W T F S
          1  2  3
4  5  6  7  8  9 10
11 12 13 14 15 16 17
18 19 20 21 22 23 24
25 26 27 28 29 30 31

August 2004
S M T W T F S
1  2  3  4  5  6  7
8  9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28
29 30 31

## Monday, July 05
Nicole's birthday 7-4-91
Independence Day-holiday

## Thursday, July 08
7:00am  10:00am recruitment phone calls and e-mails
10:00am  2:00pm physical agility set-up
2:00pm  5:00pm recruitment posters

## Tuesday, July 06
8:00am  5:00pm arson reports

## Friday, July 09

## Wednesday, July 07
rdo

## Saturday, July 10
9:00am 12:00pm practice written exam (pccc)
11:00am  3:00pm practice physical exam (st 10)

## Sunday, July 11
4:30am  6:30am metro call out (113 n walnut)

# July 12 - July 18

July 2004
S M T W T F S
1 2 3
4 5 6 7 8 9 10
11 12 13 14 15 16 17
18 19 20 21 22 23 24
25 26 27 28 29 30 31

August 2004
S M T W T F S
1 2 3 4 5 6 7
8 9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28
29 30 31

**Monday, July 12**

8:00am 10:00am meeting with nina harris of urban league (urban league)
10:00am 11:00am get freddie working
11:00am 1:00pm recruitment meeting with kendra (kendra's office)
1:00pm 1:30pm Allergy Shot (Clinic)
1:30pm 3:00pm get freddie working (st e)
3:00pm 5:00pm recruitment

**Tuesday, July 13**

rdo

**Wednesday, July 14**

1:00pm 3:00pm fire extinguisher demo (2929 Stanton)
6:00pm 9:00pm recruitment orientation (SPD training academy)

**Thursday, July 15**

8:00am 12:00pm power point for arson class
12:00pm 2:00pm recruitment team meeting (st 1)
2:00pm 3:30pm recruitment phone calls
3:30pm 5:00pm arson class pp

**Friday, July 16**

Payday

8:00am 10:00am find steve rosa for burn camp
10:00am 4:00pm prepare power point for class (st e)
4:00pm 4:30pm prepare for jfs
4:30pm 6:30pm JFS 0412

**Saturday, July 17**

9:00am 12:00pm recruitment orientation (pleasant grove baptist church 908 mlk dr)

**Sunday, July 18**

# July 19 – July 25

July 2004
S M T W T F S
1 2 3
4 5 6 7 8 9 10
11 12 13 14 15 16 17
18 19 20 21 22 23 24
25 26 27 28 29 30 31

August 2004
S M T W T F S
1 2 3 4 5 6 7
8 9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28
29 30 31

**Monday, July 19**

rdo

5:30pm   8:00pm children's safety village meeting (crawford murphy tilly)

**Tuesday, July 20**

8:00am 12:00pm arson investigation class (station e)
12:00pm  1:00pm recruitment- bring flyers (200 n 11th SHA)
1:00pm   4:00pm arson follow up (vernon)
4:00pm   5:00pm recruitment posters
4:30pm   6:30pm `

**Wednesday, July 21**

8:00am 12:00pm arson investigation class (station e)
1:00pm  4:00pm recruitment meeting with applicants
4:00pm  5:00pm recturn calls

**Thursday, July 22**

8:00am 12:00pm arson investigation class (station e)
1:00pm   4:00pm recruitment meeting banding
4:30pm   6:30pm jfs 0412

**Friday, July 23**

childrens safety village golf outing (lincoln greens)

**Saturday, July 24**

**Sunday, July 25**

# July 26 - August 01

July 2004
S  M  T  W  T  F  S
1  2  3
4  5  6  7  8  9  10
11 12 13 14 15 16 17
18 19 20 21 22 23 24
25 26 27 28 29 30 31

August 2004
S  M  T  W  T  F  S
1  2  3  4  5  6  7
8  9  10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28
29 30 31

### Monday, July 26
8:00am 12:00pm recruitment posters
1:00pm  5:00pm arson suspect follow up

### Tuesday, July 27
7:00am 10:00am monthly training administrative search warrants
10:00am 12:00pm recruitment physical agility equipment
1:00pm  5:00pm recruitment posters

### Wednesday, July 28
vacation day 6

### Thursday, July 29
vacation day 7

### Friday, July 30
Payday
rdo
9:00am  1:00pm practice physical agility (10)

### Saturday, July 31

### Sunday, August 01

# August 02 - August 08

August 2004
S M T W T F S
1 2 3 4 5 6 7
8 9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28
29 30 31

September 2004
S M T W T F S
1 2 3 4
5 6 7 8 9 10 11
12 13 14 15 16 17 18
19 20 21 22 23 24 25
26 27 28 29 30

**Monday, August 02**

vacation day 8

**Tuesday, August 03**

vacation day 9

**Wednesday, August 04**

vacation day 10

**Thursday, August 05**

rdo

**Friday, August 06**

vacation day 11

**Saturday, August 07**

**Sunday, August 08**

# August 09 –
# August 15

August 2004
S M T W T F S
1 2 3 4 5 6 7
8 9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28
29 30 31

September 2004
S M T W T F S
1 2 3 4
5 6 7 8 9 10 11
12 13 14 15 16 17 18
19 20 21 22 23 24 25
26 27 28 29 30

---

### Monday, August 09
vacation day 12

### Thursday, August 12
metro on call

5:18am  6:48am metro call out (800 n 10th)
8:00am  12:00pm recruitment physical agility practice (st 10)
12:00pm  2:00pm insurance physical
1:00pm  1:30pm Allergy Shot (Clinic)
3:00pm  5:00pm jfs wade phillips
5:00pm  7:30pm Il state fair parade
7:30pm  8:00pm recruitment (st 8)

---

### Tuesday, August 10
metro on call
rdo adjustment

### Friday, August 13
metro on call
Payday

7:00am  7:30am cis money
8:00am  7:00pm Illinois State Fair

---

### Wednesday, August 11
metro on call

7:00am  1:00pm emails and phone calls
1:00pm  2:30pm dr.s appt
2:30pm  3:30pm check on a knox box (6th and laurel)
3:30pm  4:30pm fire safety joe  (office)
4:30pm  6:30pm JFS 0412

### Saturday, August 14
metro on call

8:00am  7:00pm Illinois State Fair

### Sunday, August 15
metro on call

8:00am  7:00pm Illinois State Fair

---

# August 16 – August 22

August 2004
S M T W T F S
1 2 3 4 5 6 7
8 9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28
29 30 31

September 2004
S M T W T F S
1 2 3 4
5 6 7 8 9 10 11
12 13 14 15 16 17 18
19 20 21 22 23 24 25
26 27 28 29 30

### Monday, August 16

metro on call

8:00am   7:00pm Illinois State Fair
5:30pm   8:00pm children's safety village meeting (crawford murphy tilly)
8:28pm 12:00am metro call 25th and manor

### Tuesday, August 17

12:00am   4:58am metro call 25th and manor
8:00am   7:00pm Illinois State Fair

### Wednesday, August 18

8:00am   7:00pm Illinois State Fair

### Thursday, August 19

8:00am   5:00pm follow up on vehicle arson fire at 25th and manor with Det Larson

### Friday, August 20

8:00am   7:00pm Illinois State Fair

### Saturday, August 21

8:00am   7:00pm Illinois State Fair

### Sunday, August 22

8:00am   7:00pm Illinois State Fair

# August 23 - August 29

August 2004
S M T W T F S
1 2 3 4 5 6 7
8 9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28
29 30 31

September 2004
S M T W T F S
1 2 3 4
5 6 7 8 9 10 11
12 13 14 15 16 17 18
19 20 21 22 23 24 25
26 27 28 29 30

**Monday, August 23**

rdo
5:30pm 7:00pm joyce jackson show 546-3927 (uis cable access)

**Tuesday, August 24**

8:00am 4:00pm jfs calls and appts
4:00pm 6:00pm jfs 0416 ph 1

**Wednesday, August 25**

10:00am 1:00pm fire safety fair meeting with ruger
1:00pm 2:30pm meeting with Price (st 1)
2:30pm 4:30pm proggressive ins investigator (office)
4:30pm 6:30pm jfs 0412 ph 2.3
6:30pm 9:00pm Fire codes class (LLCC extension)

**Thursday, August 26**

**Friday, August 27**

Payday
rdo adj

**Saturday, August 28**

8:00am 12:00pm written exam (pccc)
12:00pm 6:00pm practice physical agility (10)

**Sunday, August 29**

Dyment, Mark

12/28/2004

# August 30 – September 05

| August 2004 | | | | | | | September 2004 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S | S | M | T | W | T | F | S |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | | | | 1 | 2 | 3 | 4 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 | 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 | 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 | 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 29 | 30 | 31 | | | | | 26 | 27 | 28 | 29 | 30 | | |

## Monday, August 30

7:00am 12:00pm fire safety fair
12:00pm   2:30pm arson investigation follow-up
2:30pm    4:00pm jfs 0413 ph 2
4:00pm    5:00pm jc penney tape

## Thursday, September 02

12:30pm   2:30pm web page meeting with Tara Davlin
2:30pm    4:00pm fire safety fair-with ruger
5:00pm    7:00pm joyce jackson news show cable 4 (uis)

## Tuesday, August 31

## Friday, September 03

rdo

## Wednesday, September 01

9:00am  11:00am wmay-recruitment (wmay)

## Saturday, September 04

## Sunday, September 05

# September 06 – September 12

September 2004
S M T W T F S
1 2 3 4
5 6 7 8 9 10 11
12 13 14 15 16 17 18
19 20 21 22 23 24 25
26 27 28 29 30

October 2004
S M T W T F S
1 2
3 4 5 6 7 8 9
10 11 12 13 14 15 16
17 18 19 20 21 22 23
24 25 26 27 28 29 30
31

## Monday, September 06

Labor Day holiday

## Tuesday, September 07

8:00am  12:00pm Fire safety fair
12:00pm  4:30pm JFS paperwork and calls
4:30pm  6:30pm jfs 0429

## Wednesday, September 08

8:00am  9:00am connor meeting
9:00am  11:00am appt with paul (paul's office)
11:00am  1:00pm OSFM luncheon
1:00pm  2:30pm jfs prep
2:30pm  4:30pm 0413 jfs 2.2
4:30pm  6:30pm jfs 0428

## Thursday, September 09

rdo

## Friday, September 10

Payday

8:00am  2:00pm practice physical agility (10)

## Saturday, September 11

12:00pm  7:00pm 911 firefighter poker run

## Sunday, September 12

1:00pm  1:30pm Allergy Shot (Clinic)

Dyment, Mark

12/28/2004

# September 13 - September 19

September 2004
S M T W T F S
1 2 3 4
5 6 7 8 9 10 11
12 13 14 15 16 17 18
19 20 21 22 23 24 25
26 27 28 29 30

October 2004
S M T W T F S
1 2
3 4 5 6 7 8 9
10 11 12 13 14 15 16
17 18 19 20 21 22 23
24 25 26 27 28 29 30
31

## Monday, September 13
8:00am 12:30pm osfm, air guard, phone calls etc.
1:00pm 5:00pm jfs prep work
5:00pm 7:00pm jfs 0431 ph 1

## Tuesday, September 14
### metro on call
8:00am 9:00am hardwick calls
9:00am 1:00pm risk watch tub party (health alliance)
1:00pm 4:30pm fire safety fair
4:30pm 6:30pm jfs 0429 ph 2

## Wednesday, September 15
### metro on call
### rdo
8:00am 10:00am chropractic appt
6:00pm 9:00pm child care basic class (st johns)

## Thursday, September 16
### metro on call
7:00am 10:00am fire safety fair
10:00am 12:00pm money for fire safety fair (staab funeral home/george alarm)
12:00pm 2:30pm fire safety fair
2:30pm 4:30pm jfs ph 3 0413
4:30pm 6:30pm jfs 0428 ph 2.4

## Friday, September 17
### metro on call
7:30am 9:30am Risk Watch Meeting (Sherrif's Office)
9:30am 10:30am pick up pluggy (air national guard)
10:30am 5:00pm fire safety fair

## Saturday, September 18
### metro on call
9:00am 3:00pm kids day at firefighter's club

## Sunday, September 19
### metro on call

# September 20 – September 26

September 2004

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 |   |   |

October 2004

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   |   | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| 31 |   |   |   |   |   |   |

## Monday, September 20
metro on call

8:00am   5:00pm fire safety fair

## Tuesday, September 21
metro on call

8:00am   3:00pm fire safety fair
3:00pm   4:30pm jfs prep
4:30pm   6:30pm jfs 0429 ph 2

## Wednesday, September 22
Jimmie's birthday 9-22-57

8:00am 12:30pm fire safety fair
1:00pm   3:00pm jfs prep
3:00pm   4:30pm jfs ph 1 0433 0434
4:30pm   6:30pm jfs 0428

## Thursday, September 23
Jimmie's birthday 9-22-57

8:00am   9:00am answer e-mails
9:00am   5:00pm fire safety fair
5:00pm   7:00pm jfs 0431 ph 2

## Friday, September 24
Payday
rdo adj

## Saturday, September 25

9:00am   1:00pm practice physical agility (10)
10:30am 10:00pm baby shower in joliet

## Sunday, September 26

# September 27 - October 03

| September 2004 | October 2004 |
| S M T W T F S | S M T W T F S |
| 1 2 3 4 | 1 2 |
| 5 6 7 8 9 10 11 | 3 4 5 6 7 8 9 |
| 12 13 14 15 16 17 18 | 10 11 12 13 14 15 16 |
| 19 20 21 22 23 24 25 | 17 18 19 20 21 22 23 |
| 26 27 28 29 30 | 24 25 26 27 28 29 30 |
| | 31 |

**Monday, September 27**

11:00am   1:00pm meeting with bob st johns

**Thursday, September 30**

8:00am   5:00pm fire safety fair

**Tuesday, September 28**

8:00am 12:00pm weapons training (spd training academy)
1:00pm   3:00pm meeting with Dale
3:00pm   4:30pm fire safety fair
4:30pm   6:30pm jfs 0429 ph 3

**Friday, October 01**

rdo
tumulty golf outing

**Wednesday, September 29**

8:00am 12:30pm fire safety fair volunteers (schools)
12:30pm   3:00pm fire safety fair calls
3:00pm   4:30pm jfs 0433 and 0434 ph 2

**Saturday, October 02**

**Sunday, October 03**

# October 04 -
# October 10

October 2004
S  M  T  W  T  F  S
            1  2
3  4  5  6  7  8  9
10 11 12 13 14 15 16
17 18 19 20 21 22 23
24 25 26 27 28 29 30
31

November 2004
S  M  T  W  T  F  S
   1  2  3  4  5  6
7  8  9 10 11 12 13
14 15 16 17 18 19 20
21 22 23 24 25 26 27
28 29 30

## Monday, October 04

8:00am   5:00pm fire safety fair prep

## Tuesday, October 05

8:00am   5:00pm fire safety fair set up

## Wednesday, October 06

8:00am   5:00pm fire safety fair

## Thursday, October 07

8:00am   5:00pm fire safety fair break down

## Friday, October 08

**Payday**
**rdo**

11:30am   1:00pm dr McKay - pediatrician
7:00pm 10:00pm baby shower  (moms)

## Saturday, October 09

9:00am   5:00pm lamaz class
7:00pm   9:00pm baby shower (carol's)

## Sunday, October 10

2:00pm   6:00pm loami firfighters benefit (l 37 club)

# October 11 - October 17

October 2004
S M T W T F S
                1  2
3  4  5  6  7  8  9
10 11 12 13 14 15 16
17 18 19 20 21 22 23
24 25 26 27 28 29 30
31

November 2004
S M T W T F S
   1  2  3  4  5  6
7  8  9 10 11 12 13
14 15 16 17 18 19 20
21 22 23 24 25 26 27
28 29 30

**Monday, October 11**

personal day #2

12:00pm  1:00pm Solei's appt sonogram
2:30pm  4:00pm jfs ph 2.5 0428

**Tuesday, October 12**

1:00pm  1:30pm Allergy Shot (Clinic)

**Wednesday, October 13**

sick day #1

**Thursday, October 14**

sick day #2

**Friday, October 15**

rdo adjustment

7:30am  9:30am Risk Watch Meeting (Sherrif's Office)

**Saturday, October 16**

**Sunday, October 17**

# October 18 - October 24

**October 2004**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   |   | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| 31 |   |   |   |   |   |   |

**November 2004**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 |   |   |   |   |

## Monday, October 18

## Tuesday, October 19
**metro on call**

7:00am  7:30am contact truck 1 Tim Mckevoy about a trcuk maneuver
9:00am 12:00pm thank you s to volunteers
1:00pm  1:30pm llcc library-test Jodelle mid term

## Wednesday, October 20
**metro on call**
**rdo**

## Thursday, October 21
**metro on call**

5:00pm  7:00pm jfs 0435 ph 1

## Friday, October 22
**metro on call**
**Payday**

## Saturday, October 23
**metro on call**

## Sunday, October 24
**metro on call**

# October 25 - October 31

October 2004

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   |   | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| 31 |   |   |   |   |   |   |

November 2004

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 |   |   |   |   |

**Monday, October 25**

metro on call

8:00am   5:00pm ACLS class emt-i

**Tuesday, October 26**

rdo

**Wednesday, October 27**

6:00pm   9:00pm breast feeding class (st johns)

**Thursday, October 28**

8:00am   5:00pm ACLS emt-i class

**Friday, October 29**

**Saturday, October 30**

**Sunday, October 31**

# November 01 -
# November 07

November 2004
S  M  T  W  T  F  S
1  2  3  4  5  6
7  8  9  10 11 12 13
14 15 16 17 18 19 20
21 22 23 24 25 26 27
28 29 30

December 2004
S  M  T  W  T  F  S
1  2  3  4
5  6  7  8  9  10 11
12 13 14 15 16 17 18
19 20 21 22 23 24 25
26 27 28 29 30 31

## Monday, November 01
rdo

## Thursday, November 04

## Tuesday, November 02
8:30am 12:30pm metro investigation 3300 enos
12:30pm   3:30pm delivered presents to RW schools

## Friday, November 05
comp time
Payday

## Wednesday, November 03

## Saturday, November 06
8:30pm 11:30pm lances b day

## Sunday, November 07

# November 08 - November 14

November 2004
S  M  T  W  T  F  S
1  2  3  4  5  6
7  8  9  10 11 12 13
14 15 16 17 18 19 20
21 22 23 24 25 26 27
28 29 30

December 2004
S  M  T  W  T  F  S
1  2  3  4
5  6  7  8  9  10 11
12 13 14 15 16 17 18
19 20 21 22 23 24 25
26 27 28 29 30 31

## Monday, November 08
comp time

## Tuesday, November 09
comp time

## Wednesday, November 10
comp time

## Thursday, November 11
Veteran's Day-holiday

## Friday, November 12
rdo
1:00pm  1:30pm Allergy Shot (Clinic)

## Saturday, November 13

## Sunday, November 14

# November 15 - November 21

November 2004
S M T W T F S
1 **2** 3 4 5 **6**
7 **8** 9 10 11 **12** 13
14 **15** 16 17 18 **19** 20
21 **22** **23** 24 25 26 27
28 **29** 30

December 2004
S M T W T F S
1 **2** 3 4
5 **6** 7 **8** 9 10 11
**12** 13 14 15 16 **17** 18
19 20 21 22 23 24 25
26 **27** **28** 29 30 31

**Monday, November 15**

5:30pm   8:00pm children's safety village (crawford murphy tilly)

**Thursday, November 18**

metro on call
rdo

**Tuesday, November 16**

metro on call

**Friday, November 19**

metro on call
Payday

7:30am   9:00am Risk watch meeting (sherrif's office)

**Wednesday, November 17**

metro on call

**Saturday, November 20**

metro on call

**Sunday, November 21**

metro on call

# November 22 - November 28

November 2004
S M T W T F S
1 2 3 4 5 6
7 8 9 10 11 12 13
14 15 16 17 18 19 20
21 22 23 24 25 26 27
28 29 30

December 2004
S M T W T F S
1 2 3 4
5 6 7 8 9 10 11
12 13 14 15 16 17 18
19 20 21 22 23 24 25
26 27 28 29 30 31

### Monday, November 22
**metro on call**

### Tuesday, November 23
**metro on call**

8:00am 12:00pm jfs with tommy
1:00pm  2:30pm fire safety call out
2:30pm  5:00pm illegal burns

### Wednesday, November 24
**metro on call**
**rdo**

### Thursday, November 25
**metro on call**
**Thanksgiving-holiday**

### Friday, November 26
**metro on call**
**thanksgiving-holiday**

### Saturday, November 27
**metro on call**

### Sunday, November 28
**metro on call**

# November 29 - December 05

November 2004
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | | | | |

December 2004
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 | |

**Monday, November 29**

metro on call

8:00am   5:00pm metro reports

**Thursday, December 02**

**Tuesday, November 30**

rdo

Payday

**Friday, December 03**

**Wednesday, December 01**

**Saturday, December 04**

**Sunday, December 05**

# December 06 - December 12

| December 2004 | January 2005 |
|---|---|
| S M T W T F S | S M T W T F S |
| 1 2 3 4 | 1 |
| 5 6 7 8 9 10 11 | 2 3 4 5 6 7 8 |
| **12** 13 14 15 16 **17** 18 | 9 10 11 **12** 13 **14** 15 |
| 19 20 21 22 23 24 25 | 16 17 18 19 20 21 22 |
| 26 27 **28** 29 30 31 | 23 24 25 26 27 28 29 |
| | 30 31 |

**Monday, December 06**

rdo

**Tuesday, December 07**

comp time

**Wednesday, December 08**

personal day #3

**Thursday, December 09**

vacation day 13

**Friday, December 10**

vacation day #14

**Saturday, December 11**

**Sunday, December 12**

1:00pm   1:30pm Allergy Shot (Clinic)

# December 13 - December 19

| December 2004 | | | | | | | | January 2005 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S | | S | M | T | W | T | F | S |
| | | | 1 | 2 | 3 | 4 | | | | | | | | 1 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 | | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 | | 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 | | 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 26 | 27 | 28 | 29 | 30 | 31 | | | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| | | | | | | | | 30 | 31 | | | | | |

## Monday, December 13
### vacation day 15

## Tuesday, December 14
### vacation day 16

## Wednesday, December 15
### vacation day 17

## Thursday, December 16
### vacation day 18

## Friday, December 17
### Payday
### rdo
7:30am   9:30am risk watch meeting (sherrif's office)

## Saturday, December 18

## Sunday, December 19

# December 20 - December 26

December 2004
S M T W T F S
          1  2  3  4
 5  6  7  8  9 10 11
**12** 13 14 15 16 **17** 18
19 20 21 22 23 24 25
26 27 **28** 29 30 31

January 2005
S M T W T F S
                   1
 2  3  4  5  6  7  8
 9 10 11 **12** 13 **14** 15
16 17 18 19 20 21 22
23 24 25 26 27 28 29
30 31

**Monday, December 20**

vacation day 19

**Thursday, December 23**

Christmas-holiday
rdo

**Tuesday, December 21**

vacation day 20

**Friday, December 24**

Christmas-holiday

**Wednesday, December 22**

**Saturday, December 25**

**Sunday, December 26**

# December 27, 2004 – January 02, 2005

December 2004
S  M  T  W  T  F  S
         1  2  3  4
5  6  7  8  9  10 11
12 13 14 15 16 17 18
19 20 21 22 23 24 25
26 27 28 29 30 31

January 2005
S  M  T  W  T  F  S
                  1
2  3  4  5  6  7  8
9  10 11 12 13 14 15
16 17 18 19 20 21 22
23 24 25 26 27 28 29
30 31

**Monday, December 27**
vacation day 21

**Tuesday, December 28**
metro on call
7:00am   9:00am change and clean up car
9:00am  10:30am get equipment in new vehicle
10:30am 12:00pm inspecter call at crystal cleaners (stevenson drive)
1:00pm   3:00pm metro reports for Terry

**Wednesday, December 29**
metro on call
rdo

**Thursday, December 30**
metro on call

**Friday, December 31**
holiday
metro on call
Payday

**Saturday, January 01**
metro on call
My birthday 1-1-63

**Sunday, January 02**
metro on call

Dyment, Mark                                    53                              12/28/2004