E-FILED
Thursday, 15 September, 2005  04:34:24 PM
Clerk, U.S. District Court, ILCD

```
              -COMM. JOURNAL- ************** DATE AUG-05-2005 ***** TIME 11:26 *** E-E

    MODE = MEMORY TRANSMISSION              START=AUG-05 11:21   END=AUG-05 11:26

        FILE NO.= 157

    STN NO.   COM   ABBR NO.    STATION NAME/TEL.NO.    PAGES    DURATION

    001       OK    &            912023310996           022/022  00:04'43"

                                                     -CITY OF SPFLD           -

  ************************************ -CORP COUNSEL    - ***** -    217 789 2397- *********
```



**OFFICE OF CORPORATION COUNSEL**
**CITY OF SPRINGFIELD, ILLINOIS**

**JENIFER L. JOHNSON**
**Corporation Counsel**

**Assistant Corporation Counsel**
Jason Anselment
Joshua D. Carter
Angela Fyans
Tracy A. Johansson
James A. Lang
Frank S. Martinez
Megan Morgan

Rm. 313 Municipal Center East
800 East Monroe Street
Springfield, IL 62701
Phone: (217) 789-2393
Fax:    (217) 789-2397

## IMPORTANT NOTICE
## TELECOPY COVER LETTER

This facsimile contains **PRIVILEGED AND CONFIDENTIAL** information intended only for the use of the addressee named above.  If you are not the intended recipient of this facsimile, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this facsimile is strictly prohibited. If you have received this facsimile in error, please immediately notify us by telephone and return the original facsimile to us at the above address via the U.S. Postal Service.  Thank you.

**DATE:**

| TO: | David Rose | FROM: | Jenifer Johnson |
|---|---|---|---|
| AT: | | AT: | |
| PHONE #: | | PHONE #: | (217) 789-2393 |
| FAX #: | (202) 331-0996 | FAX #: | (217) 789-2397 |
| e-mail | | e-mail | |

Total number of pages, including cover letter:    **22**

We are transmitting from a **PANAFAX UF-560 Facsimile Machine.**

## IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE CALL US AT (217) 789-2393.

S:\FORMS\FAXCOVER\BLANK CONFIDENTIAL.doc



Assistant Corporation Counsel
Jason Anselment
Joshua D. Carter
Angela Fyans
Tracy A. Johansson
James A. Lang
Frank S. Martinez
Megan Morgan

**OFFICE OF CORPORATION COUNSEL**
**CITY OF SPRINGFIELD, ILLINOIS**

**JENIFER L. JOHNSON**
**Corporation Counsel**

Rm. 313 Municipal Center East
800 East Monroe Street
Springfield, IL 62701
Phone: (217) 789-2393
Fax:  (217) 789-2397

---

## IMPORTANT NOTICE
## TELECOPY COVER LETTER

This facsimile contains **PRIVILEGED AND CONFIDENTIAL** information intended only for the use of the addressee named above. If you are not the intended recipient of this facsimile, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this facsimile is strictly prohibited. If you have received this facsimile in error, please immediately notify us by telephone and return the original facsimile to us at the above address via the U.S. Postal Service. Thank you.

**DATE:**

| TO: | David Rose | FROM: | Jenifer Johnson |
|---|---|---|---|
| AT: | | AT: | |
| PHONE #: | | PHONE #: | (217) 789-2393 |
| FAX #: | (202) 331-0996 | FAX #: | (217) 789-2397 |
| e-mail | | e-mail | |

**Total number of pages, including cover letter:** 22

**We are transmitting from a PANAFAX UF-560 Facsimile Machine.**

# IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE CALL US AT (217) 789-2393.





**Assistant Corporation Counsel**
Tracy A. Johansson
James A. Lang
Frank E. Martinez
Joshua D. Carter
Angela Fyans
Megan E. Morgan
Jason A. Anselment

**OFFICE OF CORPORATION COUNSEL
CITY OF SPRINGFIELD, ILLINOIS**

**JENIFER L. JOHNSON**
**Corporation Counsel**

Rm. 313 Municipal Center East
800 East Monroe Street
Springfield, IL 62701-1689
Phone: (217) 789-2393
Fax:    (217) 789-2397

August 4, 2005

David Rose
Rose & Rose
1320 19th Street N.W., Suite 601
Washington D.C.  20036

Dear Mr. Rose:

I have enclosed the City of Springfield's semi-annual report on recruitment for the time period covering January 1, 2005, through June 30, 2005, as required by the consent decree between the City and the NAACP's Springfield branch. Feel free to call me if you have any questions.

Sincerely,

Jenifer L. Johnson
Corporation Counsel

enclosure

# Recruitment Report

## January 1, 2005 – June 30, 2005

# CERTIFICATION

I, Lawrence W. Selinger, certify that the City of Springfield has complied with all provisions of the consent decree between the City of the Springfield and the Springfield Branch, NAACP in all hiring for Police Officers and Firefighters during the period covering January 1, 2005, through June 30, 2005. I also certify that the applicant flow for the Police Officer Entry Level Examination was not consistent with the goals of the consent decree. A statement regarding the City's planned changes to the recruiting effort is attached hereto.

Lawrence W. Selinger
Director of Human Resources

The City of Springfield intends to implement the following changes to its recruiting program prior to the next entry level police and fire department examinations:

1) Recruitment Committee -- For over two years now, the City's recruitment committee has met regularly to discuss ideas for increasing the number of minority applicants for both police and fire. This committee has been organized by a member of the legal department and has included members from the police, fire, human resources and community relations departments as well as the NAACP, the Black Guardians and the Race Relations Task Force. This committee will continue, but significant changes will be made to its makeup.

First, the Mayor's Executive Assistant position will soon be filled, and the responsibility for overseeing the recruitment committee will fall on that individual. While the legal department will still have an advisory role in the process, the Mayor believes that it sends the wrong message to have the legal department in charge of this effort. The City hopes that having the committee operate under the guidance of the Mayor's Executive Assistant will be a signal to the local community how seriously the City takes the issue of recruiting qualified minority applicants.

Second, it is time to face the hard reality that there are current members of the committee who either have no interest in seeing the City succeed or who are not serious enough about the issue to be allowed to continue in their current role. While the City hoped that bringing the Black Guardians to the table would be a major step in helping our recruiting effort, their designated representatives have proven themselves unwilling to actively assist the City in recruiting minority candidates. One of these representatives has not attended four of the past five meetings. The other individual has repeatedly expressed his unwillingness to actively assist the City in recruiting. Therefore, those individuals will no longer be invited to take part in the recruitment committee's efforts. In their place, the City will invite any minority members of the police department who are interested in assisting the recruiting effort to join the committee. This will have the added benefit of bringing to the table those officers in the demographic which we are trying to recruit, as many of our current minority officers are in the age group we are trying to reach. The minority members of the fire department will be invited to join the committee as well. The City asks that the NAACP encourage the minority members of both departments to join the recruitment committee and to take an active role in the recruiting effort. Additionally, the fire department will assign a full-time recruiter who will join the committee at least one year in advance of the next firefighter examination.

Third, the NAACP's current representative to the recruitment committee is not of sufficient authority in that organization to produce the needed assistance. While the City would like for the current member remain on the committee, Local Branch President Ken Page will be asked to either join the committee himself or to send a higher level person in his place as well. The lack of active support the City received from the NAACP during the recent police exam recruiting process must be remedied if the City is to be successful in recruiting minorities. Both the City and the NAACP have obligations under the Consent Decree that must be fully met in order for us to succeed in our recruiting effort.

Fourth, the current representative from the Race Relations Task Force has not been attending meetings of the committee, due mainly to a conflict with his work schedule. While this is understandable, he will be replaced with someone who can take an active role in the committee's efforts.

Fifth, Office of Budget and Management Director Ken Crutcher has expressed an interest in joining the committee. His assistance will be invaluable. He will be asked to join the committee immediately.

2) Advertising -- All advertising efforts for upcoming examinations will be coordinated through the recruitment committee. While the billboards used for the recent police examination were a great idea, the content and location of the billboards were not as effective as they might have been. Several members of the committee expressed frustration at the lack of a role in the billboards' design. Director Sandy Robinson has an individual in the Community Relations department who is capable of producing advertising designs. The City intends to take full advantage of this talent in the future, and other recruitment advertising will be coordinated through the committee in order to insure that it is consistent and effective. Additionally, Director Robinson will be asked to chair a sub-committee specifically tasked with coming up with new and creative ideas for advertising upcoming exams.

3) Civil Service Rule Change -- The City will ask the Civil Service Commission to amend the rule that currently allows the police entry list to be extended for one year to allow for extensions of three months, up to a total of one year. This rule change would give added flexibility in the timing of examinations, something that often is a problem due to funding issues. This added flexibility in the timing of examinations should be helpful in recruiting as well, given that it is difficult to keep the interest of candidates for a period of up to two years in some cases.

4) City Recruiter -- The City will propose a collaborative effort with the NAACP to fund a contracted position specifically responsible for recruiting minority candidates to the City of Springfield. This person would be responsible for coordinating the efforts of the police and fire department recruiters, as well as for recruiting qualified minority candidates for other positions within City government. This individual would work in conjunction with the Office of Human Resources, but would answer directly to the Mayor's Executive Assistant.

# Police & Fire Department Summary
## As of 06/30/05

| | Police Patrol Officer | Patrol Officer/ Detective | Police Sergeant | Police Lieutenant | Chief Of Police | Deputy Chief | Ass't. Chief of Police | Police Cadet |
|---|---|---|---|---|---|---|---|---|
| Asian Male | 1 | | | | | | | |
| Asian Female | | | | | | | | |
| Black Male | 8 | | | 1 | | | 1 | |
| Black Female | 2 | | | | | | | |
| White Male | 152 | 29 | 33 | 13 | 1 | 1 | 3 | |
| White Female | 21 | 2 | | | | | | |
| Hispanic Male | 1 | | | | | | | |
| Hispanic Female | | | | | | | | |
| Total | 185 | 31 | 33 | 14 | 1 | 1 | 4 | 1 |

| | Fire-fighter | Driver Engineer | Fire Captain | Battalion Chief | Sr. Arson Invest. | Deputy Division Chief/Captain | Division Chief/Captain | Fire Chief | Division Chief/Batt. Chief | Deputy Division Chief/Batt. Chief |
|---|---|---|---|---|---|---|---|---|---|---|
| Black Male | 1 | 1 | 1 | | | | | | | |
| Black Female | | | | | | | | | | |
| White Male | 81 | 42 | 57 | 8 | 1 | 3 | | 1 | 3 | 1 |
| White Female | | | 1 | | | | | | | |
| Hispanic Male | 1 | | | | | | | | | |
| Hispanic Female | | | | | | | | | | |
| Total | 83 | 43 | 59 | 8 | 1 | 3 | | 1 | 3 | 1 |

| assignment_eff | agenc | lname | fname | mini | ethnic_cd | se | title_long |
|---|---|---|---|---|---|---|---|
| 3/14/2005 12:00 | 112 | HUFFMAN | JASON | E | W | M | PATROL OFFICER |
| 3/14/2005 12:00 | 112 | CHOCKLEY | TROY | L | W | M | PATROL OFFICER |
| 3/14/2005 12:00 | 112 | ZAJICEK | TIMOTHY | A | W | M | PROB PATROL OFFICER 1ST YEAR |
| 3/14/2005 12:00 | 112 | JETT | LEROY | N | W | M | PROB PATROL OFFICER 1ST YEAR |
| 3/14/2005 12:00 | 112 | DAHLKAMP | AMY | L | W | F | POLICE CADET |
| 3/14/2005 12:00 | 112 | IRWIN | RYAN | M | W | M | POLICE CADET |
| 3/14/2005 12:00 | 112 | JONES | CHRISTOPHER | W | W | M | POLICE CADET |
| 3/14/2005 12:00 | 112 | LANGAN | JOSEPH | Z | W | M | POLICE CADET |
| 3/14/2005 12:00 | 112 | MOCK | JILL | A | W | F | POLICE CADET |
| 3/14/2005 12:00 | 112 | WALLER | JONATHAN | W | W | M | POLICE CADET |
| 3/14/2005 12:00 | 112 | OGLESBY | ROBERT | W | W | M | POLICE CADET |

| assignment_eff | agenc | lname | fname | mini | ethnic_cd | se | title_long |
|---|---|---|---|---|---|---|---|

| Event | Location | Date | Info |
|---|---|---|---|
| Women of Color Conference | Hilton Hotel, Springfield, IL | 10/23/04 | Setup recruiting booth |
| Talk Show with Ms. Jackson | UIS Pac Building, Springfield, IL | 10/05/04 | On Air program about recruiting |
| White Oaks Safety Expo | Springfield, IL | 10/02/04 | Setup recruiting booth |
| Image Annual Dinner | Crown Plaza, Springfield, IL | 10/30/04 | Attended-made contacts |
| Black Expo (Delta Sigma Beta) | Boys and Girls Club, Springfield, IL | 12/04/04 | Setup recruiting booth |
| Martin Luther King Breakfast | Hilton Hotel, Springfield, IL | | Attended-made contacts |
| Capital City Church of God Career & Health Fair | 2501 E. Cook, Springfield, IL | 2/22/05 | Setup recruiting booth |
| Springfield Career Day | LLCC, Springfield, IL | 3/08/05 | High students from all around central IL. |
| 7th Annual Springfield Collegiate Career Fair | UIS, Springfield, IL | 2/25/05 | Career Fair |
| Lincoln-Douglas Banquet | Crown Plaza Hotel, Springfield, IL | 2/13/05 | Setup recruiting booth |
| Grant School Career Day | Grant Middle School, Springfield, IL | 4/21/05 | Spoke to 4 classes about being an officer. |
| SIU Career Fair | Carbondale, IL | 9/30/04 | Career Fair |
| WIU Career Fair | Macomb, IL | 10/19/04 | Career Fair |
| UIC Career Day | Chicago, IL | 11/05/04 | Career Fair |
| Lewis University | Romeoville, IL | 11/10/04 | Career Fair |
| EIU Spring Career Network Day | MLK Jr. University Union | 2/09/05 | Career Fair |
| 6th Annual WIU Spring Career Fair | Macomb, IL | 2/15/05 | Career Fair |
| Career Fair McKendree College | Lebanon, IL | 3/18/05 | Career Fair |
| Truman State University Career Fair | Kirksville, MO | 3/01/05 | Career Fair |
| Malcolm X Career Fair | Chicago, IL | 3/16/05 | Career Fair |
| Harris-Stowe State College Annual Job Career Fair | St. Louis, MO | 3/22/05 | Career Fair |
| SIU Edwardsville Criminal Justice Career Fair | Edwardsville, IL | 3/29/05 | Career Fair |
| Spoon River Career Fair | Canton, IL | 4/06/05 | Career Fair |
| Kankakee Community College | Kankakee, IL | 4/07/05 | Career Fair |

AGENDA

Minority and Female Recruitment Committee for the Police and Fire Department
January 12, 2005
9:00 a.m.

I.    Update on the Firefighter Hiring Process.

II.   Recruiting Ideas for the Next Entry-Level Police Exam.
      A.  Minority Candidates
      B.  Female Candidates

III.  Other Business

Minutes of the Minority and Female Recruitment Committee for the Police and Fire Departments

January 12, 2005

Attendees:  James Johnson, Lt. Rickey Davis, Chief Bob Bartnick, Chief Don Kliment, Sergeant Ralph Harris, Larry Selinger, Kendra Davis, Off. Kevin Barrington, Sandy Robinson, Josh Carter

Fire Department Examination Update

The new entry list for firefighters will be certified on Friday, January 14th.  The Department is looking at hiring 16 new firefighters.  Due to the new banding process, seniority will be determined by a lottery.  Options are being explored as to how best accomplish the task of doing such a large number of backgrounds at once.  Due to time constraints on the police department, an outside entity is a possibility.

Recruiting for Next Police Department Examination

The date for the next entry-level police test has still not been set.  Several members of the Committee felt a date in late May would be best due to colleges being done for the summer at that time.  Sandy Robinson suggested that an earlier date would be preferable.  Human Resources is working on a date.  It was noted that a negative article had recently run in the Pure News.  Sandy Robinson suggested exploring a floating list like was recently implemented for engineers.

Josh Carter informed the group that it was time to begin focusing on concrete ideas for recruiting minority and female candidates for the upcoming police entry exam.  All members are to come to the March meeting with at least one new idea for recruiting specifically for the next test.  The ideas can be big or small, and no idea is a bad one.  This spurred some brainstorming amongst the group and some interesting ideas were mentioned.  Lt. Davis suggested that it would be important for the Mayor and the Chief to be active in the recruiting effort.  He suggested going out into the community to meet with people directly at restaurants, barber shops, etc.  The King Breakfast was also mentioned as a good place to talk about the recruiting effort.  Larry Selinger suggested speaking to area coaches and high school counselors to find out about young people looking for work who would make good candidates.  Sandy Robinson suggested the City Tournament as a possible place to recruit.  Chief Kliment suggested the possibility of having the next swearing-in ceremony at a site away from the department.

Officer Barrington noted that Spanish language recruiting brochures were being created.  Also, he is working on the video discussed at the previous meeting.  The video will hopefully be aired as a PSA.

Kendra Davis asked for any ideas for advertising the next examination.  In the past, some national advertising has been done, but this time we will focus on local advertising.

MEETING ADJOURNED

AGENDA

Minority and Female Recruitment Committee for the Police and Fire Department
March 9, 2005
9:00 a.m.

I.      Update on the Firefighter Hiring Process

II.     Recruiting Ideas for the Next Entry-Level Police Exam

III.    Progress of New Recruiting Class

IV.     Other Business
        - Question Regarding Abraham Lincoln Presidential Library and Museum

Minutes of the Minority and Female Recruitment Committee for the Police and Fire Departments

March 9, 2005

Attendees: James Johnson, Lt. Rickey Davis, Chief Bob Bartnick, Chief Don Kliment, Larry Selinger, Kendra Davis, Off. Kevin Barrington, Josh Carter

Fire Department Update

Thus far, 64 of the 71 background questionnaires sent out have been returned. The deadline to return them is 4:30 p.m. today, which was extended from Monday, March 7th. The Department expects to hire 16 firefighters. Once background investigations are completed, psychological exams will begin. At this time, Dr. Campion is still being used. Larry Selinger indicated that options are being explored as to another doctor that might be used in the future. Police Department detectives are conducting the background investigations. Chief Kliment reiterated that other options need to be explored due to the strain on manpower in the police department.

New Police Department Hires

The recent hires have all been certified and entered field training on February 20th. Chief Kliment indicated that he has heard of no issues with the group's progress, and all of the officers are doing well thus far.

Upcoming Police Entry Examination

Kendra Davis informed the group that June 4, 2005, is the likely date for the next written examination. HR is working with the Illinois State Police on finding a date for the physical agility test. Kevin Barrington has ideas for several public service announcements to promote the next test. Insight has agreed to film the PSAs. One idea is to have a father and son (former and current officer) with a generational theme. He is looking at doing some still photography for ad purposes as well.

Josh Carter suggested that Kevin contact the Dean's office at the SIUC Department of Administration of Justice and provided contact information. Josh Carter also asked James Johnson to contact the other local branches of the NAACP around the state to see if they knew of young people looking for employment as a police officer. One or two candidates each from places like Champaign, Decatur, Peoria and others could really impact our numbers. James agreed that he would contact those local branches.

Larry Selinger suggested meeting with coaches and guidance counselors from the various City high schools, particularly African-American coaches, to see if they are aware of former players who might be interested. Lt. Davis suggested that it would be tough to recruit in the City with Renatta Frazier's book being released. James Johnson stated that he had spoken to at least one coach who he felt would be willing to help. James feels the local branch of the NAACP needs to be more involved, and asked for a list of events to attend. Kevin Barrington will get a list of upcoming events to Josh Carter and James Johnson. Lt. Davis suggested that perhaps getting the police union involved would help because they are perceived negatively in the minority community. Kevin Barrington suggested doing a public service announcement for the upcoming test with Black Guardians President Ralph Harris and Union President Bob Markovic. Lt. Davis stated that Ralph Harris would not be willing to do something like that. James Johnson indicated that it was time for people to stop looking backwards and start focusing on the future.

Kendra Davis informed the group that Human Resources has $6000.00 budgeted for advertising. HR intends to focus their advertising efforts in the Springfield area. One idea is to look at billboards here in the City. Kendra also thought that an article in the Pure News in conjunction with the ad to be placed there might be helpful. A "career night" with police officers was another idea she suggested exploring. Lt. Davis suggested sending recruiters to clubs like Mac's Lounge on Friday and Saturday nights to talk to possible candidates as they come and go. Kevin Barrington mentioned that James Johnson had suggested going to the high schools together to talk about career options with students. Lt. Davis indicated that the upcoming Juneteenth Celebration would be a good opportunity to recruit minority candidates, however it was noted that the event would actually take place after this test.


MEETING ADJOURNED

AGENDA

Minority and Female Recruitment Committee for the Police and Fire Department
May 16, 2005
9:00 a.m.

I.    Update on the Firefighter Hiring Process

II.    Update on Recruiting Effort for Upcoming Police Entry Examination

      A.  Advertising
      B.  Recruiting Trips
      C.  PSAs
      D.  Other Efforts

III.    Ideas for Recruiting for June 4th Test

Minutes of the Minority and Female Recruitment Committee for the Police and Fire Departments

May 16, 2005

Attendees: James Johnson, Lt. Rickey Davis, Chief Bob Bartnick, Chief Don Kliment, Larry Selinger, Kendra Davis, Off. Kevin Barrington, Josh Carter, Sandy Robinson

Fire Department Update

Background investigations are currently underway for 64 candidates. It is hoped that these will be ready to go to the Civil Service Commission on June 1, 2005. Dr. Paul Dietrich will now be doing the psychological testing. Sandy Robinson suggested that a panel of psychologists should be used instead of just one. Josh Carter noted that it was unlikely such a program would be economically feasible, especially with banding now in place. Lt. Davis stated that the black community feels the psych exam weeds out too many minorities. He believes the City should hire a black psychologist to alleviate this concern. Chief Kliment suggested that perhaps the actual numbers of minorities vs. whites who are disqualified by the psych testing should be explored. Sandy Robinson added that he felt the overall credibility of the process would be helped by having more than one person administering the psych evaluations. Sandy also suggested allowing the application packets to be returned for a period of one month, rather than the current one week. Larry Selinger and Kendra Davis indicated that would create a manpower problem for Human Resources. Chief Bartnick informed the group that he hopes to hire 16 firefighters from this list around the end of July.

Upcoming Police Entry Examination

Officer Barrington informed the Committee that recruiting fairs at various colleges are now complete. In all, he made approximately 41 trips to colleges and various job fairs. Students at Malcolm X College are planning a carpooling effort to our written test, and he is hopeful that several students will come down from that school. He has also spoken with a group of 5 or 6 black females at MacMurray College who are interested in taking the exam. Two orientation sessions were held at LLCC on April 30th. The orientation was attended by 123 candidates, and 106 of them took the practice test. Approximately 30% of the attendees were estimated to be minorities. Another session was held on May 12th at Capital City Church of God, with 12 individuals attending. A total of 504 application packets were given out.

Kendra Davis provided a list of advertising that has been placed so far. In addition to the list, two billboards were purchased in the City at a cost of $675.00 each. Sandy Robinson expressed concern that the billboards, while a good idea, were not very effective as designed. They are difficult to read due to small print, and the one over the railroad tracks on Cook is too far back to be seen well from the street. Sandy suggested that the billboards should have been designed more along the lines of the recruiting posters. Sandy will ask Chris Martin in Community Relations to work on some future designs that might be used for such billboards. Many members of the Committee felt that it would be helpful in the future for the Committee to have direct input into the design of such billboards and other advertising materials.

Officer Barrington informed the group that one Public Service Announcement, featuring Chief Kliment, had been produced and is running on Insight Cable. He indicated that other ideas for PSAs fell through due to a lack of cooperation. Officer Barrington will follow-up with those candidates that picked up application packets and will also contact minorities and females who expressed interest previously but have not yet picked up packets. Larry Selinger indicated that

the overall number of people picking up packets is down from previous tests. Josh Carter asked James Johnson if he had contacted the other local branches of the NAACP to see about possible recruits. James indicated he had not contacted any other branches.

Sandy Robinson suggested that the City explore purchasing the billboards year round and use them for recruiting people for jobs other than police and fire. Kendra Davis will check on the cost for the billboards on a year round basis. Several members agreed that this was a good idea, and the billboards could be used to promote other events when not needed for recruiting purposes.

MEETING ADJOURNED

| | | |
|---|---|---|
| State Journal Register | Sunday only | $308.51 |
| News Gazette (Champaign) | Sunday only | $155.04 |
| The Pantagraph (Bloomington) | Sunday only | $289.23 |
| News Democrate (Belleville) | Sunday only | $232.00 |
| Illinois Times | 1 Week only | $205.00 |
| Star Gazette (Beardstown/Cass County | 1 Week only | $40.20 |
| LaRaza Spanish | 1 Week only | $238.00 |
| Herald & Review (Decatur) | Sunday & Wednesday only | $481.40 |
| WBCP | 3 week rotation | $500.00 |
| WNNS | 10 Spots | $480.00 |
| PureNews | 1 Month | $337.50 |

**$3,266.88**

# List of Police Recruiter Trips Leading Up to June 2005
## Entry Level Examination

| | | | |
|---|---|---|---|
| Richland Community College Job Fair | Decatur, IL | 4/13/05 | Career Fair |
| 2005 Criminal Justice Career & Internship Fair | Normal, IL | 4/27/05 | Career Fair |

*Patrol Officer*
**DOUG SAPETTI**
*Vice-President*

*Patrol Officer*
**DAVID D. WESSELMAN**
*Secretary*

*Patrol Officer*
**PAULA MORROW**
*Treasurer*

*Detective*
**CHRISTOPHER S. MUELLER**
*Sergeant-at-Arms*

*Patrol Officer*
**BOB MARKOVIC**
*President*

*Trustees:*
*Sergeant*
**BRIAN CUMMINS**

*Detective*
**RICK DHABALT**

*Detective*
**AMY M. STRAWN**

*Attorney*
**RON STONE**

# SPRINGFIELD POLICEMEN'S BENEVOLENT AND PROTECTIVE ASSOCIATION UNIT NO. 5

P. O. BOX 1441
SPRINGFIELD, ILLINOIS 62705-1441
(217) 528-8200
Fax: (217) 528-7940

July 8, 2004

Mr. Frank Martinez
Chairperson
SPD Recruiting Committee
Municipal Center East
800 East Monroe Street
Springfield, Illinois 62701



EXHIBIT
#9

Dear Mr. Martinez:

On June 24, 2004, Chief Kliment granted a request by James Johnson to address five new Springfield Police Department recruits on a private basis, for the stated purpose of telling them about the work of the NAACP. When we later learned of the substance of his statements, we had all the recruits write down their own summaries of what transpired. Each recalled that Mr. Johnson made comments of the following nature:

1. That his job is to be a watchdog and that they will be under his microscope.

2. That he will show up on East side calls to monitor what they are doing wrong and report same to the Chief.

3. That he was not happy with this recruit class, as it did nothing to promote community relations, and he was going to so inform the media. (This, even though one of five was Hispanic resulting in a 20% minority hiring).

4. That he referred to the incident involving the LAPD beating of a black man.

5. That he said the racial problems of the Department are known nationwide.

6. That he had a criminal justice degree, and when he was asked by the City to take the entry examination, he related that he would never think of working for this Department because it was racially motivated.

*"An Organization of Sworn and Retired Members of the Springfield Police Department"*

Mr. Frank Martinez
July 8, 2004
Page 2

Obviously, we take offense to these intimidation tactics utilized on new recruits who obviously have played no part in any of Mr. Johnson's perceived problems with the Springfield Police Department. The recruits all related that there was no talk of what the NAACP organization does, only statements of displeasure and negativism by Mr. Johnson.

More importantly, it has become clear to us why minority recruiting efforts have been less than successful. How can we expect any young black man or woman to consider a career as a police officer when Mr. Johnson continues to be a commercial for how bad he thinks the Department is? It is pretty clear that we cannot. The Department has explored and implemented new and creative attempts to maximize recruitment of minorities to take the entry test, but Mr. Johnson's actions only work to neutralize these efforts.

Sincerely,

Robert Markovic

cc:    Chief Kliment
       Ronald J. Stone
       Recruiting Committee
       James Johnson
       Rudy Davenport

Date  6-25-04

Time  15:15

On Thursday June 24, 2004   James  Johnson From NAACP Came to the Academy to Speak to us about the NAACP. He said the Following things to us.
- He said He had a Criminal justice Degree but He did not have an intentions to be a police officer, rather a negative attitude
- He was not pleased with this Recruiting Class. He said having Four white males and one hispanic with no minorities but he said not to take this personally.
- He was not pleased to Hear that one of the recruits interviewed by Channel 20, Did not Know about the problems this Department and City have had in the past. He said that he did not see the interview but heard what was said. I was the person in Questioned. I was asked by Glenn McIntyre (Channel 20 news) "IF I knew about the past problems the SpringField Police have had." I Told him that I am not From this area. and Actually that I did not Know where the police Department was located, And that I did not Care about the past, I am coming here with a clean slate, learn as I go.
- While he was talking to us, he was not professional, never speaking on what NAACP Does but rather with his Displeasure with SpringField Police offices. Saying that not everyone is bad. He Could have used a better choice of words.
- He Told us that he will be watching us,
- Talked about an LAPD officer beating on a Black man.

SpringField Police officer
Steven B  Alicea

ON 05/24/04, JAMES JOHNSON WITH THE NAACP MET WITH THE 5 NEW POLICE OFFICERS AT THE SPRINGFIELD POLICE ACADEMY. DURING JOHNSON'S SPEECH, JOHNSON EXPLAINED THAT HE WAS VERY UPSET WITH THE DEPARTMENT'S HIREING PROCESS DUE TO THE FACT THAT FOUR CAUCASIAN MALE WERE HIRED. JOHNSON FURTHER STATED THAT THIS HIRE DOES NOTHING TO IMPROVE COMMUNITY RELATIONS. JOHNSON SAID THAT HIS JOB WITH THE NAACP IS TO BE A WATCH DOG OVER THE POLICE DEPARTMENT. JOHNSON SAID THAT WE ARE ALL NOW UNDER HIS MICROSCOPE. JOHNSON SAID THAT HE WILL SHOW UP ON OUR CALLS ON THE EAST SIDE OF TOWN TO ENSURE THAT WE ARE DOING THE RIGHT THING. JOHNSON SAID THAT HE HAS THE CHIEF'S EAR NOW AND WILL BE IN HIS OFFICE IF WE ARE NOT DOING OUR JOB CORRECTLY IN HIS EYE. JOHNSON SAID THAT HIS PHONE RINGS CONSTANTLY WITH COMPLAINTS ABOUT THE POLICE DEPARTMENT. JOHNSON SAID THAT HE HAS A CRIMINAL JUSTICE DEGREE BUT WOULD NEVER THINK OF WORKING FOR THIS DEPARTMENT.

TIMOTHY W DAY

NAACP - James Johnson - Speaker                    Russell Lohr

- Stated that his job basically is "watchdog" for the NAACP
- Stated that he is not happy that the department hired four Caucasian males and one Hispanic male, and will make mention of this to the news media, but no offense
- Stated we will be under his, as well as the public microscope
- Stated he had an open line of communication with the chief
- Was not happy that State Allege did not know about the past problems of the department
- Stated not all officers on the department are bad, but as we know all you need is one bad apple
- That this is the first time that a representative from the NAACP has ever been given the opportunity to speak to a recruit class, so that we can hear their side of the problem because we will hear another side from other officers.

Russell Lohr

NAACP Visit   James Johnson   24 June 04

- problems with department are known nationwide
- unhappy with current class (1 hispanic, 4 white males)
- we are under a microscope (his and the public)
- brought up the beating in LA several days ago
- unhappy that Steve Alison didn't know about past problems at SPD.
- stated that when he had the opportunity to test with SPD he did not, because he did not want to work for this department
- stated that he had an open line of communication with Chief Kliment
- stated that he would let the media know that he was not happy with this class
- stated that he would try to show up at disturbances to try and keep the peace.
- stated that his feelings about this class weren't personal

Aaron P. Nichols  #584

On 6-24-04 @ 0900 hrs James Johnson from the N.A.A.C.P was introduced to the class by Lt. Smith. Mr. Johnson had us all sign in on a sheet of notebook paper, he said that he wanted all of our names. Mr. Johnson then went on to say that the N.A.A.C.P. was there to help everyone, not just black people. He then stated that while it was nothing personal, he was going to tell the media that he was not happy with the current recruit class because there were 4 white males and 1 Hispanic. He said that it did not show diversity on the part of S.P.D. Mr. Johnson said that he had a Criminal Justice degree and that when he was asked by the city to take the test for SPD and he refused because the department was racially motivated. Mr. Johnson went on to say that we were all under his microscope and that he would be watching us. He said that he would be responding to police calls on the east side to monitor our actions. Mr. Johnson expressed displeasure by the fact that Steve Alred told the media that he was not familiar with the racial problems the Dept. has had and that he was home with a court suite. Mr. Johnson finished up his discussion by telling us that he meets with the Chief of Police on a regular basis and that he would inform him of any mistakes that we made.

_Dan Hunt_ # 583

UNIVERSITY OF ILLINOIS
AT URBANA-CHAMPAIGN

Police Training Institute

1004 South Fourth Street, MC-523
Champaign, IL 61820-6104

January 24, 2005

CHIEF OF POLICE

JAN 2 5 2005

Chief Don Kliment
Springfield Police Department
800 E. Monroe
Springfield, IL  62701

Dear Chief Kliment:

Thank you for responding to our initial inquiry concerning the development of a law enforcement/corrections program for high school students. The support for the initial proposal was overwhelmingly favorable. We are now preparing to move forward by establishing an advisory or focus group. I am writing to request your participation, or the participation of a member of your staff in a meeting at PTI on March 8, 2005. We are scheduling the meeting 10 AM – 2 PM with a working lunch provided. We would also like to include in the group school administrators from as many agencies as possible.

As a reminder, our initial thoughts are the development of a program for high school age students that will familiarize them with the industry as an employment option and concurrently perhaps improve the recruiting efforts of agencies by creating a larger, more qualified pool of applicants. Several of the chief executives who have responded or had discussions with me are especially focused on minority recruitment efforts as well.

PTI will be happy to take a lead in development and delivery of a curriculum as designed by this focus group. Several members of our staff are highly interested and have some experience in these types of programs. In addition, several of those who replied to our initial inquiry have programs in their communities that may provide an excellent foundation for this effort.

The following are some of the topics that have already been identified for consideration:
- Overview of law enforcement employment opportunities at all levels
- Discussion of desirable characteristics for applicants
- Discussion of disqualifiers for employment
- Corrections employment opportunities
- Specialized units in law enforcement
- Basic Law Enforcement overview and career long training
- An immersion weekend(s) to expose students to training expectations
- Ride-alongs

It is likely this would emerge as an evening, weekend, or summer program coordinated with the schools and perhaps other programs like Explorer posts where they exist. The goal will be to be as inclusive as possible. There has already been feedback indicating that the curriculum might best be tailored to address students at various grade levels.

PTI is capable of facilitating this development effort, and I can commit resources to a pilot delivery. Subsequent to an evaluation of the pilot, we may seek the support of this group in securing funding to support the program statewide.

Sincerely,

Tom Dempsey
Director



## OFFICE OF CORPORATION COUNSEL
## CITY OF SPRINGFIELD, ILLINOIS

Room 313, Municipal Center East
800 E. Monroe Street
Springfield, IL 62701-1680

**JENIFER L. JOHNSON**
**Corporation Counsel**

Phone: (217) 789-2393
Fax: (217) 789-2397

July 12, 2004

Mr. Robert Markovic
President, PB&PA, Unit No. 5
P.O. Box 1441
Springfield, Illinois 62705-1441

Dear Mr. Markovic:

I am in receipt of your letter of July 8, 2004. I want first convey to you that the City welcomes any new police recruit regardless of race or gender. The City is committed to having a diverse Police Department that reflects the community as a whole. This includes whites, women, minorities, and persons from different backgrounds.

The Minority and Female Recruitment Committee as a whole had no idea that Mr. Johnson was scheduled to give a presentation to the new recruits. I learned of his comments after the incident occurred. Mr. Johnson's comments in no way reflect the thoughts of the Springfield Police Department, the Minority and Female Recruitment Committee or the City of Springfield. Police Chief Don Kliment expected that Mr. Johnson would talk about the history, purpose and the services of the NAACP. In no way, did anyone know that Mr. Johnson would chastise the recruits for accepting a position with the Department or indicate his displeasure regarding the racial makeup of the new class prior to his presentation.

The incident you are referring to in your letter has been brought to Mr. Johnson's attention during the last Minority and Female Recruitment Committee meeting that was held on June 30, 2004. As the Chair, I conveyed my disappointment to Mr. Johnson personally that he would speak negatively about the Department to the new recruits and that he himself would not consider a career with the Springfield Police Department. I told Mr. Johnson that his role in the recruitment process is to assist in attracting minorities and women to the Department and this could not be done if he was portraying a negative image of the Department and discouraging individuals from accepting a position with the Department. I made it very clear to him that his speech to the new recruits was unacceptable behavior. I would encourage you to speak to Rudy Davenport, the President of the NAACP, and convey your thoughts as well.

I will assure you that the City is committed in making sure the incoming class of recruits is successful in their career with the Department. I hope this one incident involving Mr. Johnson will not taint your view of the recruitment efforts that the City and the Union have taken together in the past in order to attract more women and minorities to the Department. The City has worked well with the Union when it comes to recruiting qualified candidates and I hope we can continue our efforts in the future.

Very truly yours,

Frank Martinez
Assistant Corporation Counsel

cc: Recruitment Committee

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

THE SPRINGFIELD BRANCH, NATIONAL )
ASSOCIATION FOR THE ADVANCEMENT )
OF COLORED PEOPLE, et. al.,                          )
                                                                             )       No. 00-3136
                    Plaintiffs,                                   )
                                                                             )
             v.                                                          )
                                                                             )
CITY OF SPRINGFIELD, ILLINOIS, et. al.    )
                                                                             )
                    Defendant, and                           )
                                                                             )
POLICE BENEVOLENT AND PROTECTIVE )
ASSOCIATION, UNIT NO. 5 and                    )
INTERNATIONAL ASSOCIATION OF            )
FIREFIGHTERS, LOCAL 37,                          )
                                                                             )
                    Third Party Defendants. )

## AFFIDAVIT

I, Joshua D. Carter, being first duly sworn, state as follows:

1.  I am over the age of 21 years and competent to testify to the statements of fact herein.

2.  I am an attorney, employed by the City of Springfield as an Assistant Corporation Counsel.

3.  As part of my duties as Assistant Corporation Counsel, I was a member of the City of Springfield's Minority and Female Recruitment Committee from June 2003 until August 2005.

4.  The NAACP's representative on the Minority and Female Recruitment Committee during that time was James E. Johnson.

5.  During the Committee's March 9, 2005, meeting, Mr. Johnson was asked by me to contact other local branches of the NAACP around the State of Illinois in order to recruit potential candidates to take the June 2005 police department entry examination, and he agreed to do so.

6.  Also at that March 9, 2005, meeting, Mr. Johnson asked to be included in recruiting trips for the then-upcoming examination. Following the meeting, I provided Mr. Johnson with



a list of upcoming events and directed the police department recruiter, Officer Kevin Barrington, to contact Mr. Johnson about attending these events.

7.  Mr. Johnson was also asked to assist Officer Barrington in creating a Public Service Announcement to promote the June 2005 police entry examination, which Mr. Johnson agreed to do.

8.  Mr. Johnson failed to follow through on his agreement to contact the other local branches of the NAACP to inquire about potential recruits.

9.  Mr. Johnson failed to attend any of the events that were attended by Officer Barrington in March, April and May of 2005, for the purpose of recruiting minority candidates.

10. The proposed Public Service Announcement was never produced.  When asked by me why the PSA had not been completed, Officer Barrington informed me that Mr. Johnson was not returning his phone calls.  This was confirmed by Mr. Johnson at the May 16, 2005, meeting of the Committee.  Mr. Johnson indicated that Officer Barrington had left multiple phone numbers where he could be reached and that he did not know which number to call so he did not return the calls.

Further affiant sayeth not.

_____
Joshua D. Carter

Subscribed and sworn to before me this 15th day of September, 2005.

_____
Notary Public

```
OFFICIAL SEAL
ROBERTA E. LANIER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11-4-2007
```