**E-FILED**
Friday, 16 September, 2005  11:20:45 AM
Clerk, U.S. District Court, ILCD

# Recruitment Report

## January 1, 2004 – June 30, 2004

# CERTIFICATION

I, Lawrence W. Selinger, certify that the City of Springfield has complied with all provisions of the consent decree between the City of the Springfield and the Springfield Branch, NAACP in all hiring for Police Officers and Firefighters during the period covering January 1, 2004, through June 30, 2004. I also certify that the applicant flow was consistent with the goals of the consent decree.

Lawrence W. Selinger
Director of Human Resources

# Police & Fire Department Summary
## As of 06/30/04

| | Police Patrol Officer | Patrol Officer/ Detective | Police Sergeant | Police Lieutenant | Chief Of Police | Deputy Chief | Division Chief | Ass't Chief of Police | Police Cadet |
|---|---|---|---|---|---|---|---|---|---|
| Black Male | 9 | | | 1 | | 1 | 1 | | |
| Black Female | 1 | | | | | | | | |
| White Male | 153 | 28 | 35 | 13 | 1 | 3 | 1 | 1 | |
| White Female | 25 | 2 | | | | | | | 2 |
| Hispanic Male | 1 | | | | | | | | 1 |
| Hispanic Female | | | | | | | | | |
| Total | 189 | 30 | 35 | 14 | 1 | 4 | 2 | 1 | 3 |

| | Firefighter | Driver Engineer | Fire Captain | Battalion Chief | Sr. Arson Invest. | Deputy Division Chief/ Captain | Division Chief/ Captain | Fire Chief | Division Chief/ Batt. Chief | Deputy Division Chief/ Batt. Chief |
|---|---|---|---|---|---|---|---|---|---|---|
| Black Male | 1 | 2 | | | | | | | | |
| Black Female | 3 | | | | | | | | | |
| White Male | 86 | 42 | 58 | 11 | 1 | 3 | 2 | 1 | 2 | 1 |
| White Female | 1 | | 1 | | | | | | | |
| Hispanic Male | | | | | | | | | | |
| Hispanic Female | | | | | | | | | | |
| Total | 91 | 44 | 59 | 11 | 1 | 3 | 2 | 1 | 2 | 1 |

2:00-cv-03136-RM-CHE :: #98    Page 4 of 24

# City of Springfield Fire Department New Hires 01/01/04 - 06/30/04

10/27/2004

| assignment_eff | agenc | lname | fname | mini | ethnic_cd | se | title_long |
|---|---|---|---|---|---|---|---|
| 4/19/2004 12:00 | 108 | ATHERTON | JOSHUA | B | W | M | FIRE EQUIPMENT MECHANIC |

1

# City of Springfield Police Department New Hires 01/01/04 - 06/30/04

10/27/2004

| assignment_eff | agenc | lname | fname | mini | ethnic_cd | se | title_long |
|---|---|---|---|---|---|---|---|
| 6/14/2004 12:00 | 112 | LEHR | RUSSELL | W | W | M | PATROL OFFICER |
| 6/14/2004 12:00 | 112 | DAY | TIMOTHY | W | W | M | PATROL OFFICER |
| 6/14/2004 12:00 | 112 | NICHOLS | AARON | P | W | M | POLICE CADET |
| 6/14/2004 12:00 | 112 | ALICEA | STEVEN | B | H | M | POLICE CADET |
| 6/14/2004 12:00 | 112 | HUNT | IAN | P | W | M | POLICE CADET |

AGENDA

January 13, 2004

Discussion to Increase Minorities and Women to the Springfield Fire Department

I.      Review of Testing Procedures

      a.   Written Examination (Only 30 percent weight)
      b.   Study Material for applicants.

II.     Website for the Fire Department

III.    Public Service Announcement for Recruitment and Upcoming Test

      a.   Cable Access Station

IV.     Community Events that Mark Dyment, Fire Recruiter, should attend.

      a. Creating a partnership with the African-American community.

V.      Fire Corps. Eligibility List

      a. Criteria for eligibility on the list.

Firefighter Recruitment Meeting Held on January 13, 2004

Attendees: Letitia Dewith-Anderson, Mark Dyment, Frank Martinez, Sandy Robinson, Charlie Washington, and James Johnson.

An informal discussion took place in Letitia Dewith-Anderson's office regarding issues that could assist the SFD in its recruiting efforts.

Review of Testing Procedures

The selection process for the oral interview panel was discussed. It usually consists of someone from the community, a firefighter and retired firefighter. The NAACP and the Springfield Urban League provide names from members of the community who are interested in assisting in the process. The entry-level firefighter's examination was discussed. Suggestions included providing old practice examinations to candidates, providing study materials, additional test sites, and on-line practice examinations that candidates could take. Individuals at the meeting indicated that the City should review the examination to make sure it is fair to all applicants.

Springfield Police Department Website

Mark Dyment indicated he would work on developing a website to assist in recruiting for the SPD. Testing information could be included on the website as well as information on the Explorer's Program.

Public Service Announcements

Everyone agreed that PSA would be a good idea. The PSA could provide a history of the SPD/SFD during Black History Month or other times of the year highlighting the contributions of minority patrol officers and firefighters or individuals that served in a supervisory or command staff capacity. (E.g. Silver Suarez, Elmer Renfrow, past African-American police chiefs, the first African-American/Female/Latino patrol officer/firefighter).

Community Events for Mark Dyment to Attend

The Martin Luther King Banquet, Lincoln Douglas Banquet and the Black Expo were events given to Mark Dyment to attend. It was mentioned that Heidi Homeier would be attending the Black Expo.

Firefighter Police Corp.

A discussion was held about starting up this program for the Fire Department. Minority and female scholarships could be given by private organizations to encourage woman and minorities to consider a career in fire safety by obtaining a degree in the field and applying with the SFD after they are done with their educational requirements.

AGENDA

<u>Minority and Female Recruitment Committee for the Police and Fire Department</u>

January 30, 2004

I.      Firefighter Eligibility List expiration on February 6, 2004.

       a.  Chief's recommendation on extending the list.
       b.  NAACP comments and suggestions.

II.     Public Service Announcement for Police and Fire for recruiting purposes.

III.    Website for the Fire Department.

IV.     Assistance from the State Fire Marshall in recruiting in Beardstown.

V.      Update on the After-School Program for Minority and Female Youth to learn about the Police and Fire Department.

VI.     Fire Corp. Eligibility List

       a.  Parameters and criteria in determining eligibility.

VII.    Providing Community Events dates that Mark and Heidi should be made aware of.

VIII    Next Meeting with Stanard and Associates to discuss testing procedures and an explanation of validation studies conducted for the City of Springfield.

<u>Minutes of the Minority and Female Recruitment Committee Meeting for Police and Fire
Department Held on January 30, 2004</u>

Attendees: Frank Martinez, Chief Ron Hasara, Mark Dyment, Chief Don Kliment,
Assistant Chief Ralph Caldwell, Josh Carter, Sandy Robinson, James Johnson and Heidi
Homeier and Kendra Davis.

<u>Firefighter Eligibility List</u>

Fire Chief Ron Hasara expressed his desire that the list expire and begin the
process of preparing for another firefighter's examination later in the year. He wants a
new class certified by March 2005. He indicated when the Civil Service Commission
hired candidates in April of 2003, candidates were hired for a two-year period and he is
currently 4 over on his manpower. Therefore the Chief hired for anticipated vacancies in
2004 in April of 2003. The NAACP had no recommendation for the City on whether the
list should expire or remain in effect. James Johnson was informed of the next meeting
of the Civil Service Commission meeting where the decision was going to be made.

<u>Public Service Announcement for Police and Fire Department for Recruitment Purposes</u>

Mark Dyment mentioned that an advertisement was placed in the Pure News, a
local African-American publication recently encouraging individuals to become a
firefighter and gave his name as the contact person. (Copy attached). The Committee
mentioned that Channel 18 could be used to advertise for the next test. In addition, the
Committee was in agreement that Channel 20 should be approached in the future when
the new testing dates have been confirmed in order to develop a public service
announcement.

<u>Springfield Fire Department Website</u>

Mark Dyment indicated that he is working with Tara Davlin in developing the
SFD's website. He is providing information to her on how the website should appear.
He wants to emphasize recruitment and the Explorer's program. He is hopeful to have
this fully running by later in the year.

<u>Beardstown Recruitment</u>

Mark indicated that he spoke to the interim State Fire Chief Vina who is Latino
about recruiting in Beardstown. He agreed to assist him with this effort. Sandy
Robinson also recommended Jay Hildalgo and Victor Juarez who could help Mark with
this effort as well. Mark will look into making contact into Beardstown once the new test
date is announced so he can share that information with potential candidates.

### After School Program

Mark and Heidi indicated their plan was to meet one day per week from 3:30 p.m. to 5:00 p.m. with 8 to 12 students interested in the Police and Fire Department at the middle school level. They are still working out details with District 186.

### Fire Corp. Program and Eligibility List

Frank indicated to the Committee that the Mayor would like the Committee to consider developing a Fire Corp. program for potential firefighter candidates. Currently the Police Dept. is following the criteria developed by the U.S. Department of Justice and this program is integrated into the Civil Service Rules to attract 4 yr graduates of the program into the SPD. Chief Hasara indicated he would like to have input on any proposed criteria. Mark Dyment provided Frank with his thoughts on how candidates could qualify for this program. The Committee agreed to table this idea for a future meeting in order to develop this idea further.

### Future Community Events

The 2nd annual Black Expo was mentioned as was the Lincoln Douglas Banquet in February. Heidi indicated she wanted to make contact with the Illinois Association of Blacks in Criminal Justice.

### Stanard and Associates

The Committee agreed that the next meeting of the Committee would include a presentation from Stanard and Associates. A review of how the test is developed, administered and scored will be discussed. Frank indicated he would set this up with Stanard and Associates.



# Want to be a hero?

## Be a firefighter!

### Consider a Career With the Springfield Fire Department

**If YOU:**

are between the ages of 20 and 34, and have earned your high school diploma or GED certificate, this might be the opportunity you've been waiting for. Applicants must be able to pass a background check, physical agility and drug screening tests.

For information call or visit the City of Springfield Office of Personnel 800 E. Monroe, Room 106 Springfield, Illinois 62701 (217) 789-2440

The City of Springfield is an Equal Employment Opportunity employer.

Pure News, February 2004

EST. 1839 SFD



# Review of the National Firefighter Selection Test

## Agenda, May 5, 2004

1) Overview of the NFST
   a) Testing Philosophy, Testing Approach
   b) Description of the Test and Sub-tests
   c) Description of Scoring and Cutoff Score Procedures
   d) Review Sample Test Items

2) Development of the NFST
   a) Job Analysis
   b) Test Development
   c) Content Validity
   d) Field-Testing
   e) Item Analysis
   f) Final Test Construction

3) Use of the NFST in Springfield
   a) Results from the 1997 NFST administration
   b) Modifications to the Cutoff Score Made After 1998
   c) Results from the 2001 NFST Administration

<u>Minutes of the Minority and Female Recruitment Committee Meeting for Police and Fire</u>
<u>Department Held on May 5, 2004</u>

Attendees: Frank Martinez, Chief Bob Bartnick, Chief Don Kliment, Josh Carter,
Rickey Davis, Ralph Harris, Dr. Baker Siddiquee, Sandy Robinson, James Johnson and
Heidi Homeier, Mike Henry, and Kendra Davis.

<u>Welcome to Ralph Harris, Rickey Davis, Chief Bartnick and Baker Siddiquee</u>

Frank welcomed the above-mentioned individuals to the Committee. Dr.
Siddiquee, the head of the Race Relations Taskforce, indicated that the taskforce was
interested in the type of work that the committee would be working on and how they can
assist in the process of recruiting minorities and women to the Police and Fire
Department. Mayor Davlin felt that the Black Guardians and a representative from the
Race Relations Taskforce could provide additional insight to the committee's efforts.

<u>Presentation By Mike Henry from Stanard and Associates</u>

Mike Henry, the Director, of Research and Development for Stanard and
Associates, gave a detailed presentation on how the Fire Department's written
examination (National Firefighter Selection Test) was developed and how it is
administered. A new study guide was passed around for review by the Committee. The
new study guide provides for 33 sample questions, which is the equivalent of half the
examination in all the areas tested. An actual written test administered in Aurora,
Colorado was also passed around for the Committee's review.

The firefighter's examination is written at a $10^{th}/11^{th}$ grade level as it relates to all
parts of the examination tested (reading comprehension, mathematics and listening
comprehension). No one on the Committee identified any racial or gender bias. Mike
Henry indicated that all test questions are screened for any type of bias before they are
actually used. Bob Bartnick indicated that the training at the SPD requires a detailed
reading analysis of complex reading materials.

Alternatives to rank ordering candidates were also discussed. The Committee is
willing to review how other cities select police officers and firefighters that do not use
rank ordering. Frank indicated that an individual assessment of each candidate must be
made in order for the selection process to be constitutional if it is challenged in court.
Frank indicated that the City could not hire a candidate based solely on their race or
gender.

Mike Henry indicated that a suggested Reading List could be developed for
candidates to review but anyone with a high school education should be prepared to take
the examination. In addition, tutorial sessions could be developed as well.

Proposal by the Black Guardians

Ralph Harris passed out a proposal by the Black Guardians that they would like the Committee to review at its next meeting. Ralph and Rickey gave a general overview of what the proposal contained. They both indicated that they had received data from the Peoria Police Department and found that the number of African-American police officers were greater than Springfield and would like the Committee to see how any recruitment ideas can be incorporated into what Springfield is doing. The Committee agreed to examine the proposal more closely at the next meeting.

AGENDA

June 1, 2004

Minority and Female Recruitment Committee for the Police and Fire Department

I.      Update on the Upcoming Firefighter Examination.

      A.  Announcement of the final dates for the upcoming examination 4 months
         in advance of the physical ability test, physical training for candidates
         three months in advance, notification of prior candidates and practice test
         for candidates.

      B.  Recruitment Efforts and the participation of the NAACP in assisting in the
         recruitment process for the upcoming examination. (E.g. Visiting Black
         Churches on Sunday morning.)

      C.  Contact with Image, Inc. and recruiting Latinos in Springfield and
         Beardstown.

II.     Update on how Peoria recruits Patrol Officers and Firefighters.

III.    Review the rank ordering procedure as outlined in the Civil Service Rules.

<u>Minutes of the Minority and Female Recruitment Committee for the Police and Fire Department</u>

<u>June 1, 2004</u>

## Upcoming Firefighters Examination

It was announced that the Mayor would be holding a press conference to announce the upcoming firefighters examination. The NAACP was asked to participate in the new conference and they agreed. Candidates will be given a 4-month advance notice of the physical ability test in order to be in compliance with the Supplemental Consent Decree. Mark Dyment announced the Springfield Fire Department web page, which will assist the City with recruiting. Mr. Dyment announced a 2nd advertisement was put in the Black publication called the Pure News, which generated 15 to 20 people calling him about becoming a firefighter. Frank Martinez indicated that he met with the Board of Directors of IMAGE, Inc., Latino-based organization and they agreed to assist in recruiting Latino firefighters.

## Visiting Black Churches

The Committee asked the NAACP to assist Mark Dyment, the firefighter recruiter, in getting him into the Black churches. James Johnson and Sandy Robinson agreed to help Mr. Dyment with this effort. Mr. Dyment has already visited Abundant Faith church and gave a presentation about the upcoming examination during the service. Mr. Johnson indicated that he would like to see the core Black churches participate.

## On Site Scoring of the Examination

The Black Guardians brought up the topic of on-site test scoring and wondered what the cost would be associated with this and the procedure to challenge test questions.

## Recruitment Efforts of Peoria

Frank explained how Peoria recruited it police officers. Those individuals who pass the written examination and physical agility test are put into an eligibility pool that is not rank ordered and the names of the applicants are listed in alphabetical order. No separate lists are kept by race or gender. Peoria indicated that no candidate is selected solely by race or gender because this would be illegal.

Criteria are then established by either the Police or Fire Department on the type of candidates they would like selected from the pool. The criteria have included a minimum score on the written examination such as 80 (65 is considered passing but they never go that low), physical agility score, whether an individual is PTI certified and a minimum number of college hours. Peoria's hiring materials indicate they have a preference for

Page Two

someone with an Associate's Degree or hours completed toward a Bachelor's Degree. The variables are adjusted if minorities and woman are not picked up.

Candidates who are selected using the above criteria (band) then go through two oral interviews. The first oral interview is with personnel with the Police or Fire Department. If a minimum passing score is achieved then a second interview is held with the Police and Fire Commission. If the applicant passes the second interview they then take a polygraph test. Questions asked during the polygraph include past drug use, alcohol use, criminal history, etc.

After the applicant passes the psychological examination, they are given a medical examination and if that is passed they are hired. Peoria did not indicate when the background investigation is reviewed but their recruiting material indicates that candidates must undergo a background check.

Discussion of Banding

James Johnson asked Frank Martinez to recommend a legally acceptable way the City could choose candidates which did not involve a strict rank ordering. Frank recommended that the Committee endorse the concept of banding. Frank explained that individuals with statistically equivalent scores would be grouped together into a band and would all be considered equal. Frank explained the different criteria that the City could use to rank order individuals within these bands such as educational experience of the candidate, prior public safety job experience, racial, ethnic and gender diversity, persons from different backgrounds, and age diversity of the class. Sandy Robinson asked if the Mayor backed the banding concept and Frank said yes. The Mayor would provide solid support for banding if the Committee endorsed the idea. There was a consensus of the group to begin the work in changing the civil service rul
es that would allow banding. Frank agreed to work with the Civil Service Commission in order to get this done. The Committee members agreed to meet later in the month to review the progress of banding.

AGENDA

June 30, 2004

Minority and Female Recruitment Committee for the Police and Fire Department

I.      Update on recruitment efforts for the upcoming firefighter's examination.

    A.  Lack of cooperation from the black churches.

    B.  Image, Inc. sent recruitment packets throughout the state to Latino-based organizations.

    C.  Recruitment in the Latino community. (Working with community and church leaders in Beardstown and Springfield).

    D.  What type of recruiting assistance is the NAACP and the Black Guardians providing to attract minorities and woman to the Police and Fire Dept.

II.     Review the Banding Proposal.

III.    Community concerns from James Johnson.

<u>Minutes of Minority and Female Recruitment Committee for the Police and Fire Department</u>

<u>June 30, 2004</u>

### Recruitment Update for the Firefighter's Examination

It was brought the NAACP's attention that the black churches were not responding to calls that would allow the recruiters for the Fire Department to visit the churches on Sunday morning and encourage its members to apply for the firefighter position. Numerous churches failed to respond. James Johnson said they might have been away at a conference. This may be true but it does not excuse the fact they have not returned calls nor did they cooperate during the testing process by assisting the City. The fire department recruiters went to the churches that showed an interest.

### Assistance from Image, Inc.

Image, Inc., distributed recruitment packages throughout the state to Latino-based organizations. Victor Juarez attended a conference in Chicago and gave them out during the conference to attendees from across the state. Mark Dyment indicated he would work with Mr. Juarez about going to Beardstown and recruiting Latino applicants.

### Recruiting Assistance from the NAACP and Black Guardians

James Johnson indicated he would assist Mark Dyment with his recruitment efforts. The Black Guardians refused to assist with recruitment unless the City was willing to indicate that they were going to hire a specific number of African-Americans. Frank Martinez told Rickey Davis and Ralph Harris that this would be interpreted as a hiring quota and that quotas were illegal. Without this commitment the Black Guardians were not willing to assist in the recruitment efforts because they felt their creditability would be hurt in the black community if they could not tell the black community that the City was going to hire a specific number of African-Americans. Mr. Martinez once again told Mr. Davis and Mr. Harris that the City could not commit to hiring quotas for African-Americans because this type of action was not permissible under the law.

### Banding Proposal

The entire Committee reviewed the banding proposal. It was agreed that the proposal would be presented to the Civil Service Commission at their July meeting. The NAACP agreed to help support the concept of banding. Mr. Davis felt that the banding proposal did not go far enough because it did not include promotional examinations. Mr. Martinez told Mr. Davis that the City could not impose banding in the promotional process unless it was negotiated with the Union because it effected the terms and conditions of employment for current patrol officers. In addition, Mr. Martinez felt that the banding proposal may be challenged in court and the City wanted to make sure the banding proposal would pass constitutional muster before expanding its scope.

Page Two

Regardless, Mr. Martinez indicated he would bring this up with the Union leadership and their attorney and obtain their input.

# Police Recruiting Notes

## January 1, 2004 – June 30, 2004

## Neighborhood Watch Programs

Officer Thompson is working directly with all interested NPO's displaying a desire to initiate new programs in their assigned beats. Officer Thompson received requests for eight (8) Neighborhood Watch presentations in April, 2004. These requests were forwarded to the appropriate NPO in the area.

## NPO Program Assistance

NPO's continue to assist with Neighborhood Association Meetings and Neighborhood Watch Meetings

## Recruiting

1. Illinois Association of Minorities in Government - Crowne Plaza Hotel - April 8-9, 2004
   *Display manned by Officers Wells, Holman and Homeier.
2. Business Education Day - Franklin Middle School - April 20, 2004
   * Teacher Barb Montgomery's class provided "Career of a Police Officer" discussion
3. UIS Career Day - 6-8 grade girls -March 20, 2004
   *(omitted from March, 2004 summary)

## Elderly Services Officer

The Elderly Services Officer continues to work regularly with the Senior Center regarding abuse/neglect of senior citizens. Her efforts are appreciated by the elderly community and makes an impact of their quality of life. She continues to follow up on criminal incidents where elderly victims are targeted.

## Miscellaneous Activities

Officer Wells conducted five bank verification and security programs with local banks before leaving the section. Officer Thompson was trained and has picked up this additional duty until a replacement for Officer Wells is announced. All bank verification information is up-to-date and current These programs are on-going and provide safety awareness programs for employees of these organizations. They also allow banks and the department to maintain current employee roster and verification numbers needed by patrol officers when they respond to bank hold-up alarms.

Section officers conducted foot patrols at various times and dates within the mall this month. They respond to calls for service inside White Oaks Mall and respond to calls for service in the immediate area surrounding the mall, in support of patrols officers on the street.

## Other

All Crime Prevention Personnel received and signed for three new or amended General Orders on April 14th.



**SPRINGFIELD POLICE DEPARTMENT**

**Inter-Departmental Memorandum**

TO:     Deputy Chief Robert Williams     <u>Professional Standards</u>  Division

FROM:   Sergeant Kevin Keen           <u>Crime Prevention</u>    Section

DATE:    04/01/04

SUBJECT:  March, 2004 Summary

**Programs**

The Crime Prevention Section conducted twelve community-oriented programs this month. The program topics that were presented included Senior Citizen Personal Safety, Child Safety Programs, an Employee Safety Program for the workers at Capitol Community Health Care, a Home Security Program for the employees at "SBC", Bank Security and Verification Procedures, Neighborhood Watch, Police Station Tours and four Beat Cop Segment Tapings. A special "Escape School" was held at Skateland South on March 18th in response to an increased number of attempted abductions near area schools. Bisch Funeral Homes co-sponsored this special event, targeting young women and children, who are at a higher risk of becoming victimized by this type of crime.

Requests for new Neighborhood Watch Programs remain steady. Officer Thompson continues to work directly with NPO's in all beats, presenting this program to citizens upon request. There are currently 20 active programs in the city. Beats 200 & 300 are the only beats in the city that do not currently have an active program. Over 1,800 residence's are actively participating in Neighborhood Watch. This number is anticipated to increase as the summer months approach. A break-down of specific dates and neighborhoods is provided within this report.

No change to the Fleet Watch program. Attempts to find a permanent primary sponsor are on-going.

Crime Prevention personnel adjusted hours or days off to accommodate four special or citizen program requests this month.

**Weekend Details**
1. Recruiting event, UIS - March 20th

**Schedule Adjustment Details**
1. Recruiting event, Harris Stowe University - St. Louis, MO. - March 23rd.
2. Bunn Park Neighborhood Association, Neighborhood Watch Program - March 11th
3. "Escape School", Skateland south - March 18th.

### Beat Cop
Four Beat Cop segments were recorded this month and are scheduled to air in April.
1. City Park safety (Hike & Bike) - Chief Jerry Stark
2. Gun Violence - Officer Brenda Thompson
3. New Neighborhood Watch - Officer Brenda Thompson
4. Motorcycle Awareness - Officer Troy Parrish

### Neighborhood Watch Programs
A memorandum was forwarded to Lieutenant Greg Williamson, listing all current and active Neighborhood Watch Programs, including location, subdivision, and number of residences in each area. This spread sheet will be up-dated and provided as new programs and information is gathered. Officer Thompson is working directly with all interested NPO's displaying a desire to initiate new programs in their assigned beats. Officer Thompson presented a special Neighborhood watch program for retirees at the Department of Transportation on March 17th..

### NPO Program Assistance
NPO's continue to assist with Neighborhood Association Meetings and Neighborhood Watch Meetings. NPO Ron Howard and Officer Brenda Thompson worked together to present a program for the Bunn Park Neighborhood Association on March 11th.

### Recruiting
Officer Homeier participated in two recruiting activities in March. (Working new applicant list)
1. March 24 - Harris Stowe College, St. Louis, MO. with Mr. James Johnson (NAACP)
2. March 26 - UIS College Fair (UIS, LLCC, Robert Morris College & SCI), w/J. Johnson (NAACP)

### Elderly Services Officer
The Elderly Services Officer continues to work regularly with the Senior Center regarding abuse/neglect of senior citizens. Her efforts are appreciated by the elderly community and makes an impact of their quality of life.  Officer Holman also participated in the "Daily Bread" program, distributing meals to elderly shut-ins for the Senior Center. She continues to follow up on criminal incidents where elderly victims are targeted.

### Miscellaneous Activities
Officer Wells conducted five bank verification and security programs with local banks. These programs are on-going and provide safety awareness programs for employees of these organizations. They also allow banks and the department to maintain current employee roster and verification numbers needed by patrol officers when they respond to bank hold-up alarms.

Section officers conducted twenty-six, (26) foot patrols at various times and dates within the mall this month. Walking patrols were increased after the shooting incident which took place inside the mall on Saturday, March 6th. They respond to calls for service inside White Oaks Mall and respond to calls for service in the immediate area surrounding the mall, in support of patrols officers on the street.

### Other
Interim CrimeStopper Coordinator Heidi Homeier, Judy Lucas and Assistant Brenda Thompson traveled to Moline, IL. to attend the Illinois State CrimeStopper Board meeting on Wednesday, March 10th. Interim coordinator Heidi Homeier participated in the St. Patricks Day Parade with CrimeStoppers on their float.