**E-FILED**
Friday, 16 September, 2005  11:21:55 AM
Clerk, U.S. District Court, ILCD

Calendar of Fire Department Recruiter Mark Dyment

January 1, 2004 – June 30, 2004

# January 05 – January 11

January 2004
S  M  T  W  T  F  S
            1  2  3
4  5  6  7  8  9  10
11 12 13 14 15 16 17
18 19 20 21 22 23 24
25 26 27 28 29 30 31

February 2004
S  M  T  W  T  F  S
1  2  3  4  5  6  7
8  9  10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28
29

## Monday, January 05
NFA homework-send to academy today

7:00am   9:00am JFS letters
9:00am  11:00am jfs ph 1 0344 (office)
11:00am   4:00pm JFS letters
4:00pm   6:00pm jfs ph 1 0339 (office)

## Tuesday, January 06

7:30am   9:30am jfs ph 1 0343 (office)
9:30am   5:00pm jfs letters and data (office)

## Wednesday, January 07

7:00am   5:00pm jfs paperwork (office)

## Thursday, January 08
Spence's birthday 1-8-91

7:00am   9:00am jfs stats
9:00am   9:30am parking ticket hearing (council chambers)
9:30am   3:30pm jfs calls and letters
3:30pm   5:00pm jfs 0311 ph 1  (office)

## Friday, January 09
Spence's birthday 1-8-91

7:30am  10:00am metro inv training (sfd shop)
10:00am 12:00pm recruitment e-mails (office)
12:30pm   3:30pm instructor I participants
3:30pm   4:30pm get syllabus from licc
4:30pm   6:30pm jfs ph 1 0342 (office)

## Saturday, January 10

## Sunday, January 11

# January 12 – January 18

January 2004
S M T W T F S
1 2 3
4 5 6 7 8 9 10
11 12 13 14 15 16 17
18 19 20 21 22 23 24
25 26 27 28 29 30 31

February 2004
S M T W T F S
1 2 3 4 5 6 7
8 9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28
29

## Monday, January 12
**vacation day 1**

1:00pm   1:30pm Allergy Shot (Clinic)

## Tuesday, January 13

7:00am   9:00am jfs 0343
9:00am 12:00pm recruitment we page data collection
1:00pm   3:30pm data collection for recruitment meeting
3:30pm   5:30pm recruitment meeting (Letitia's office)
5:30pm   7:30pm voices program recruitment (springfield high school commons)

## Wednesday, January 14

7:00am 10:00am arson training VRFI
10:00am 12:00pm monthly reports data
10:00am 12:00pm solei kitchen
1:00pm   3:30pm jfs preperation
3:30pm   5:30pm jfs 0328 ph 2 (st 1 meeting rm)
5:00pm   7:00pm Finance Committee Meeting (city council chambers)

## Thursday, January 15
**Solei's birthday**

8:00am 12:00pm arson training, paperwork, etc
1:00pm   2:30pm recruitment web page info
2:30pm   3:30pm letitia's party (her office)
3:30pm   4:30pm prepare for jfs meeting
4:30pm   6:30pm jfs 0337 ph 1 (office)

## Friday, January 16
**Payday**

7:00am   9:00am arson training switches
7:45am   9:45am risk watch meeting (SC building)
10:00am 12:00pm jfs ph 1 0322 (office)
12:30pm   3:00pm jfs training (office)
3:00pm   4:00pm jfs ph 2 0311 (office)
4:00pm   5:00pm jfs 0342 ph 2 (office)

## Saturday, January 17
**Mom's birthday 1-17-36**

## Sunday, January 18
**Mom's birthday 1-17-36**

# January 19 – January 25

| January 2004 | | | | | | | | February 2004 | | | | | | |
| S | M | T | W | T | F | S | | S | M | T | W | T | F | S |
|   |   |   |   | 1 | 2 | 3 | | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 | | 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 | | 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 | | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 | | 29 | | | | | | |

## Monday, January 19
### MLK Day-Holiday
7:00am 10:00am mlk breakfast (hilton)

## Tuesday, January 20
### on call metro
8:00am 10:00am vehicle worked on (sfd shop)
10:00am 12:30pm metro reports
1:00pm  4:30pm metro reports-witness statements
4:30pm  6:00pm jfs 0337 ph 1 (office)

## Wednesday, January 21
### on call metro
1:00pm 10:00pm ert training squad a (spd range)
6:15pm  8:15pm meeting for after school program (washington middle school)

## Thursday, January 22
### on call metro
1:00pm 10:00pm ert team training (spd range)

## Friday, January 23
### on call metro
8:00am 10:00am jfs reports (office)
10:00am 12:30pm metro 04-821  (25 ruth court)
1:00pm  2:00pm haircut
2:00pm  4:00pm jfs reports
4:00pm  6:00pm jfs 0326 ph 3 tour (station 1)

## Saturday, January 24
### on call metro
10:00am 11:30am metro call (525 mlk dr)
3:30pm  6:00pm metro call 04-854 (1909 s 2nd)

## Sunday, January 25
### on call metro

# January 26 - February 01

| January 2004 |
|---|
| S M T W T F S |
| 1 2 3 |
| 4 5 6 7 8 9 10 |
| 11 12 13 14 15 16 17 |
| 18 19 20 21 22 23 24 |
| 25 26 27 28 29 30 31 |

| February 2004 |
|---|
| S M T W T F S |
| 1 2 3 4 5 6 7 |
| 8 9 10 11 12 13 14 |
| 15 16 17 18 19 20 21 |
| 22 23 24 25 26 27 28 |
| 29 |

**Monday, January 26**

on call metro
rdo

**Tuesday, January 27**

on call metro

7:00am   10:30am firehouse software training (office)
10:30am   4:00pm metro reports (office)
4:00pm   6:00pm jfs 0401 ph 1 (office)

**Wednesday, January 28**

7:00am   8:00am jfs 2.2 0343 (office)
8:00am   4:30pm metro reports (office)
4:30pm   6:00pm jfs 0342 ph 2 (office)
6:15pm   8:15pm after school program meeting (washington middle school)

**Thursday, January 29**

7:00am   5:00pm metro reports (office)

**Friday, January 30**

Payday

9:00am   11:00am recruitment meeting (city attorney's conference room)
11:00am   5:00pm metro reports (office)

**Saturday, January 31**

Vickie's birthday 1-31-56

**Sunday, February 01**

Vickie's birthday 1-31-56

# February 02 – February 08

| February 2004 | | | | | | |
|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | | | | | | |

| March 2004 | | | | | | |
|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S |
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 | | | |

**Monday, February 02**
National Fire Academy-Discovering the Road to High Risk Audiences (NFA-E

**Tuesday, February 03**
National Fire Academy-Discovering the Road to High Risk Audiences (NFA-E

**Wednesday, February 04**
National Fire Academy-Discovering the Road to High Risk Audiences (NFA-E

**Thursday, February 05**
National Fire Academy-Discovering the Road to High Risk Audiences (NFA-E

**Friday, February 06**
National Fire Academy-Discovering the Road to High Risk Audiences (NFA-E

**Saturday, February 07**
National Fire Academy-Discovering the Road to High Risk Audiences (NFA-E

**Sunday, February 08**
National Fire Academy-Discovering the Road to High Risk Audiences (NFA-E

# February 09 - February 15

February 2004
S M T W T F S
1 2 3 4 5 6 7
8 9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28
29

March 2004
S M T W T F S
1 2 3 4 5 6
7 8 9 10 11 12 13
14 15 16 17 18 19 20
21 22 23 24 25 26 27
28 29 30 31

**Monday, February 09**
National Fire Academy-Discovering the Road to High Risk Audiences (NFA-E

**Thursday, February 12**
Lincoln's Birthday-holiday
National Fire Academy-Discovering the Road to High Risk Audiences (NFA-E
Mom & dad's anniversary 2-12-55
1:00pm   1:30pm Allergy Shot (Clinic)

**Tuesday, February 10**
National Fire Academy-Discovering the Road to High Risk Audiences (NFA-E

**Friday, February 13**
Mom & dad's anniversary 2-12-55
National Fire Academy-Discovering the Road to High Risk Audiences (NFA-E
Payday

**Wednesday, February 11**
National Fire Academy-Discovering the Road to High Risk Audiences (NFA-E

**Saturday, February 14**

**Sunday, February 15**

# February 16 – February 22

February 2004
S  M  T  W  T  F  S
1  2  3  4  5  6  7
8  9  10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28
29

March 2004
S  M  T  W  T  F  S
1  2  3  4  5  6
7  8  9  10 11 12 13
14 15 16 17 18 19 20
21 22 23 24 25 26 27
28 29 30 31

## Monday, February 16

8:00am  5:00pm paperwork, phone calls, etc (office)
5:30pm  8:00pm Children's Safety Village Meeting (Crawford, Murphy & Tilly)

## Thursday, February 19

8:00am 10:00am prepare for web page recruitment (office)
10:00am 12:00pm meeting with tara davlin recruitment web page (office)
12:00pm  5:00pm ert training (spd)

## Tuesday, February 17

8:00am  5:00pm set up appts, phone calls, etc (office)
4:30pm  8:00pm capital city llcc center professional learning career day
5:00pm  7:00pm jfs 0340 ph 1 (office)

## Friday, February 20

8:00am  5:00pm web page design

## Wednesday, February 18

rdo

## Saturday, February 21

## Sunday, February 22

# February 23 – February 29

February 2004
S M T W T F S
1 2 3 4 5 6 7
8 9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28
29

March 2004
S M T W T F S
1 2 3 4 5 6
7 8 9 10 11 12 13
14 15 16 17 18 19 20
21 22 23 24 25 26 27
28 29 30 31

## Monday, February 23

8:00am  5:00pm web page

## Thursday, February 26

9:00am  2:00pm recruitment-llcc high school students (llcc-workforce development)

6:00pm  8:00pm ISAT Roundup Peggy Cormany 525-3257 (SSHS smoke det and fire safety display/fire plan/smoke alarms)

## Tuesday, February 24

9:00am  2:00pm recruitment-llcc high school students (llcc-workforce development)

3:30pm  5:00pm psa's april child abuse meeting (my office-melissa remolina 522-6377)

4:30pm  6:00pm jfs ph 1 0403 (office)

## Friday, February 27

Payday
rdo adj from 2/24/04

## Wednesday, February 25

9:00am  2:00pm recruitment-llcc high school students (llcc-workforce development)

2:00pm  5:00pm jfs phone calls

6:00pm  8:00pm discover scuba (adt)

## Saturday, February 28

## Sunday, February 29

# March 01 –
# March 07

March 2004
S M T W T F S
1 2 3 4 5 6
7 8 9 10 11 12 13
14 15 16 17 18 19 20
21 22 23 24 25 26 27
28 29 30 31

April 2004
S M T W T F S
1 2 3
4 5 6 7 8 9 10
11 12 13 14 15 16 17
18 19 20 21 22 23 24
25 26 27 28 29 30

**Monday, March 01**

rdo

**Tuesday, March 02**

rdo adj from 1/8/04

**Wednesday, March 03**

rdo adj from 2/6/04

**Thursday, March 04**

rdo adj from 2/12/04

**Friday, March 05**

at NFA on holiday-lincoln's b-day so taking an adj day off per chief simpson

**Saturday, March 06**

**Sunday, March 07**

# March 08 - March 14

| March 2004 | April 2004 |
|---|---|
| S M T W T F S | S M T W T F S |
| 1 2 3 4 5 6 | 1 2 3 |
| 7 8 9 10 11 12 13 | 4 5 6 7 8 9 10 |
| 14 15 16 17 18 19 20 | 11 12 13 14 15 16 17 |
| 21 22 23 24 25 26 27 | 18 19 20 21 22 23 24 |
| 28 29 30 31 | 25 26 27 28 29 30 |

**Monday, March 08**
rdo adj from 1/14/04

**Thursday, March 11**
vacation day 3

**Tuesday, March 09**
rdo adj from 1/20/04

**Friday, March 12**
Payday
rdo
1:00pm   1:30pm Allergy Shot (Clinic)

**Wednesday, March 10**
vacation day 2

**Saturday, March 13**

**Sunday, March 14**

# March 15 - March 21

March 2004
S  M  T  W  T  F  S
1  2  3  4  5  6
7  8  9 10 11 12 13
14 15 16 17 18 19 20
21 22 23 24 25 26 27
28 29 30 31

April 2004
S  M  T  W  T  F  S
1  2  3
4  5  6  7  8  9 10
11 12 13 14 15 16 17
18 19 20 21 22 23 24
25 26 27 28 29 30

## Monday, March 15

| | |
|---|---|
| 8:00am  3:00pm | paperwork and phone calls |
| 3:30pm  5:00pm | psa child abuse (uis) |
| 5:30pm  8:00pm | Children's safety village meeting (crawford, murphy, tilly) |

## Thursday, March 18

rdo

| | |
|---|---|
| 5:00pm  7:00pm | jfs ph 1 0404 (1617 w capitol) |

## Tuesday, March 16

| | |
|---|---|
| 8:00am  9:30am | e-mails |
| 9:30am 10:30am | firehouse tavern inspection |
| 10:30am 5:00pm | web page |
| 5:33pm  8:40pm | metro call  (1617 west capitol) |

## Friday, March 19

| | |
|---|---|
| 7:30am  8:30am | metro report |
| 8:30am 10:00am | psa uis  (station 5) |
| 10:00am 11:00am | delivered smoke detector batteries |
| 11:00am  1:00pm | jfs paaerwork |
| 1:00pm  3:30pm | metro report |
| 3:30pm  5:00pm | recruitment Manuel Alvarez 638-8676  (office) |
| 9:36pm 12:00am | metro call out (1028 s 11th) |

## Wednesday, March 17

| | |
|---|---|
| 8:00am  3:30pm | metro call report and follow-up |
| 3:30pm  5:30pm | metro call 04-2769 (st johns rm 852) |

## Saturday, March 20

| | |
|---|---|
| 12:00am 12:35am | metro call out (1028 s 11th) |
| 8:00am  1:00pm | AAUW-Young Women of Springfield (public affairs center UIS heather and myself approved) |
| 4:53pm  6:27pm | metro call (1300 e stanford) |

## Sunday, March 21