E-FILED
Friday, 16 September, 2005  11:23:18 AM
Clerk, U.S. District Court, ILCD

# March 22 – March 28

March 2004 / April 2004

## Monday, March 22
- 4:00am 10:30am ert call out (1724 e stuart)
- 1:00pm  5:00pm jfs paperwork

## Tuesday, March 23
- 8:00am  2:00pm metro reports/jfs calls and paperwork
- 2:00pm  5:00pm remembering when- senior citizens (Brendon gardens industrial park south)

## Wednesday, March 24
- 1:00pm 10:00pm ert training squad a (spd academy)

## Thursday, March 25
- 8:00am  9:00am take harley to halls
- 9:00am 10:00am pick up outlines for class (llcc)
- 10:00am 12:00pm funeral todd and lances father
- 1:00pm 10:00pm ert training team day (spd academy)

## Friday, March 26 — Payday
- 8:00am  2:00pm recruitment-springfield collegiate career fair (u of I at spfld)
- 3:00pm  5:00pm recruitment phone calls

## Saturday, March 27
- 10:00am 11:00am camp care a lot dedication (corner of 7th and monroe)

## Sunday, March 28

# March 29 - April 04

|  | March 2004 | April 2004 |
|---|---|---|
|  | S M T W T F S | S M T W T F S |
|  | 1 2 3 4 5 6 | 1 2 3 |
|  | 7 8 9 10 11 12 13 | 4 5 6 7 8 9 10 |
|  | 14 15 16 17 18 19 20 | 11 12 13 14 15 16 17 |
|  | 21 22 23 24 25 26 27 | 18 19 20 21 22 23 24 |
|  | 28 29 30 31 | 25 26 27 28 29 30 |

### Monday, March 29
**rdo adjustment**

### Thursday, April 01
7:30am  9:00am new computer training (office)
9:00am  3:30pm fire safety education (wanless school)
3:30pm  5:00pm jfs phone calls

### Tuesday, March 30
7:00am 12:00pm decon training
9:00am  3:00pm job shadow pleasant plains Joey Hosteny-Casey Schull Tom Gillespie (station 1)
4:30pm  6:00pm jfs ph 1 (office)

### Friday, April 02
**rdo adjustment**
7:00pm 11:00pm metro call (east ash lot 30)
11:30pm 12:00am metro call (garage fire ally 17th st)

### Wednesday, March 31
**Vickies Birthday (3-31-56)**
9:00am  3:30pm FIRE SAFETY EDUCATION (wanless school)

### Saturday, April 03
12:00am  1:00am metro call (garage fire ally 17th st)

### Sunday, April 04

# April 05 - April 11

| April 2004 | May 2004 |
|---|---|
| S M T W T F S | S M T W T F S |
|         1  2  3 |                     1 |
|  4  5  6  7  8  9 10 |  2  3  4  5  6  7  8 |
| 11 12 13 14 15 16 17 |  9 10 11 12 13 14 15 |
| 18 19 20 21 22 23 24 | 16 17 18 19 20 21 22 |
| 25 26 27 28 29 30    | 23 24 25 26 27 28 29 |
|                      | 30 31 |

### Monday, April 05
- 7:00am  4:30pm  jfs paperwork and set up of appts
- 4:30pm  6:30pm  metro call-juveniles involved (2118 s mlk dr)

### Tuesday, April 06
- 7:00am  9:00am  decon tent set-up (st 10)
- 9:00am  2:30pm  jfs data and calls
- 2:45pm  6:35pm  metro call (1818 s 13th)
- 5:30pm  9:00pm  ert call out (1905 e cedar)

### Wednesday, April 07
- 7:00am  9:00am  decon tent set-up (st 10)
- 10:00am 12:00pm JFS PH 2.3 0321 (OFFICE)
- 2:00pm  3:30pm  decon tent take down (st 10)

### Thursday, April 08
rdo adj

### Friday, April 09
good friday-holiday
Payday

### Saturday, April 10
- 8:00am 12:00pm llcc ff II (st 2)

### Sunday, April 11

---

Dyment, Mark                    15                    12/28/2004

# April 12 - April 18

April 2004 / May 2004

## Monday, April 12
- 9:00am 11:00am jfs Donald Shull-talk with teachers (Pleasant Hill)
- 11:00am 1:00pm jfs Jean Meyers-talk with teachers (Owen Marsh Elementary)
- 1:00pm 1:30pm Allergy Shot (Clinic)
- 1:30pm 4:00pm jfs phone calls
- 4:00pm 6:00pm jfs ph 1 0406 (219 dURKIN dRIVE APT 3)

## Tuesday, April 13
Austin's birthday 4-13-95
- 9:00am 2:30pm job shadowing 3 persons (my office)
- 2:30pm 5:00pm recruitment meeting set up web page

## Wednesday, April 14
Austin's birthday 4-13-95
- 7:30am 9:00am jfs phone calls to dcfs, childrens advocacy, children's center
- 9:00am 11:00am recruitment meeting (frank martinez' office)
- 1:00pm 5:00pm metro jfs follow up (2112 Monument Drive)
- 5:30pm 8:00pm llcc advisory meeting (heritage house)

## Thursday, April 15
vacation day 5

## Friday, April 16
rdo
- 7:30am 10:00am risk watch meeting (sheriff's department)

## Saturday, April 17

## Sunday, April 18
- 10:00am 2:00pm minority recruitment (2525 taylor ave abundant faith christian church)

# April 19 - April 25

April 2004 / May 2004

## Monday, April 19
- 7:00am  9:00am  jfs follow ups (office)
- 9:00am  3:00pm  jfs track downs (streets)
- 3:30pm  5:00pm  JFS PH 2.2 0311 (office)
- 4:00pm  5:30pm  fire safety education (feithchens-edison 1101 s 15th)
- 5:30pm  8:00pm  children's safety village meeting (crawford, murphy, tilly)
- 5:30pm  7:30pm  jfs call out (1017 Marco Ln apt D)

## Tuesday, April 20
- 7:00am  9:00am  jfs paperwork
- 9:00am  3:00pm  jfs track downs
- 3:00pm  5:00pm  jfs paperwork (office)

## Wednesday, April 21
- 8:00am  11:30am  jfs follow up
- 11:30am  1:30pm  jfs ph 3 0321 (st 1-pick up at pleasant hill)
- 1:30pm  2:30pm  jfs involved in metro 1029 n 10th

## Thursday, April 22
rdo

## Friday, April 23
Payday
- 8:00am  10:00am  jfs search
- 10:00am  12:00pm  risk watch storage unit (storage unit)
- 1:00pm  3:00pm  jfs training
- 3:00pm  5:00pm  jfs search

## Saturday, April 24
- 9:00am  11:00am  jfs ph 1 0410

## Sunday, April 25

# April 26 – May 02

April 2004 / May 2004

## Monday, April 26
- 8:00am  5:00pm  jfs follow ups
- 9:00am  10:00am  take boat to Springfield Marina

## Tuesday, April 27
- 7:00am  10:00am  illiopolis critique training
- 1:00pm  3:00pm  haz mat planning for mayor davlin
- 3:00pm  5:00pm  hazmat meeting with mayor

## Wednesday, April 28
rdo

## Thursday, April 29
- 7:30am  2:00pm  career day (pleasant plains hs)

## Friday, April 30
Lori's birthday 4-30-58
- 3:30pm  5:00pm  jfs 0311 ph 2.2 (office)

## Saturday, May 01
Lori's birthday 4-30-58
- 7:30am  1:30pm  recruitment-the greater springfield job fair (crown plaza hotel)

## Sunday, May 02

# May 03 - May 09

May 2004
S M T W T F S
                    1
2  3  4  5  6  7  8
9 10 11 12 13 14 15
16 17 18 19 20 21 22
23 24 25 26 27 28 29
30 31

June 2004
S M T W T F S
         1  2  3  4  5
6  7  8  9 10 11 12
13 14 15 16 17 18 19
20 21 22 23 24 25 26
27 28 29 30

## Monday, May 03
- 9:00am 11:00am jfs 0311 visit teachers (school)
- 1:00pm  4:00pm illiopolis critique (quanset hut)
- 4:00pm  6:00pm jfs ph 1 0411 (office)

## Tuesday, May 04
metro on call
Dads birthday 5-4-31
- 11:00am 2:00pm job shadowing Darius Moore (office)

## Wednesday, May 05
Dads birthday 5-4-31
metro on call
vacation day 4 (fishing trip lake clinton)

## Thursday, May 06
metro on call
rdo adj

## Friday, May 07
metro on call
Payday
- 4:46am 9:00am metro call out (1120 E enos)
- 9:00am 12:00pm evidence to crime lab and photos developed
- 12:00pm 4:00pm fire safety education (chatham middle school)

## Saturday, May 08
metro on call

## Sunday, May 09
metro on call

# May 10 - May 16

| May 2004 | June 2004 |
|---|---|
| S M T W T F S | S M T W T F S |
|           1 |       1  2  3  4  5 |
|  2  3  4  5  6  7  8 |  6  7  8  9 10 11 12 |
|  9 10 11 12 13 14 15 | 13 14 15 16 17 18 19 |
| 16 17 18 19 20 21 22 | 20 21 22 23 24 25 26 |
| 23 24 25 26 27 28 29 | 27 28 29 30 |
| 30 31 | |

### Monday, May 10
metro on call
rdo

### Tuesday, May 11
7:00am  4:30pm  metro reports
10:00am 11:00am deliver evidence to state crime lab
11:00am 12:00pm inspection (applebees dirksen pkwy)
4:30pm  6:00pm  metro call out (128 s paul)

### Wednesday, May 12
7:00am  5:00pm  metro reports
1:00pm  1:30pm  Allergy Shot (Clinic)
5:30pm  7:00pm  career fair (lanphier hs commons)

### Thursday, May 13
11:00am 2:00pm firefighter memorial
2:00pm  5:00pm fire reports

### Friday, May 14
10:00am 2:00pm fire
2:00pm  6:00pm risk watch door prizes

### Saturday, May 15

### Sunday, May 16

# May 17 - May 23

|  | May 2004 | June 2004 |
|---|---|---|
|  | S M T W T F S | S M T W T F S |
|  | 1 | 1 2 3 4 5 |
|  | 2 3 4 5 6 7 8 | 6 7 8 9 10 11 12 |
|  | 9 10 11 12 13 14 15 | 13 14 15 16 17 18 19 |
|  | 16 17 18 19 20 21 22 | 20 21 22 23 24 25 26 |
|  | 23 24 25 26 27 28 29 | 27 28 29 30 |
|  | 30 31 | |

**Monday, May 17**
- 8:00am 12:00pm recruitment call backs
- 1:00pm 5:00pm fire report
- 5:30pm 8:00pm children's safety village meeting (crawford murphy tilly)

**Tuesday, May 18**
- 8:00am 12:00pm recruitment calls
- 1:00pm 5:00pm metro reports

**Wednesday, May 19**
- 8:00am 10:00am metro reports
- 10:00am 12:00pm recruitment meeting (human resources with DeFraties)
- 1:00pm 5:00pm metro reports

**Thursday, May 20**
- 8:00am 12:00pm recruitment calls
- 12:00pm 2:00pm recruiting

**Friday, May 21**
Payday
Solei's friend's wedding (out of town)

**Saturday, May 22**

**Sunday, May 23**
Amy's birthday 5-23-75

# May 24 – May 30

| May 2004 | June 2004 |
|---|---|
| S M T W T F S | S M T W T F S |
| 1 | 1 2 3 4 5 |
| 2 3 4 5 6 7 8 | 6 7 8 9 10 11 12 |
| 9 10 11 12 13 14 15 | 13 14 15 16 17 18 19 |
| 16 17 18 19 20 21 22 | 20 21 22 23 24 25 26 |
| 23 24 25 26 27 28 29 | 27 28 29 30 |
| 30 31 | |

**Monday, May 24**
Amy's birthday 5-23-75
- 8:00am 9:00am returning calls
- 9:00am 10:00am prepare for meeting
- 10:00am 12:00pm recruitment meeting (my office)

**Tuesday, May 25**
- 7:00am 9:00am training
- 9:00am 12:00pm web page design
- 12:00pm 5:00pm pictures for web page

**Wednesday, May 26**
- 10:00am 12:00pm recruitment meeting (frank's office)*

**Thursday, May 27**
- 8:00am 12:00pm recruitment at 183rd ANG

**Friday, May 28**
rdo adjustment

**Saturday, May 29**

**Sunday, May 30**

# May 31 – June 06

May 2004
S M T W T F S
			1
2 3 4 5 6 7 8
9 10 11 12 13 14 15
16 17 18 19 20 21 22
23 24 25 26 27 28 29
30 31

June 2004
S M T W T F S
		1 2 3 4 5
6 7 8 9 10 11 12
13 14 15 16 17 18 19
20 21 22 23 24 25 26
27 28 29 30

**Monday, May 31**
Memorial Day-holiday

**Tuesday, June 01**
9:00am 11:00am recruitment meeting (frank's office)

**Wednesday, June 02**
rdo

**Thursday, June 03**
10:00am 11:00am Ruth Combites (panara bread)

**Friday, June 04**
Payday
8:00am 5:00pm emti class (st e)

**Saturday, June 05**

**Sunday, June 06**

# June 07 - June 13

|  | June 2004 | July 2004 |
|---|---|---|
|  | S M T W T F S | S M T W T F S |
|  | 1 2 3 4 5 | 1 2 3 |
|  | 6 7 8 9 10 11 12 | 4 5 6 7 8 9 10 |
|  | 13 14 15 16 17 18 19 | 11 12 13 14 15 16 17 |
|  | 20 21 22 23 24 25 26 | 18 19 20 21 22 23 24 |
|  | 27 28 29 30 | 25 26 27 28 29 30 31 |

**Monday, June 07**
8:00am  5:00pm emti class (st e)

**Tuesday, June 08**
8:00am  5:00pm web page info gathering
11:00am  1:00pm freddie (st 1)

**Wednesday, June 09**
8:00am  1:00pm meeting with Tara Davlin about web page (office)
9:15am  10:45am chiropractic

**Thursday, June 10**
rdo adj

**Friday, June 11**
vacation day 5

**Saturday, June 12**
10:30am  1:30pm recruitment-Image picnic (lincoln park)
1:00pm  1:30pm Allergy Shot (Clinic)

**Sunday, June 13**

# June 14 – June 20

|  | June 2004 | July 2004 |
|---|---|---|
|  | S M T W T F S | S M T W T F S |
|  | 1 2 3 4 5 | 1 2 3 |
|  | 6 7 8 9 10 11 12 | 4 5 6 7 8 9 10 |
|  | 13 14 15 16 17 18 19 | 11 12 13 14 15 16 17 |
|  | 20 21 22 23 24 25 26 | 18 19 20 21 22 23 24 |
|  | 27 28 29 30 | 25 26 27 28 29 30 31 |

### Monday, June 14
rdo

### Tuesday, June 15
8:00am–10:00am recruitment testing procedures
10:00am–12:00pm web page meeting with Tara (office)
1:00pm–5:00pm recruitment testing preperation

### Wednesday, June 16
7:00am–9:00am recruitment announcement prep
9:00am–11:00am recruitment meeting (chief Bartnicks office)
11:00am–1:00pm recruitment announcement to media (mayors office)
1:00pm–5:00pm recruitment packets and posters

### Thursday, June 17
7:30am–9:30am recruitment fair scheduling
9:30am–11:30am recruitment calls to churches in the ministerial alliance
11:30am–1:00pm read and reply to e-mails
1:00pm–2:00pm schedule recruitment team members and rigs for Juneteenth
2:00pm–5:00pm recruitment calls to area colleges athletic directors

### Friday, June 18
Payday

### Saturday, June 19

### Sunday, June 20

# June 21 - June 27

|  | June 2004 | July 2004 |
|---|---|---|

## Monday, June 21
### personal day
- 2:00pm  4:00pm Illinois Times Interview with Dusty Rhodes (my house)
- 5:30pm  8:00pm children's safety village meeting (crawford murphy tilly)

## Tuesday, June 22
### metro on call
- 7:00am  9:00am recruitment on radio wfmb (s 4th)
- 9:00am  5:00pm recruitment posters

## Wednesday, June 23
### metro on call
- 8:00am  9:30am e-mails and phone calls
- 9:30am  11:30am posters
- 11:30am  1:30pm emails and calls
- 1:30pm  5:00pm posters

## Thursday, June 24
### metro on call
- 8:00am  9:00am possible fire follow up
- 9:00am  11:00am meeting with james johnson naacp
- 12:30pm  3:20pm recruitment posters
- 3:20pm  5:52pm metro call (945 s 1st)

## Friday, June 25
### metro on call
### rdo
- 12:56am  3:42am metro call out (205 s livingston)

## Saturday, June 26
### metro on call

## Sunday, June 27
### metro on call
- 9:55am  1:03pm metro call out (1812 post oak court)
- 4:35pm  8:47pm metro call out (2901 s 13th)

# June 28 - July 04

|  | June 2004 | July 2004 |
|---|---|---|
|  | S M T W T F S | S M T W T F S |
|  | 1 2 3 4 5 | 1 2 3 |
|  | 6 7 8 9 10 11 12 | 4 5 6 7 8 9 10 |
|  | 13 14 15 16 17 18 19 | 11 12 13 14 15 16 17 |
|  | 20 21 22 23 24 25 26 | 18 19 20 21 22 23 24 |
|  | 27 28 29 30 | 25 26 27 28 29 30 31 |

**Monday, June 28**
metro on call
- 8:00am 10:19am recruitment posters
- 10:19am 1:36pm metro call (2919 s macarthur)
- 1:36pm 2:30pm delivered evidence (state police crime lab)
- 2:30pm 4:00pm shop for oil change and radio removal (shop)
- 4:00pm 5:00pm recruitment posters

**Tuesday, June 29**
- 8:00am 10:00am metro follow up with insurance investigator (2919 s macarthur)
- 10:00am 5:00pm arson reports

**Wednesday, June 30**
- 7:00am 9:00am paperwork and phone calls
- 9:00am 11:30am recruitment meeting
- 11:30am 2:00pm physical agility meeting
- 2:00pm 5:00pm recruitment posters

**Thursday, July 01**
- 8:00am 12:00pm recruitment posters
- 12:00pm 1:30pm recruitment brochure to naacp
- 1:30pm 5:00pm arson reports

**Friday, July 02**
Payday
rdo adjustment

**Saturday, July 03**

**Sunday, July 04**
Nicole's birthday 7-4-91