E-FILED
Friday, 16 September, 2005  02:59:50 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| THE SPRINGFIELD BRANCH, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, et. al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SPRINGFIELD, ILLINOIS, et. al.<br><br>Defendant, and<br><br>POLICE BENEVOLENT AND PROTECTIVE ASSOCIATION, UNIT NO. 5 and INTERNATIONAL ASSOCIATION OF FIREFIGHTERS, LOCAL 37,<br><br>Third Party Defendants. | No. 00-3136 |

### MOTION FOR SUBSTITUTION OF COUNSEL

**NOW COMES** the Defendant, **CITY OF SPRINGFIELD,** moves this Court to allow Bradley B. Wilson to withdraw and be relieved as counsel of record in this matter. This motion is made on the grounds that the **CITY OF SPRINGFIELD** and Bradley B. Wilson have agreed to discontinue their attorney-client relationship. Jenifer L. Johnson, Corporation Counsel for the City of Springfield, and Frank Martinez, Assistant Corporation Counsel for the City of Springfield, have agreed to continue representing the Defendant in this action.

**WHEREFORE,** the Defendant respectfully prays for leave to file the Entry of Appearance attached hereto instanter.

                                                  Respectfully submitted,
                                                  **CITY OF SPRINGFIELD, ILLINOIS**


                                                  By: s/ Frank Martinez


Frank Martinez
Attorney for Defendant
Room 313, Municipal Center East
800 East Monroe Street
Springfield, IL 62701-1680
Telephone:   (217) 789-2393
Fax number: (217) 789-2397

**CERTIFICATE OF SERVICE**

        I hereby certify that on September 16, 2005, I electronically filed Motion For Substitution of Counsel using the CM/ECF system, which will send notification of such filing to the following:

David L. Rose
Rose & Rose
1320 19th Street, N.W., Suite 601
Washington, D.C. 20036

A. Courtney Cox
Hart & Hart
P.O. Box 937
Benton, Illinois 62812-0937

Donald M. Craven
Attorney for IAFF, Local #37
1005 North 7th Street
Springfield, Illinois 62702

Ronald J. Stone
Attorney for PB&PA, Unit #5
725 South 4th Street
Springfield, Illinois 62703

Bradley B. Wilson
Gates, Wise & Schlosser, P.C.
1231 South Eighth Street
Springfield, Illinois 62703

        **s/ Frank Martinez**
        Bar Number 6225562
        Attorney for Defendant
        City of Springfield
        Assistant Corporation Counsel
        Room 313 Municipal Center East
        800 East Monroe Street
        Springfield, Illinois 62701-1689
        Telephone:  (217) 789-2393
        Fax:            (217) 789-2397
        Email:         corporationcounsel@cwlp.com