E-FILED
Friday, 16 September, 2005  03:00:23 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| THE SPRINGFIELD BRANCH, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, et. al., | ) ) ) ) |
| Plaintiffs, | ) ) No. 00-3136 |
| v. | ) ) |
| CITY OF SPRINGFIELD, ILLINOIS, et. al. | ) ) |
| Defendant, and | ) ) |
| POLICE BENEVOLENT AND PROTECTIVE ASSOCIATION, UNIT NO. 5 and INTERNATIONAL ASSOCIATION OF FIREFIGHTERS, LOCAL 37, | ) ) ) ) ) |
| Third Party Defendants. | ) |

## ENTRY OF APPEARANCE

**NOW COMES,** Jenifer L. Johnson, Corporation Counsel and enters her appearance on behalf of Defendant, **CITY OF SPRINGFIELD, ILLINOIS**.

By: s/ Jenifer L. Johnson
Corporation Counsel

**Jenifer L. Johnson
Corporation Counsel
Frank Martinez
Assistant Corporation Counsel
Room 313, Municipal Center East
800 East Monroe Street
Springfield, Illinois 62701
Telephone: (217) 789-2393
Fax Number: (217) 789-2397**