IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

|  |  |
|---|---|
| THE SPRINGFIELD BRANCH, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, et al. ) ) ) ) | ) |
| Plaintiffs, | ) Civil Action No.00-3136 |
| v. | ) |
| THE CITY OF SPRINGFIELD, ILLINOIS et al. | ) ) ) |
| Defendants. | ) ) |

PLAINTIFFS' MOTION FOR LEAVE TO FILE A REPLY TO THE RESPONSE
OF DEFENDANT CITY TO PLAINTIFFS' MOTION TO ENFORCE
THE CONSENT DECREE

Plaintiffs, by their attorney, seek leave to file a Reply to the Plaintiffs' Motion to Enforce the Consent Decree.  The City's Response assumes (incorrectly) that the current motion is one seeking a citation for contempt of court and raises questions about plaintiffs' standing to enforce the provisions of the Consent Decree, despite the provisions of paragraphs 5, and 20 of the Decree itself, and it asserts without factual foundation that plaintiffs did not attempt to resolve the dispute between the parties, and accused the plaintiffs not conferring in good faith.  Yet the plaintiffs sent at least five letters to the Defendant City and met with their attorneys and other personnel at their office in Springfield on Aug. 24, 2005. See Response at 1-5, In addition, the city hired on Sept. 12, 2005, an additional 15 firefighters; a fact that was not available to plaintiffs when it filed this motion on Sept. 1, 2005.

For the reasons set forth above, plaintiffs request that this Court grant leave to file the Reply Memorandum submitted herewith.

                Respectfully submitted,

                /s/ David L. Rose

                David L. Rose
                Rose & Rose, P. C.
                1320 19th St., N.W., Suite 601
                Washington, DC 20036

October 3, 2005