IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| THE SPRINGFIELD BRANCH, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, et. al., | )<br>)<br>) |
| Plaintiffs, | ) No. 00-3136<br>)<br>) |
| v. | )<br>) |
| CITY OF SPRINGFIELD, ILLINOIS, et. al. | )<br>) |
| Defendant, and | )<br>) |
| POLICE BENEVOLENT AND PROTECTIVE ASSOCIATION, UNIT NO. 5 and INTERNATIONAL ASSOCIATION OF FIREFIGHTERS, LOCAL 37, | )<br>)<br>)<br>) |
| Third Party Defendants. | )<br>) |

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 5, 2005, I electronically filed the foregoing Certificate of Service indicating that the Defendant's Response to Request for Production from Plaintiffs Johnson and Holder was served upon the Plaintiffs with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: David Rose, A. Courtney Cox, Ronald Stone and Donald Craven.

                                          **s/ Frank Martinez**
                                          Bar Number 6225562
                                          Attorney for Defendant
                                          City of Springfield
                                          Assistant Corporation Counsel
                                          Room 313 Municipal Center East
                                          800 East Monroe Street
                                          Springfield, Illinois 62701-1689
                                          Telephone:  (217) 789-2393
                                          Fax:            (217) 789-2397
                                          Email:         corporationcounsel@cwlp.com