3:00-cv-03136-RM-CHE    # 103-2    Page 1 of 1

FORM B9A (Chapter 7 Individual or Joint Debtor No Asset Case) (12/03)

E-FILED
Monday, 17 October, 2005 04:19:28 PM
Clerk, U.S. District Court, ILCD
Case Number 05-75346

# UNITED STATES BANKRUPTCY COURT
## Central District of Illinois

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 9/27/05.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations.

**Debtor(s) (name(s) and address):**
Tara O. Holder
2315 S 8th St
Springfield, IL 62703

| Case Number: 05-75346 | Social Security/Taxpayer ID Nos.: 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 |
|---|---|
| **Attorney for Debtor(s) (name and address):**<br>John S Narmont<br>209 Bruns Ln<br>Springfield, IL 62702<br>Telephone number: (217) 787-4130 | **Bankruptcy Trustee (name and address):**<br>John L Swartz<br>1 W Old State Capitol Plz #600<br>POB 2117<br>Springfield, IL 62705<br>Telephone number: 217-525-1571 |

### Meeting of Creditors:

**Date:** November 21, 2005  **Time:** 10:45 AM
**Location:** US Courthouse, Room 332, Courtroom V, 600 E Monroe St, Springfield, IL 62701

***DEBTOR IDENTIFICATION REQUIRED AT §341 MEETING.*** All debtors must bring two forms of identification: (1) a government issued photo I.D. (e.g. driver's license, passport); and (2) proof of debtor's social security number. A driver's license does NOT qualify as proof of social security number. Cellular telephones are strictly prohibited and cannot be brought inside the building.

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Complaint Objecting to Discharge of the Debtor *or* to Determine Dischargeability of Certain Debts: 1/20/06**

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:
The filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

| **Address of the Bankruptcy Clerk's Office:**<br>226 US Courthouse<br>600 E Monroe Street<br>Springfield, IL 62701 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Hardin W. Hawes |
|---|---|
| Date: 9/27/05 | |

EXHIBIT #1

038046