# ROSE & ROSE
*A Professional Corporation*
1320 19th Street, N.W.
Suite 601
Washington, D.C. 20036
Telephone: (202) 331-8555
Fax: (202) 331-0996

David L. Rose
daver@roselawyers.com
(202) 331-8555

Joshua N. Rose
josh@roselawyers.com
(202) 331-8556

David M. Wachtel
davew@roselawyers.com
(202) 331-8557

Linda Y. Sroufe
linda@roselawyers.com
(202) 331-0363

April 10, 2003

<u>By Fax and First Class Mail</u>
Bradley B. Wilson
Gates, Wise & Schlosser
1231 South Eighth St.
Springfield, IL 6270 3

Re:   <u>Springfield Br., NAACP et al. v. City of Springfield, et al</u>
      C.D. IL, Civ. Action No. 00-3136
      Consent Decree Compliance - firefighter hiring

Dear Brad:

   As I mentioned to you in my message yesterday, we understand Springfield has announced the hiring of 21 white male firefighters, and that the lowest ranked applicant selected is ranked 41 or 42. My understanding is that the third candidate on the list of eligibles for firefighter is African-American and that there are at least one or two other African-Americans on the list who were passed over. Also, I understand those African-Americans who were passed over were not given a reason, either by the Fire Department or by the City's Civil Service Commission.

   This letter is written to seek confirmation or correction of the facts set forth above, and information about the City's reasons, if any, for bypassing each of the African-Americans on the list, plus reasons for passing over the other candidates. This request is made under the Consent Decree entered on Dec. 12, 2001, paragraphs 19 and 20. We would appreciate the Civil Service Commission indicating the race and gender of each person on the list of eligibles down to the last person who has been offered a position, as it has done in the past.



EXHIBIT #2

      I would appreciate receiving this information as soon as possible, or in any event on or before April 17. Please call me or write me if the City will not be able to do so.

      Thank you for your cooperation.

                              Sincerely,

                              David L. Rose
                              Attorney for the NAACP

cc:    Carl Madison

3:00-cv-03136-RM-CHE    # 103-3    Page 2 of 6

# ROSE & ROSE
*A Professional Corporation*
1320 19th Street, N.W.
Suite 601
Washington, D.C. 20036
Telephone: (202) 331-8555
Fax: (202) 331-0996

**David L. Rose**
daver@roselawyers.com
(202) 331-8555

**Joshua N. Rose**
josh@roselawyers.com
(202) 331-8556

**David M. Wachtel**
davew@roselawyers.com
(202) 331-8557

**Linda Y. Sroufe**
linda@roselawyers.com
(202) 331-0363

April 16, 2003

By Fax and First Class Mail
Bradley B. Wilson
Gates, Wise & Schlosser
1231 South Eighth St.
Springfield, IL 62703

Re: Springfield Br., NAACP et al. v. City of Springfield, et al
C.D. IL, Civ. Action No. 00-3136
Consent Decree Compliance - firefighter hiring

Dear Brad:

Thank you for the information you sent me by letter of April 11, 2003..

I have sent a form by fax both to Wilbur Day and to Lakeshia Fox, the two African-American firefighter candidates. They both indicated that they would sign the form and bring it to your office.

Once they do so, please provide to each of them a copy of any documents containing background or psychological information pertaining to each, and send me a copy of the documents by FedEx.

Thanks for your prompt attention to this matter.

Sincerely,

David L. Rose
Attorney for the NAACP

cc: Carl Madison

# GATES, WISE & SCHLOSSER, P.C.
Attorneys at Law
1231 South Eighth Street
Springfield, Illinois 62703

Gordon W. Gates
D. Peter Wise
Frederick J. Schlosser
Bradley B. Wilson
Todd M. Goebel

Phone 217.522.9010
Facsimile 217.522.9020
E-Mail: Brad@gwspc.com

April 18, 2003

David R. Rose
Rose & Rose
1320 19th Street, N.W.
Suite 601
Washington, D.C. 20036

*Via Fax No.: 202-331-0996*

Re: Springfield Br., NAACP et al. v. City of Springfield, et al.
C.C. IL, Civ. Action No. 00-3136

Dear Dave:

    I wanted to give you an update regarding the City's disclosure of the information you have requested. Wilbur Day did not bring in his release until this morning which has resulted in a minor delay in preparing the information sought by your client. Since receiving Mr. Day's release, I have sent a request to the City to prepare the background and psychological reports for the firefighter candidates most recently considered for hire by the Springfield Civil Service Commission. However, as today is a City holiday, I do not expect to receive this information until next Monday at the earliest.

    The City's Office of Corporation Counsel has some concerns about disclosing the confidential background and psychological information for those individuals not party to this action. In order to allay the City's concerns and to expedite the disclosure of the requested information, it is my suggestion that the City submit redacted reports for all candidates except Ms. Fox and Mr. Day. It is anticipated that the redacted reports would delete any reference to the names of the individual candidates, but would retain such information as is necessary for you to determine each candidate's race, gender and "hiring" status, i.e., whether or not the candidate was approved for hire or rejected by the Civil Service Commission. I believe that these redacted reports would allow you to make an analysis regarding any potential discriminatory impact of the hiring process and therefore would satisfy the City's obligations under Paragraph 24 of the Consent Decree. Additionally, it would also address the City's concerns and protect the privacy interests of the candidates at issue.

Please advise if this suggestion does not meet with your approval.

Very truly yours,

Bradley B. Wilson

BBW:ajp

# GATES, WISE & SCHLOSSER, P.C.
Attorneys at Law
1231 South Eighth Street
Springfield, Illinois 62703

Gordon W. Gates
D. Peter Wise
Frederick J. Schlosser
Bradley B. Wilson
Todd M. Goebel

Phone 217.522.9010
Facsimile 217.522.9020
E-Mail: Brad@gwspc.com

April 23, 2003
**VIA FEDERAL EXPRESS**

David R. Rose
Rose & Rose
1320 19th Street, N.W.
Suite 601
Washington, D.C. 20036

Re: Springfield Br., NAACP et al. v. City of Springfield, et al.
C.C. IL, Civ. Action No. 00-3136

Dear Dave:

In order to allow you to begin your analyses of the City's hiring practices, I am sending you those psychological and background reports which have been redacted. The City should be finished redacting the remaining reports by tomorrow. I will Federal Express the rest when they are finished.

Very truly yours,

Bradley B. Wilson

BBW:ajp
Enclosures