E-FILED
Tuesday, 18 October, 2005, 03:06:58 PM
Clerk, U.S. District Court, ILCD



Photographs by Shannon Guthrie/The State Journal-Register

**Springfield police officer Eric Ederding instructs Eric Kendrick, 9, on how to do a traffic stop Tuesday during the Junior Police Academy.**

# POLICEacademy

## *Camp teaches children about work of officers*

**By JASON PISCIA**
STAFF WRITER

Spencer Jackson, 13, has some advice if police pull over the car you are in: "Keep cool."

It was one of several lessons the teen picked up Tuesday during a traffic-stop seminar that was part of the Junior Police Academy, offered this month by the Springfield Police Department and Springfield Housing Authority.

About 40 children, mainly minorities and mostly from low-income neighborhoods, are attending the one-week camp at the Springfield Police Academy on Color Plant Road. Another 40 already are signed up to go through the academy next week.

Officials hope the program will plant seeds that will lead the kids to look into a law enforcement career down the road.

"I truly hope they get an idea of what a policeman does and that we're not bad people," said Bob Shipman, the SHA's security chief and a retired city police lieutenant.

"The Junior Police Academy is a great way to introduce kids to the field of law enforcement and a positive step in the recruitment of minority officers for the future," Police Chief Don Kliment said.

Modeled roughly after programs elsewhere in the country, the Springfield curriculum covers



**Springfield police Sgt. Brian Bertoni helps Terry Harper, 12, make a call on police radio during a mock traffic stop.**

### Citizens Police Academy

Sign-up for the Springfield Police Department's Citizens Police Academy — a weekly program geared toward adults that teaches the ins and outs of police work — is under way.

The program begins Sept. 2 and will run from 6 to 9 p.m. each Thursday through Nov. 4.

People interested in attending can call the Springfield Police Academy at 788-8415.

an array of topics over the five days, including lessons on police history, health issues, crime-scene processing and report writing.

There also will be demonstrations by the police dog unit, the bomb squad and field trips to the

See **POLICE** on page 9

# POLICE
■ From page 8

Police Officers Memorial at the Capitol and the county jail. There's even a bowling outing planned for one afternoon.

Tuesday morning's lesson focused on traffic stops. Children were taken to a field at the academy where an old pickup truck and police car were parked. Springfield police officers allowed children to sit in the front seats of each vehicle. The participants were walked through the steps of a traffic stop. The "officer" even got to use a real police radio to call in the license plate number to a mock dispatcher.

Codes on the back of some campers' ID tags indicated the kind of problem the driver had.

While Terry Harper, 12, sat in the truck's front seat, he learned his ID said he was "wanted" for an outstanding arrest warrant. So he got the full treatment of being asked to get out of the vehicle and walk to the rear to be handcuffed.

"It was fun," Harper said after his wrists were unlocked. "But I'm never going to be a wanted person."

Using golf carts, children also got the chance to participate in moving traffic stops. Throughout the process, officers Mark Johnson and Eric Eberding stressed the importance of both the officer and driver remaining calm and respectful.

It was a message Jackson took to heart.

"Normally when I see the cops when I'm in a car that gets pulled over, I get intimidated," he said. "But if you just keep cool, it will make it a lot easier."

Renee Rhodes, 10, said she has thought about being a police officer "her whole life." After seeing the precautions officers must take to protect themselves from harm even on a traffic stop, she also realizes it's a dangerous job.

But the tiny girl has a grown-up response to the risk.

"If I die, I die in the duty and honor," she said.

The Junior Police Academy is being funded through the U.S. Department of Justice. The program is free to the children.

*Jason Piscia can be reached at 788-1525 or jason.piscia@sj-r.com.*

and Smith to

# OUR OPINION

## Junior Police Academy an excellent idea

**WE'VE HAD** little good news to report of late concerning diversity in the Springfield Police Department.

The small group of black officers who do remain on the force are suing the department, alleging racism and discrimination against minorities. The Renatta Frazier case, a former black female officer who alleged racial discrimination and other mistreatment, saw the city settle her lawsuit for more than $800,000.

Through attrition, and with few minorities in the pipeline to add to the department, the already dismal 3.8 percent ratio of black officers (10 out of 262) on the force could continue to drop.

**WE REALIZE** it is going to take a lot of effort and a lot of time to turn this bad situation around. But we were encouraged this past week by the Springfield Police Department's decision, in conjunction with the Springfield Housing Authority, to hold a Junior Police Academy for mostly minority, mostly low-income children. It was an idea long overdue.

About 40 youngsters went through the Junior Police Academy last week, and 40 more will attend this coming week. It might be "only" 80 children, but it's hard to overemphasize the importance of such a program.

Police work is not for everyone. But in Springfield it has not been considered a career choice by a disproportionate number of black residents. Springfield has a black population of more than 15 percent, yet fewer than 4 percent of its police officers are black. That's not a healthy situation.

A Junior Police Academy will not provide overnight results. Other efforts must also be made. But this sort of outreach is extremely important in the long run.

**TEN-YEAR-OLD** Renee Rhodes says she has thought about being a police officer "her whole life." The Junior Police Academy demonstrated to Rhodes that the job can be dangerous. Her response, as stated in reporter Jason Piscia's recent article:

"If I die, I die in the duty and honor," said Rhodes.

Quite a sentiment for a 10-year-old. If only she continues to feel that way for about 10 more years.

The Junior Police Academy makes so much sense that we are a bit surprised it hasn't been done before. Deputy Police Chief Jim Burton said summer sports camps have been run in the past by Springfield officers, "but we haven't really had anything like this before."

Burton credited officers Mark Johnson and Eric Eberding for organizing the academies, which are financed through the U.S. Department of Justice. Johnson and Eberding serve as school resource officers during the academic year at Douglas School, the Springfield School District's facility for students with serious discipline problems. Fortunately, they had the energy to continue dealing with kids over the summer.

**THE ACADEMY** gave a bunch of kids something to do for a week in the summer, but more importantly it let those kids see that there's a person inside those police officer uniforms — and it showed them they have a very important job to do.

If just a couple of these young people who got to visit the jail, use real police radios and make "traffic stops" using golf carts open their eyes to the idea that maybe being a police officer isn't such a bad idea, then this program can be considered a wild success.

Federal money or no federal money, the Junior Police Academy should be held every summer.