IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

|   |   |
|---|---|
| THE SPRINGFIELD BRANCH, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, et al.<br><br>     Plaintiffs,<br>v.<br><br>THE CITY OF SPRINGFIELD, ILLINOIS et al.<br>     Defendants. | Civil Action No. 00-3136 |

**PLAINTIFFS' AMENDED MOTION TO ENFORCE CONSENT DECREE**

Plaintiffs, by their attorney, hereby move to enforce the Consent Decree by declaring unlawful and enjoining the City's recent conduct in 1) requiring each applicant for employment and each employee who wishes to see the City's reports of its background examination about him or her to execute an Agreement and Release form that if valid would the applicant employee from enforcing the rights conferred by Title VII of the Civil rights Act of 1964, as amended, and by the Illinois Freedom of Information Act, and their rights under the Consent Decree; and 2); and by ruling, after opportunity for discovery, that the City's recent conduct under the Decree has violated both the substantive and procedural provisions of the Decree.

This motion is based upon the Consent Decree, executed by the plaintiffs and the Defendant City and entered by the court on September 5, 2001, the evidence contained in the record to date, including the evidence produced in response to plaintiffs' motion for enforcement of the Decree filed on or bout September 1, 2005, and such further evidence as the parties may submit and the court may receive.

Plaintiffs submit herewith their Memorandum of Points and Authorities, and a statement of undisputed facts, and facts which plaintiffs believe are likely to be disputed.

Plaintiffs request that the Court enter an Order of the kind submitted herewith, that proposes a briefing and hearing schedule on its motion.

                              Respectfully submitted,

                              /s/ David L. Rose

                              David L. Rose
                              1320 19th Street, NW
                              Suite 601
                              Washington, DC 20036
                              (202) 331-8555
                              Attorney for the Plaintiffs.

December 5, 2005