IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| THE SPRINGFIELD BRANCH, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, et al.<br><br>          Plaintiffs,<br>v.<br><br>THE CITY OF SPRINGFIELD, ILLINOIS et al.<br>          Defendants. | Civil Action No.00-3136 |

ORDER GRANTING PLAINTIFFS' MOTION AND AMENDED
MOTION TO ENFORCE THE CONSENT DECREE

This matter having come before the Court on the plaintiffs' Motion to Enforce the Consent Decree of Sept. 5, 2001 and the Amended Motion to Enforce filed on December 5, 2005, and the Court having received the evidence and arguments of the parties, and being fully informed:

IT IS DECLARED that the plaintiffs as parties to this case have a right under paras. 15, 24 and 25 of the Decree to seek enforcement of the Decree by filing a motion of this kind after reasonable attempts to reach agreement under para. 24 have been unsuccessful; and

IT IS ORDERED THAT the plaintiffs' Amended Motion to Enforce is Granted, and the Defendant City shall within ten days of the entry of this Order make available to the plaintiffs the background reports concerning applicants Newman and Bailey, with the understanding that the plaintiffs shall be free to share each of them with the applicant who is the subject of the report in order to determine the accuracy or inaccuracy of any information contained therein, and

IT IS FURTHER ORDERED that for so long as this Court continues to have jurisdiction

over this case pursuant to the Consent Decree, the Defendant Springfield shall not require applicants for employment as a firefighter or police officer who have been or will be denied employment for reasons pertaining to the City's report of its background investigation of that applicant, as a condition of obtaining information about the reasons for such denial, to sign a "Discharge ...and Release of All Claims..." form of the kind used by the Defendant City, in 2005 or any other kind of release of their rights to file charges or complaints under Title VII of the Civil Rights Act or other laws prohibiting discrimination on grounds of race, sex, religion, national origin or age, in order to have the that report made available to them and their attorneys; AND

IT IS FURTHER ORDERED that the parties shall confer within fifteen days of the date of the disclosure of the background information to plaintiffs, to determine if they can agree upon what action, if any, the City should take with respect to the employment applicants Newman and Bailey and other black applicants for firefighter or police officer positions who may have been disqualified for reasons contained in background reports about them; and what information is available to show whether the disqualification was based upon a "job related" reason "consistent with business necessity" as set forth in para. 15 of the Consent Decree; and whether and how such information should be presented to the Court.  After that conference the parties should, within ten days of the conference, submit a joint report or two separate reports if necessary, and if one or both parties  believe additional evidence should be submitted to the Court to resolve their differences on the rights of parties under the Decree, how when and how such evidence should be submitted to the Court.

IT IS FURTHER ORDERED THAT this matter is set for an evidentiary hearing on _____ \_\_\_, 2006, to resolve any disputed issues or fact or law between the plaintiffs and the Defendant City as to whether the City has been or is in violation of its obligations under the Consent Decree entered by this Court on Sept. 5, 2001.

IT IS FURTHER ORDERED that if Plaintiffs' Motion and Amended to Enforce the Consent Decree dated September 5 and December 5, 2005 is granted, the plaintiffs shall within thirty days of the date of the final Order granting relief under that motion submit a petition for fees and expenses arising from the City's actions giving rise to this Motion; and the City shall have twenty days thereafter within which to file a response.

_____
UNITED STATES DISTRICT JUDGE

Done this \_\_\_ day of \_\_\_\_\_, 2006