E-FILED
Monday, 05 December, 2005  03:07:56 PM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| THE SPRINGFIELD BRANCH, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, et al, | ) ) ) ) |
| Plaintiffs, | ) |
| v. | ) CASE NO.  00-3136 |
| CITY OF SPRINGFIELD, ILLINOIS, et al | ) ) |
| Defendant, and | ) ) |
| POLICE BENEVOLENT AND PROTECTIVE ASSOCIATION, UNIT NO. 5 and INTERNATIONAL ASSOCIATION OF FIREFIGHTERS, LOCAL 37, | ) ) ) ) ) |
| Third-Party Defendants. | ) |

### AMENDED MOTION OF PLAINTIFFS JAMES E. JOHNSON AND TARA HOLDER TO ENFORCE CONSENT DECREE AND FOR RULE TO SHOW CAUSE

Now come Plaintiffs, James E. Johnson and Tara Holder (formerly known as Tara Borders), by their attorneys, Hart & Hart, and for their Amended Motion to Enforce Consent Decree and for Rule to Show Cause, state:

1. On September 5, 2001, this Court entered a Consent Decree based upon an agreement among the parties.

2. Paragraph 25 of the Consent Decree provides that "the Court shall retain jurisdiction over this action to enforce this Consent Decree, and to hear and resolve any motions to enforce or modify the Decree or seeking supplemental relief, to the extent such motions are otherwise permitted herein".

1

3. The Defendant City of Springfield Illinois ("City") is not in compliance with the terms and conditions of the Consent Decree, despite the fact the former Chief of Staff to Mayor Timothy Davlin advised Mayor Davlin of the need to comply with the Consent Decree.

4. Plaintiffs' counsel, David L. Rose, has previously conferred in good faith with counsel for the City regarding lack of compliance by the City, but the City is still not in compliance with the terms and conditions of the Consent Decree.

5. The City has failed to provide the several of the reports required by paragraph 21 of the Consent Decree to Plaintiffs in a timely manner.

6. The City has failed to take the necessary steps to hire black firefighters and police officers in adequate numbers as required by paragraphs 10 and 11 of the Consent Decree.

7. Since the entry of the Consent Decree, the City has violated paragraph 9 of the Consent Decree by engaging in employment practices which unlawfully discriminate against African-Americans for recruitment, hiring or other terms or conditions of employment of firefighters and police officers.

8. Submitted herewith, is Plaintiffs' Memorandum in support of this Motion.

WHEREFORE, Plaintiffs, James E. Johnson and Tara Holder, respectfully request the following relief:

A. That the Court conduct a hearing regarding the issue of whether the City is in compliance with the terms of the Consent Decree;

B. That the parties be permitted to engage in discovery prior to such hearing [See, *Thomason v. Russell Corp.,* 132 F.3d 632, 633 (11th Cir. 1998),

parties permitted to engage in discovery prior to hearing on motion to enforce consent decree];

      C. That the City be required and compelled by the Court to comply with the terms of the Consent Decree;

      D. That the Court enter an Order requiring the City to show cause why it should not be held in contempt or otherwise sanctioned for failing to comply with the terms of the Consent Decree;

      E. That the Consent Decree be extended beyond the ten (10) year period established by paragraph 23 of the Consent Decree;

      F. That the Court award Plaintiffs Johnson and Holder attorney fees and costs incurred in connection herewith;

      G. For such other and further relief as the Court deems just and appropriate.

                                  HART & HART
                                  Attorneys for Plaintiffs
                                  Johnson and Holder

                          BY:  s/A. COURTNEY COX

A. COURTNEY COX
Illinois Bar #06182590
HART & HART
Attorneys  at Law
P. O. Box 937
Benton, IL 62812-0937
Telephone: 618-435-2962
Telefax: 618-435-2962
Email: courtc@harthart.com

**PROOF OF SERVICE**

The undersigned hereby certifies that copy of the foregoing will be sent to the following attorneys through the ECF System on December 5, 2005.

Jenifer Johnson
Corporation Counsel
City of Springfield
Room 100, Municipal Center West
300 South Seventh Street
Springfield, Illinois 62701-1680

Donald M. Craven
Attorney for IAF Local #37
1005 North 7th Street
Springfield, IL 62702

Ronald J. Stone
Attorney for PB&PA Unit #5
725 South 4th St.
Springfield, IL 62703

David L. Rose
Rose & Rose
1320 19th Street, N.W., Suite 601
Washington, D.C. 20036

S/A. COURTNEY COX