**EXHIBIT 2**

1

```
 1      IN THE UNITED STATES DISTRICT COURT
        FOR THE CENTRAL DISTRICT OF ILLINOIS
 2

 3   RICKEY B. DAVIS,    )
     et al,              )
 4                       )
       Plaintiffs,       )
 5                       )No. 03-3007
         Vs.             )
 6                       )
     JOHN W. HARRIS,     )
 7   et al,              )
                         )
 8                       )
       Defendants.       )
 9

10

11

12
     Deposition of TIMOTHY DAVLIN,
13   taken on behalf of Plaintiffs
     on August 23, 2005
14

15                  INDEX

16   A. COURTNEY COX           4/186
     JAMES A. LANG             171
17

18

19
     Kimberly A. Ganz, CSR, RPR, RMR, ERR
20        IL Lic.  #084-001691
            MO Lic. #721
21

22
            Miles Reporting Company
23      1339 North 17th St., Suite 102
          Belleville, IL  62226-6499
24


       HANAGAN REPORTING SERVICE   (618) 244-0216
```

2

```
 1         IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF ILLINOIS
 2

 3     RICKEY B. DAVIS,   )
       et al,             )
 4                        )
          Plaintiffs,     )
 5                        )No. 03-3007
            vs.           )
 6                        )
       JOHN W. HARRIS,    )
 7     et al,             )
                          )
 8        Defendants.     )

 9

10
       APPEARANCES:
11
       A. COURTNEY COX
12     HART & HART
       P. O. Box 937
13     Benton, IL  62812
           On behalf of the Plaintiffs;
14
       JAMES LANG
15     ASSISTANT CORPORATION COUNSEL
       CITY OF SPRINGFIELD
16     300 S. Seventh Street, Room 100
       Springfield, IL  62701
17         On behalf of the Defendants.

18     ALSO PRESENT:   Rickey Davis
                       Lea Joy
19                     Ralph Harris

20

21             IT IS HEREBY STIPULATED AND

22     AGREED by and between counsel for the

23     Plaintiffs and counsel for the

24     Defendants, that the deposition of
```

HANAGAN REPORTING SERVICE   (618) 244-0216

3

1    TIMOTHY DAVLIN may be taken pursuant to
2    the Federal Rules of Civil Procedure, by
3    and on behalf of the Plaintiffs, on
4    August 23, 2005, at City Hall, 800 E.
5    Monroe Street, Ste. 300, Springfield,
6    Illinois, before Kimberly A. Ganz, a
7    Certified Shorthand Reporter; that the
8    issuance of notice is waived and that
9    this deposition may be taken with the
10   same force and effect as if all Federal
11   Rules had been complied with.
12          IT IS FURTHER STIPULATED AND
13   AGREED that the signature of the deponent
14   is waived.
15
16
17
18
19
20
21
22
23
24

HANAGAN REPORTING SERVICE  (618) 244-021

42

1    bit about goals but it talks about more
2    than goals.  It talks about time tables
3    and, of course, we know it's been
4    14 years and the city is just not there
5    yet.  What is the time table?  Has it
6    been set?
7       A.   Well, I think when it says there
8    is a reasonable amount of time, I don't
9    think there is a particular number of
10   months or years.  Obviously 14 years is a
11   long time.
12      Q.   Well, this says that in addition
13   to setting the goal, that is the number
14   that you want to achieve, that each
15   department has to set a time table.  In
16   other words, it just can't be open-ended.
17   There has to be a time period that is
18   attainable that must be set and my
19   question is, has that been set by the
20   police department, that time table?
21      A.   I don't know if you're asking me
22   is the number of years set.  I don't know
23   if it's there.  Obviously with our
24   recruiting efforts and since 1979, I

43

1    think it's been a total failure for the
2    last 26 years.
3        Q.  Well, this has been in place since
4    1991 and my question is, has a time table
5    been set?  This requires that a time
6    table -- and the time table obviously is
7    the time within which the goal must be
8    met -- has that been set, if you know?
9        A.  I do not know that, sir.
10       Q.  All right.  You understand that
11   it's required --
12       A.  Yes, sir.
13       Q.  -- by the plan and you're
14   responsible for administering the plan
15   and seeing that it's done, you understand
16   that?
17       A.  Yes, sir.
18       Q.  And do you not know whether it's
19   been done?
20       A.  I don't know whether it's been
21   done within this plan, no, sir.
22       Q.  All right.  You think that would
23   be a good idea to find out what the time
24   table is?

47

 1    A.  To be in compliance with the
 2    decree means what my understanding was
 3    that we have to continue our efforts to
 4    increase those numbers.  I don't know if
 5    the number was given that they had to be
 6    increased by 32 individuals or so on.  It
 7    was the fact that we need to increase the
 8    number of minorities.
 9        Q.  My question, have the numbers
10    increased at all?
11        A.  I can find those numbers for you
12    if I can make a phone call to the Human
13    Resources.  I don't know the numbers if
14    they've increased or decreased.  I know
15    we have not achieved our goal.
16        Q.  How many black officers are on the
17    police department now as sworn officers?
18        A.  I cannot give you that exact
19    number, sir.
20        Q.  Do you know how many there were at
21    the time the consent decree was entered?
22        A.  No, sir, I do not know that
23    number.
24        Q.  Do you know what the requirements

48

1    of the consent decree are with respect to
2    reporting by the city to the NAACP?
3        A.  I have -- yes, I would say that
4    other than unless there is some
5    technicality that you're going to ask me
6    about, I know that it needs to be
7    reported and to the best of my knowledge,
8    the legal department is doing that.
9        Q.  How often is it to be reported?
10       A.  I thought it was semi annually but
11   if you told me it was annually, I would
12   agree with you there.  I believe it's
13   semi annually.
14       Q.  It is semi annually, you are
15   correct.
16       A.  Thank you.
17       Q.  And you know that that has been
18   complied with in a timely manner, the
19   filing of this report?
20       A.  To the best of my knowledge since
21   I've been here it has been so.
22       Q.  So, you believe semi annually
23   since you've been in office the city has
24   filed the reports required by the consent

HANAGAN REPORTING SERVICE   (618) 244-0216

49

1    decree in a timely manner, is that
2    correct?
3      A.  Yes, sir.
4      Q.  Okay.
5      A.  To the best of my knowledge.
6      Q.  Let me show you what is marked
7    Plaintiff's G24.  This is a letter from
8    Jennifer Johnson who is corporation
9    counsel for the city dated May 12, 2005,
10   to David Rose.  Mr. Rose is the attorney
11   for the NAACP and I direct your attention
12   to paragraph No. 1.  She says here, you
13   are correct, that the 2004 reports and
14   the February 2005 reports were not
15   provided.  In other words, according to
16   counsel for the city, at least three of
17   the reports during your term were not
18   filed in a timely manner.  Were you aware
19   of that?
20     A.  But now that you refresh my
21   memory, yes.  As I said, to the best of
22   my knowledge, the last time that I was
23   provided that information was just the
24   most recent one and now that you refresh

50

 1    my memory, but I would say that if
 2    Jennifer Johnson says that they were not,
 3    then I believe that she would have an
 4    accurate statement.
 5        Q.  All right.  So, in other words,
 6    what we are looking at here is, here is a
 7    consent decree which is not only an
 8    agreement of the city to abide by certain
 9    terms and conditions but it's an order of
10    a federal judge to do something, correct?
11        A.  To the best of my knowledge, sir,
12    yes.
13        Q.  And the city -- and would you
14    agree with me that the reporting is an
15    integral and important part of that
16    decree?
17        A.  I don't know how integral it is.
18    I don't understand that.  I would have to
19    ask the attorneys that.
20        Q.  Well, would you believe it to be
21    an important thing if the court has
22    ordered it?
23        A.  Yes, sir.
24        Q.  And it's something the city should

HANAGAN REPORTING SERVICE   (618) 244-0216

                                                                 51

 1   do?
 2       A.  Yes, sir.
 3       Q.  Correct?
 4       A.  If it's ordered by a judge, yes,
 5   sir.
 6       Q.  And as the Mayor of the city, it's
 7   your responsibility to make sure that the
 8   city is complying with orders of the
 9   Court, isn't that correct?
10       A.  Yes, sir.
11       Q.  But you didn't know that the
12   reports were not being filed?
13       A.  I didn't know it at the time until
14   it was brought to my attention.
15       Q.  I see.  Well, what steps have you
16   done as Mayor to be sure that the city is
17   complying with the consent decree?
18       A.  Do you want to get into recruiting
19   efforts at this time?
20       Q.  Well, I'd like to know what you've
21   done -- just generally tell me what
22   you've done to assure compliance.  We
23   know that you haven't ensured compliance
24   with the reporting.  What about the

54

1   a recruitment committee that has done a
2   number of different things, all I which
3   can be summarized by saying that -- I
4   would have to say since I've been here
5   and you've been previous that the numbers
6   have failed.  A number of positive steps
7   I think were taken still to no avail.
8       Q.  In other words, the recruitment
9   program that you implemented and maintain
10  for the past two years has just simply
11  not worked?
12      A.  Yes, sir.
13      Q.  All right.  And I understand that
14  recently you removed some members from
15  the police and fire recruitment
16  committee?
17      A.  Yes, sir.
18      Q.  Who were the members of the
19  committee just prior to the time of the
20  removal?
21      A.  Are you asking me the names of
22  each individual?
23      Q.  Yeah.
24      A.  I don't have that in front me,

                                                                123

1    the committee and I would for the most
2    part endorse whatever their
3    recommendations were.
4        Q.  So, in other words, they were
5    telling you about suggestions that have
6    been brought by others and you were
7    receiving that but you, yourself, did not
8    make any suggestions to the committee?
9        A.  Not to the committee as a whole.
10   If I did, it would have been through
11   there and I can't recall any specific
12   items other than to endorse or encourage
13   some of the suggestions that were made.
14       Q.  Well, I'm just wondering if you
15   thought of anything yourself that you
16   suggested either to the chairman or to
17   the committee?
18       A.  No, sir.  You know, I think we all
19   understand it wasn't anyone that is a
20   professional minority recruiter on that
21   committee and I think that's the reason
22   why it's taken the direction that it has
23   and I think it's time for some new
24   direction.