Davlin: Start over on hiring
E-FILED
Monday, 05 December, 2005 03:24:15 PM
Clerk, U.S. District Court, ILCD

# Davlin: Start over on hiring
## Mayor wants professional recruiter for minorities

By CHRIS WETTERICH
STAFF WRITER

*Published Friday, August 12, 2005*

Declaring Springfield's efforts at recruiting minorities for the police and fire departments a failure, Mayor Tim Davlin said Thursday the city will start over with a professional recruiter.

The move has been in the works since last week, when the mayor met with representatives from the Springfield chapter of the National Association for the Advancement of Colored People, including its president, Ken Page.

It also comes a day after the resignation of a black female police officer and amid questions over why the top black recruit for the Springfield Fire Department was removed from the city's hiring list.

Davlin also left open the possibility that he would mothball a city committee dedicated to improving the numbers, depending on the preferences of the professional recruiter. Davlin did pledge that any future meetings of the panel will be open to the public.

Meetings have been closed to the public, although Davlin said he did not order them to be closed.

"I want to readily admit that our efforts that started in 1979 have failed," Davlin said in a telephone interview Thursday. "I don't care who it is. I want someone to come in and solve our problem."

The NAACP and the city will develop criteria for the new recruiter, according to the city's news release.

In the release, Page said he is "happy that the NAACP is a full partner at the table and in every step of the process." Page did not return a telephone call seeking comment Thursday.

Davlin said he wants to work with the Springfield School District to hire a minority recruiter. Davlin said he does not know how much the city will have to spend on the position.

Davlin said it's possible the district and the city will be able to share the cost of a single recruiter, although he has not discussed that with school officials.

"District 186 has the exact same problem," Davlin said. "It just didn't make a lot of sense for us to go and reinvent the wheel. They're several months ahead of us. Maybe we don't go in with them jointly. Maybe we use their expertise."



EXHIBIT 3

http://www.sj-r.com/sections/news/printfile/63428.asp

8/12/2005

School officials will be interviewing several finalists for the district's recruitment post in the next several weeks. The person will be a full-time staff member, said school district spokeswoman Carol Votsmier, but the pay has not been established.

Out of about 1,000 teachers in the city public schools, 71 are members of minorities, she said.

"It's important that students see themselves reflected in the classroom," Votsmier said.

Davlin also endorsed former Mayor Karen Hasara's goal of having 15 percent of the police and fire departments be minorities, which is close to the city's minority population overall. The bulk of minority residents are black.

The percentage of minorities on the police force stood at 5 or 6 percent until Tuesday, when Officer Tara Holder, a black woman, resigned from the force for undisclosed reasons. There are now 11 black officers on the force. The most recent figures put the percentage of minorities in the fire department at 2.2 percent.

"I think it's a great goal. I think it's a tremendous goal," Davlin said. "Why not? That's the makeup of our community."

Davlin also continued with his plan to overhaul the minority recruitment committee, although he placed its future in limbo Thursday.

Baker Siddiquee, a University of Illinois at Springfield economics professor, is the latest person to be removed from the committee by Davlin. Last week, the mayor dismissed Springfield Police Lt. Rickey Davis and former Sgt. Ralph Harris from the panel. Both are black, and both also are plaintiffs in a racial discrimination suit against the city.

Davlin also has removed assistant city attorney Josh Carter as head of the panel. The mayor's incoming executive assistant, Jim Donelan, will replace Carter.

Siddiquee recently served as chairman of the mayor's Task Force on Race Relations. Davlin, at the recommendation of community relations director Sandy Robinson, has reorganized that panel and made it into a subcommittee of the community relations commission.

Davlin said members of the minority recruitment committee "have given their hearts and souls. But none of them have a degree in professional minority recruiting." He said he is not sure what the committee will do once a recruiter is hired.

"I want somebody to tell me that. I want a professional to tell me," Davlin said. The recruiter "may say he does not need a committee."

Meanwhile, wrangling continued over legal language for a release form that

would allow firefighting recruit Michael Newman to know the reasons he was removed from the city's hiring list.

Newman's attorney, Jon Gray Noll, and city attorney Jenifer Johnson are discussing what provisions should be included in the form.

Chris Wetterich can be reached at 788-1523 or chris.wetterich@sj-r.com.

Print Story | Close Window