**EXHIBIT 4**

```
 1              IN THE UNITED STATES DISTRICT COURT

 2             FOR THE CENTRAL DISTRICT OF ILLINOIS

 3                      SPRINGFIELD DIVISION

 4

 5   SARAH GRIPPER,

 6            Plaintiff,

 7      vs.                              No. 04-3215

 8   CITY OF SPRINGFIELD, ILLINOIS
     A Municipal Corporation,
 9
              Defendant.
10

11         THE DEPOSITION of LARRY SELINGER, taken in

12   the above-entitled case before Rhonda K. O'Neal,

13   CSR, RPR, a Notary Public of Sangamon County,

14   acting within and for the County of Sangamon,

15   State of Illinois, at 10:07 o'clock A.M., on

16   November 16, 2005, at 1005 North Seventh Street,

17   Springfield, Sangamon County, Illinois, pursuant

18   to notice.

19

20

21

22
             BALDWIN REPORTING & LEGAL-VISUAL SERVICES
23             SERVING ILLINOIS, INDIANA & MISSOURI
           24 hrs (217) 788-2835  Fax (217) 788-2838
24                      1-800-248-2835
```

1

```
 1    APPEARANCES:

 2        HART & HART, LAWYERS
          BY: A. Courtney Cox, Esq.
 3            602 West Public Square
              Benton, Illinois 62812-0937
 4            On behalf of Plaintiff.

 5        MR. JAMES LANG
              Assistant Corporation Counsel
 6            City of Springfield
              800 East Monroe Street
 7            Room 313 Municipal Center East
              Springfield, Illinois 62701-1689
 8            On behalf of Defendant.

 9    ALSO PRESENT:

10            Ms. Sarah Gripper

11

12

13

14

15

16

17

18

19

20

21

22

23

24
```

```
 1         Q    That's not what I asked you, whether it
 2    was discussed.  I asked you if that was the
 3    purpose of it.  If the minority recruitment
 4    committee was constituted and run for the purpose
 5    of recruiting throughout the city government?
 6         A    I would say yes.  Minority recruitment.
 7         Q    Okay.  Do you know whether Ralph and
 8    Rickey were removed from that committee?
 9         A    It's my understanding they were.
10         Q    Do you know why they were removed?
11         A    I can only guess.
12         Q    Do you know why?
13         A    No.  I can only guess.
14         Q    And did anybody tell you why they were
15    removed?
16         A    Nothing other than what I read in the
17    paper.
18         Q    Okay.  And do you know who they were
19    replaced by?
20         A    I don't know.  Have they been?  No.  I
21    can tell you no because I'm not sure who--.
22         Q    When's the last time you attended a
23    recruitment committee meeting?
24         A    Probably three months.
```

```
 1       Q    Do you know whether one's been held in
 2  the last three months?
 3       A    To the best of my knowledge, no.
 4       Q    Do you know who the chair of that
 5  committee is currently?
 6       A    No.
 7       Q    Do you know who are members of the
 8  committee currently?
 9       A    I don't know if there is a committee
10  currently.
11       Q    Okay.  So you think it's been disbanded?
12       A    There has not been a meeting called, and
13  we were meeting on a monthly basis.  There has not
14  been a meeting in the last three months.
15       Q    So would it be fair to say--
16       A    I think it's pending the, there's the
17  talk of hiring a recruiting coordinator, a new
18  recruiter.
19       Q    Did the City decide not to or the
20  committee or the mayor or the City or whoever
21  decide not to follow up on your suggestion about
22  contacting people like Tom McBride, coaches and
23  teachers, simply because of what Rickey said or I
24  mean--?
```