

## CITY OF SPRINGFIELD, ILLINOIS

### FRANK W. MCNEIL
ALDERMAN — WARD 2

August 24, 2005

Mr. Bradley J. Schlozman
Acting Assistant Attorney General
U. S. Department of Justice
Civil Rights Division
950 Pennsylvania Avenue N.W.
Washington, D.C. 20530

Dear Mr. Schlozman:

I am currently Alderman of Ward 2 with the City of Springfield, Illinois, where I have served for the past eighteen (18) years. However, to reach the point, Rudy Davenport, Bill Washington, Archie Lawrence, Howard Veal and myself filed suit against the city to change the form of government from Commission-At-Large to Mayor/Aldermanic. Needless to say, the city spent thousands of dollars to defend itself, but U.S. District Court Judge Harold Baker ruled in our favor changing the old form of government.

The purpose of this letter is to formally request that the Department of Justice institute a formal investigation into the hiring and promotional practices in the city's Police and Fire Departments. I believe there are widespread discriminatory practices occurring now and have been for many years.

Springfield has experienced a history of racial strife as far back as the 1908 Race Riot, which was the catalyst for the formation of the N.A.A.C.P. Following this riot, many policies and practices continued on a segregated basis for many years. African-American children were denied access to certain parks, movie theaters, city beaches, hotels and other public accommodations were segregated. Until the successful Voting Rights case was resolved, from 1908 until 1987 there were no African-American members of city government.

The history of Springfield city government is full of examples of racial disparity in hiring. In the Police and Fire Departments, currently the number of African-American Police Officers is eleven on a force of over 272 or about 4%. While the Fire Department has a work force of approximately 197, only three firefighters on this force are African-American or less than 2%.

EXHIBIT 6

ROOM 305 MUNICIPAL CENTER WEST • 300 S. SEVENTH STREET • SPRINGFIELD, ILLINOIS 62701-1625 • (217) 789-2151 • FAX (217) 789-2153

Unfortunately, Springfield has a long history of race related issues, which have resulted in legal actions to correct. In spite of the many legal actions for relief, Springfield's Police and Fire Departments have remained practically unchanged for the past 15 years. A brief recap of some of these actions include the following:

- 1979, the city was found by U.S. Office of Revenue Sharing to be in violation of Federal laws which require non-discrimination where revenue sharing funds are used. Funds were stopped to the city for a period of time as the result of a finding of discrimination against African-Americans in the Police Department.

- An Administrative Law Judge found the city guilty of discrimination against African-American members of the Police Department in 1982.

- In 2000, the city entered into a Consent Decree brought about by the N.A.A.C.P. for discriminatory practices in the Police and Fire Departments. The city has yet to fully comply with this decree.

- There are two current Federal lawsuits pending against the city for racial discrimination, which involves six African-American police officers and a former African-American city employee.

- Recently, Michael Newman, a firefighter recruit and one of the top applicants was disqualified by the Civil Service Commission. A request to take a second vote on all recruits was denied. This vote was especially harmful as there are only three African-American firefighters of 197. The Civil Service Commission continues to refuse to disclose their reason for Mr. Newman's disqualification.

- In 2004, the city paid out over $800,000.00 to Renatta Frazier, a former Police Officer who resigned under duress, but it was later discovered the allegations of poor performance were unjustified and management was aware of the discrepancy.

These are just a few examples of the long-standing problems we have and continue to experience here in Springfield. Without your direct involvement and intervention, I do not believe these issues can be resolved.

I await your prompt response to my request and look forward to discussing these issues with you in the future.

Respectfully,

Frank W. McNeil
Frank W. McNeil
Alderman-Ward 2