E-FILED
Monday, 05 December, 2005 03:35:00 PM
Clerk, U.S. District Court, ILCD

# City sacks two from minority hire panel
## Davis, Harris say recruiting ideas not considered

By CHRIS WETTERICH
STAFF WRITER

*Published Sunday, August 07, 2005*

Mayor Tim Davlin has removed a black police officer, Lt. Rickey Davis, and a black former officer, Ralph Harris - both of whom have sued the city for racial discrimination - from a city committee charged with increasing the number of minorities in the police and fire departments.

Harris denounced his and Davis' dismissals Friday, saying they were removed because the committee did not like their ideas for improving minority recruitment, which they felt went beyond the rudimentary tasks of visiting black churches and colleges.

Harris is president and Davis is vice president of the Black Guardians of America chapter in Springfield, a national black police officers group. Davis works in the police department's criminal investigations division.

As the reason for removing the two, city spokesman Ernie Slottag cited the minutes of the committee's June 30, 2004, meeting, during which Harris and Davis allegedly said they were unwilling to help with recruitment efforts because "they felt their credibility would be hurt in the black community if they could not tell the black community that the city was going to hire a specific number of African-Americans."

Harris denied that either he or Davis ever said they would not help in recruiting.

"We didn't say anything that comes close to that," Harris said. "We did mention that we could not go out and lie to people, that we have to let them know ... there are problems ... but we are working to resolve them.

"We would not be able to go out and hide that some of the negative things that are going on and when people ask you about them, tell a lie. That affects our credibility. Whoever did the minutes, they wrote it up whichever way they wanted."

Harris said the meetings are not open to the public, and the proceedings are not tape-recorded. The only records of what is said in the meetings are written notes.

He added that citing those minutes is "disingenuous," especially considering the alleged statement happened more than a year ago.

Harris said one of the suggestions he and Davis made was to open up the committee's meetings because the public might be able to offer valuable input.


EXHIBIT 7

http://www.sj-r.com/sections/news/printfile/62978.asp

8/8/2005

Davlin plans to appoint the city's budget director, Ken Crutcher, and

Assistant Police Chief Rob Williams, both of whom are black, to the committee.

In a letter to Davis and Harris dated Aug. 1, Davlin thanked them for their service to Springfield.

"However, while the committee has worked diligently over the past two years to improve the number of applicants ... our recent police and fire examinations did not see the hoped for number of minority candidates," Davlin wrote.

"It is time for the city to revamp its recruiting effort. I would like fresh insight from new members of the committee. I will be naming several new members ... in an effort to bring new ideas and energy to this important effort."

About 6 percent of Springfield's police officers are minorities, about the same percentage as five years ago, when then-Mayor Karen Hasara established of goal of a city police force that was 15 percent black by 2005.

Only about 5 percent of the applicants who took the last exam are black.

The city and National Association for the Advancement of Colored People are required by a consent decree stemming from a lawsuit the NAACP filed in 2000 to work together to recruit more minority applicants for the police and fire departments. The decree does not specify what methods should be used.

Harris, Davis and the Black Guardians group made several suggestions in early July, including:

- The city should come up with a detailed recruitment plan and projected deadline for increasing the number of minority members of the two departments.

- Public accountability for what the group considers an "apparent cover-up" in a case involving one of its former members, Renatta Frazier.

- City officials should agree to mediation of discrimination lawsuits filed by black officers and the city.

- The city and the recruitment committee should contact other police departments for guidance on issues such as low minority numbers and discrimination complaints.

The committee declined to adopt those suggestions, Harris said.

"I think that pretty much infuriated them that we were looking at some of

the negative things, and they didn't want to address or deal with them," Harris said. "Rather than do that, they decided to remove us from the committee. If the city is looking for yes people ... we're going to continue to have unsuccessful outcomes."

Asked if the city rejects those suggestions, Slottag said some of them are "still in the mix. Some of that will be addressed in the coming weeks as we revamp the recruitment committee."

The city has said repeatedly it will not negotiate a settlement in the black officers' lawsuit.

Asked if the lawsuit Harris and Davis are pursuing is a conflict of interest with their duties on the committee because they are seeking a financial settlement from the city, their attorney, Courtney Cox, said it is not. He noted that Harris and Davis were appointed to the committee well after they filed suit.

Davlin also has removed assistant city attorney Josh Carter as a member of the committee and replaced him with his new executive assistant, Jim Donelan. Cox had contended Carter's presence on the committee was a conflict of interest because the city attorney's office is fighting the officers' lawsuit.

Others who have attended the committee meetings include Police Chief Don Kliment, Fire Chief Bob Bartnick, city human resources director Larry Selinger, officer Kevin Barrington, city community relations director Sandy Robinson and firefighter James Johnson.

Harris said he and Davis would continue their work "with or without the city's cooperation."

"It's our community," Harris said. "We live in it. We are very much concerned about resolving this issue. We will continue to make suggestions and even criticisms to the city when we see they are doing things that are not in the best interests of recruiting African-American recruits."

Chris Wetterich can be reached at 788-1523 or chris.wetterich@sj-r.com.

Print Story | Close Window