E-FILED
Monday, 19 December, 2005  03:55:31 PM
Clerk, U.S. District Court, ILCD

## PROCEDURE FOR RECOMMENDING TERMINATION OF EMPLOYMENT

If, during the Field Training and Evaluation Process, it is concluded that a Probationary Officer should be recommended for termination, the Field Training Coordinator shall be notified immediately.  The Field Training Coordinator will gather all documentation relative to the eventual decision.  The Field Training Coordinator will prepare a report summarizing the Probationary Officer's performance, remedial training given and/or offered, and the Probationary Officer's response, or lack of response, to this remedial training.  The documentation shall reflect both the positive and negative aspects of the Probationary Officer's performance.  This information shall be held in strict confidence.

Although the Field Training Officer is encouraged to keep the Probationary Officer appraised of his level of performance, it is not the Field Training Officer's responsibility to inform the Probationary Officer of an impending termination.  The decision to recommend termination will be made only after all reports are reviewed by the Step Review Board chaired by the Deputy Chief of Operations.  The Deputy Chief of Operations, or his designee, is responsible for notifying the Probationary Officer of the intention to recommend his/her termination from the Department.

When the Chief of Police concurs with the recommendation for termination, he/she will notify the Probationary Officer.  Even though a Probationary Officer may elect to resign, rather than be terminated, all of the reports and evaluations shall be completed and maintained in his/her training file for future reference.

---------------SPRINGFIELD POLICE DEPARTMENT---------------
PROBATIONARY OFFICER MANUAL



EXHIBIT
#1

# ORGANIZATION AND MISSION OF BOARDS

**Step Review Board
Composition**

The first, second, and third boards are chaired by the Field Training Coordinator and are composed of:

1. The Field Training Officer
2. The Field Training Sergeant
3. The next assigned Field Training Officer

The fourth board will be chaired by the **Deputy Chief** of Operations and is composed of:

1. The Field Training Officer
2. The Field Training Sergeant
3. The next assigned Field Training Sergeant
4. The Field Training Coordinator

Mission of Boards

First, second, third, and fourth boards will review and discuss reports and evaluations pertaining to the Probationary Officer. The board may call upon any Department member who may have information that would be helpful.

Each of these boards will determine one of the following:

1. If the Probationary Officer is ready to move to the next Step;
2. If the Probationary Officer needs an extension of training; or
3. If the Probationary Officer is progressing satisfactorily for retention

The Probationary Officer will be advised of the board's recommendation immediately after its meeting. The findings of the board are to be documented on the Step Review Report.

The City of Springfield intends to implement the following changes to its recruiting program prior to the next entry level police and fire department examinations:

1) Recruitment Committee -- For over two years now, the City's recruitment committee has met regularly to discuss ideas for increasing the number of minority applicants for both police and fire. This committee has been organized by a member of the legal department and has included members from the police, fire, human resources and community relations departments as well as the NAACP, the Black Guardians and the Race Relations Task Force. This committee will continue, but significant changes will be made to its makeup.

First, the Mayor's Executive Assistant position will soon be filled, and the responsibility for overseeing the recruitment committee will fall on that individual. While the legal department will still have an advisory role in the process, the Mayor believes that it sends the wrong message to have the legal department in charge of this effort. The City hopes that having the committee operate under the guidance of the Mayor's Executive Assistant will be a signal to the local community how seriously the City takes the issue of recruiting qualified minority applicants.

Second, it is time to face the hard reality that there are current members of the committee who either have no interest in seeing the City succeed or who are not serious enough about the issue to be allowed to continue in their current role. While the City hoped that bringing the Black Guardians to the table would be a major step in helping our recruiting effort, their designated representatives have proven themselves unwilling to actively assist the City in recruiting minority candidates. One of these representatives has not attended four of the past five meetings. The other individual has repeatedly expressed his unwillingness to actively assist the City in recruiting. Therefore, those individuals will no longer be invited to take part in the recruitment committee's efforts. In their place, the City will invite any minority members of the police department who are interested in assisting the recruiting effort to join the committee. This will have the added benefit of bringing to the table those officers in the demographic which we are trying to recruit, as many of our current minority officers are in the age group we are trying to reach. The minority members of the fire department will be invited to join the committee as well. The City asks that the NAACP encourage the minority members of both departments to join the recruitment committee and to take an active role in the recruiting effort. Additionally, the fire department will assign a full-time recruiter who will join the committee at least one year in advance of the next firefighter examination.

Third, the NAACP's current representative to the recruitment committee is not of sufficient authority in that organization to produce the needed assistance. While the City would like for the current member remain on the committee, Local Branch President Ken Page will be asked to either join the committee himself or to send a higher level person in his place as well. The lack of active support the City received from the NAACP during the recent police exam recruiting process must be remedied if the City is to be successful in recruiting minorities. Both the City and the NAACP have obligations under the Consent Decree that must be fully met in order for us to succeed in our recruiting effort.



EXHIBIT #2

Fourth, the current representative from the Race Relations Task Force has not been attending meetings of the committee, due mainly to a conflict with his work schedule. While this is understandable, he will be replaced with someone who can take an active role in the committee's efforts.

Fifth, Office of Budget and Management Director Ken Crutcher has expressed an interest in joining the committee. His assistance will be invaluable. He will be asked to join the committee immediately.

2) Advertising -- All advertising efforts for upcoming examinations will be coordinated through the recruitment committee. While the billboards used for the recent police examination were a great idea, the content and location of the billboards were not as effective as they might have been. Several members of the committee expressed frustration at the lack of a role in the billboards' design. Director Sandy Robinson has an individual in the Community Relations department who is capable of producing advertising designs. The City intends to take full advantage of this talent in the future, and other recruitment advertising will be coordinated through the committee in order to insure that it is consistent and effective. Additionally, Director Robinson will be asked to chair a sub-committee specifically tasked with coming up with new and creative ideas for advertising upcoming exams.

3) Civil Service Rule Change -- The City will ask the Civil Service Commission to amend the rule that currently allows the police entry list to be extended for one year to allow for extensions of three months, up to a total of one year. This rule change would give added flexibility in the timing of examinations, something that often is a problem due to funding issues. This added flexibility in the timing of examinations should be helpful in recruiting as well, given that it is difficult to keep the interest of candidates for a period of up to two years in some cases.

4) City Recruiter -- The City will propose a collaborative effort with the NAACP to fund a contracted position specifically responsible for recruiting minority candidates to the City of Springfield. This person would be responsible for coordinating the efforts of the police and fire department recruiters, as well as for recruiting qualified minority candidates for other positions within City government. This individual would work in conjunction with the Office of Human Resources, but would answer directly to the Mayor's Executive Assistant.



**SPRINGFIELD POLICE DEPARTMENT**
Inter – Departmental Memorandum

RECEIVED
CHIEF OF POLICE

FEB - 7 2005

| | | | |
|---|---|---|---|
| **To:** | Deputy Chief Robert Williams | Professional standards | :Division |
| **From:** | Sergeant Kevin Keen | Crime Prevention | :Section |
| **Date:** | 2/7/2005 | | |

**Subject:** Recruiting

Officer Kevin Barrington, SPD Recruiting Officer, has advised me of news that warrants your attention. Officer Barrington is having difficulty enlisting the assistance of black officers on the department who have previously displayed an interest in, and have stated they would consider, accompany him on recruiting events. Officer Barrington approached and solicited the assistance of five black officers shortly after he became Recruiter in July, 2004. Each indicated they would be willing to assist and were interested in attending future events if their schedule allowed.

Officer Barrington provided a list of future recruiting events (enclosure 1) to the president of the Black Guardians in November, 2004, soliciting the participation of any Black Guardian member who could assist in recruiting events. No response was received. Since becoming Recruiter, Officer Barrington has attended nine (9) different recruiting events. Prior to each event, Officer Barrington contacts one or more of the officers he initially contacted, asking if they would participate or assist. To date, not one has assisted or accompanied Officer Barrington to a single recruiting event.

Officer Barrington attends bi-monthly meetings of the Minority & Female Recruitment Committee. At each meeting, he is asked what recruiting events he participated in since the last meeting. He is also asked if any black officers participated in the effort(s). Unfortunately, he has always had to reply "none". This does not reflect a positive image of the SPD's black officers, who have pledged to cooperate and participate in our efforts to improve diversified recruiting in the department.

This memorandum is in no way meant to diminish the efforts or interest by those officers. It is understood that outside factors will prevent participation, even when there is a desire to do so. This memorandum is forwarded, simply to document that efforts are being made and action is being taken to include minorities in the recruiting process without success.

Officer Barrington forwarded a new list (enclosure 2) of future recruiting events to those black officers who previously volunteered to assist with recruiting. This effort is being made as an additional reminder to them of events scheduled within in the next three months, should they be able to participate.

encl: as
cc: Chief Don Kliment
    Officer Kevin Barrington
    file



EXHIBIT
#3



# SPRINGFIELD POLICE DEPARTMENT
## Inter – Departmental Memorandum

**To:**    Ralph Harris                    Field Ops              :Division

**From:**    Kevin Barrington             Field Ops              :Section

**Date:**    11/3/2004

**Subject:**    November Recruiting Events

Ralph,

Here is a list of recruiting events for November 2004, would you please check with the Black Guardion members to see if anyone is available to assist in our recruiting efforts this month.

| | | |
|---|---|---|
| November 5, 2004 | UIC | Chicago, IL |
| November 10, 2004 | Lewis University | Romeoville, IL |
| December 4, 2004 | Black Expo | Boys & Girls Club |

Thanks for your help.


Kevin D. Barrington



xc:  Ricky Davis
     file

oncl 1



# SPRINGFIELD POLICE DEPARTMENT
### Inter – Departmental Memorandum

**To:**     See Distrubution List          Field Ops      **:Division**

**From:**     Kevin Barrington            Field Ops      **:Section**

**Date:**     2/7/2005

**Subject:**    Upcoming recruiting events

The following is a list of dates for upcoming recruiting events. If you are intersted in attending any of these events you may call me at 788-8391or forward an IDM, no later than February 18, 2005.

February 25, 2005

March 16, 2005
March 22, 2005
March 29, 2005

April 6, 2005
April 7, 2005

cc:
Ralph Harris
Melody Holdman
Cleo Moore
Terrance Davis
Butch Slater
file

encl 2

# MEMORANDUM

TO:         MAYOR TIMOTHY J. DAVLIN
FROM:       LETITIA DEWITH-ANDERSON
DATE:       WEDNESDAY, SEPTEMBER 3, 2003
RE:         NAACP CONSENT DECREE

---

Per our discussion, the following information is a synopsis of the NAACP Consent Decree for the recruiting and hiring of minorities in the Springfield Fire and Police Departments. In addition, please find attached a copy of the Consent Decree, minutes from the Minority and Female Recruitment Committee, Public Safety Academy Proposal, Leadership Springfield Curriculum, and the Springfield Police Department demographics.

## Minority Recruiting for SPF & SPD

Due to the NAACP Consent Decree, the City of Springfield (hereinafter "City") has created a Minority and Female Recruitment Committee for Police and Fire Candidates. The Committee consists of: Frank Martinez, Chief Hasara, Chief Kliment, Captain Dyment, Officer Heidi Homeier, Assistant Chief Geiger, Director Robinson, Joshua Carter, Director Selinger, Kim Wonnell, Kendra Davis, and Letitia Dewith-Anderson. (See Attachment)

The City has agreed to "take steps as are consistent with its goal to recruit and employ qualified African-American, other minority, and female applicants for the police officer and firefighters position in numbers reflecting their availability in the labor market available to the Springfield as a municipal employer. In addition, the plaintiffs (NAACP) shall assist and cooperate in those recruiting efforts. Springfield shall implement and maintain a recruitment program aimed at attracting qualified African-American, other minority, and female candidates in increased numbers and proportions to apply for firefighters and police officers positions. Springfield may use such procedures for police officer hiring, so long as the overall results of the selection process continues not to have a significant adverse impact against African-Americans, other minorities or women."

This consent decree is in effect for a minimum of five (5) years but no longer than ten (10) years. The Federal Court retains jurisdiction during this time to enforce the provisions of the consent decree. (See Attachment)

Both the Springfield Police and Fire Department have to document all minority-recruiting efforts. Documentation will demonstrate good faith compliance by the departments with the consent decree. Both Departments should have a minority recruiting line item in their budget. The Springfield Police Department has a full time recruiting officer, Officer Heidi Homeier. The Springfield Fire Department has a part-time recruiting officer, Captain Mark Dyment.

EXHIBIT
#4

The Mayor's Office has participated in two Committee meetings to discuss the consent decree and the good faith steps the departments are taking regarding the recruitment of minorities. To date, Sandy Robinson, Director of Community Relations, and Letitia Dewith-Anderson, Executive Assistant, have taken the following steps to assist with minority recruiting:

### a) Programs with School District #186

Recently, Sandy Robinson, Mark Dyment (Captain-SFD – recruiter), Heidi Homeier (Patrol Officer –SPD- recruiter), Frank Martinez (Assistant Corporation Counsel) and Letitia Dewith-Anderson met to discuss (1) possible public safety after school program for middle school students, (2) working with Lincoln Land Community College to market and implement Illinois Police Corp. at their school, and (3) working with University of Illinois at Springfield to market Illinois Police Corp.

It was agreed by all in attendance that if the City's goal was to recruit and maintain minorities and females in the perspective departments, then the City needed to begin its recruiting efforts in the formidable years of potential applicants.

Based upon the City's current fiscal crisis, the group decided that the City partner with organizations already operating in the schools and funded. Bob Blackwell's Safe Haven program and the 21st Century program was identified as potential partners. Safe Haven receives is funding from the Weed and Seed Program. It is serves Washington Middle School and other elementary schools.  The 21st Century program is housed in various schools in Springfield. Feitshan-Edison School (kindergarten – 6th grade) has this program.

Washington Middle School and Feitshan – Edison have a high percentage of low to moderate- income families with a high population of African American students.  Based upon their population, the schools were targeted for an after school program that would assist the Police and Fire Department in their recruiting efforts.

Mr. Blackwell was contacted and informed of the City's intention to establish a partnership with the Safe Haven and 21st Century programs. Mr. Blackwell was interested in viewing the proposal to take back to his board.

On Wednesday, August 27, 2003, Sandy Robinson and Letitia Dewith-Anderson met with Diane Rutledge, School Board Superintendent of District #186, to discuss an after school program at Washington Middle School and Feitshan-Edison. Ms. Rutledge indicated the program in concept sounded great; however wanted to have everyone interested in the program meet to discuss it in greater details. The next meeting is scheduled for September 22nd.

## b) Recruiting College Students

While the City needs a long term plan to address increasing and maintaining its minority workforce in the Police and Fire departments, it must also takes steps to address the problem at a quicker rate of return. Thus, the Illinois Police Corps and the Fire Safety program were discussed.

The Illinois Police Corps is a program geared toward college bound students. It requires sophomore college students to attend 2 summer training camps (equal to the Illinois Police Academy). Upon graduation, the candidate is eligible for direct employment with an Illinois police department, and the federal government reimburses up to $30,000.00 of college tuition for each applicant.

On Thursday, August 28th, Sandy Robinson and Letitia Dewith-Anderson met with President Jack Daniels of Lincoln Land Community College to discuss the Illinois Police Corps, Fire Safety Program and the possibility of Lincoln Land Community College, TSP-Hope, and the City erecting a campus site on the eastside at 15th and Cook. The Illinois Police Corps could possible attract sophomores students attending LLCC, place these students in the summer police academy program and then further their education at University of Illinois at Springfield.

And, the Fire Safety Program at LLCC could assist the City in addressing minority recruiting. Currently, Captain Mark Dyment is teaching this program. According to Captain Dyment, President Daniels reduced the number of classes in the program being offered. President Daniels indicated that the number of participants had dwindled decreasing the number of classes in demand, thus forcing the school to eliminate some of the classes offered.

However, the building of additional campus site in the heart of the eastside would allow the college to consider adding additional classes to the Fire Safety Program at this new location, which could increase minority recruiting for the City Fire Department.

A meeting with Chancellor Richard Ringeisen, at University of Illinois in Springfield, and his Chief of Staff followed the meeting with Lincoln Land Community College. The discussions included, the Illinois Police Corps and direct transfer of Lincoln Land Community College students (specifically fire service and criminal justice majors). The Chancellor was most interested in the program and requested additional information. Assistant Chief Geiger will contact the University with additional information and assistance.

Unfortunately, the Fire Department does not have financial funding for college incentives. Unlike the Police Department, the Fire Department has little money to

address its minority recruiting.  This may be an important factor in the department inability to attract and hire minorities and females.

## Martinez, Frank

| | |
|---|---|
| **From:** | Donelan, James |
| **Sent:** | Thursday, December 15, 2005 3:40 PM |
| **To:** | Martinez, Frank |
| **Subject:** | FW: Minority Recruiter |
| **Attachments:** | Minority Recruiter Job Description.doc; Minority Recruiter Candidate Questions.doc |

Frank:

Per our conversation, please find e-mail #1.

If you need any further information, please feel free to contact me.

Jim

---

**From:** Davlin, Tim
**Sent:** Tuesday, September 20, 2005 8:44 AM
**To:** Ken Page (kpage1@ameritech.net)
**Subject:** FW: Minority Recruiter

Ken:
Please let me know if you think we are on the right track...
Thanks!
Tim

---

**From:** Donelan, James
**Sent:** Tuesday, September 20, 2005 8:42 AM
**To:** Davlin, Tim
**Subject:** Minority Recruiter

Mayor:

Per our conversation, please find the draft Minority Recruiter job description and questions attached.

If you need any further information, please let me know.

Sincerely,

Jim Donelan
Executive Assistant to the Mayor
Office of Mayor Tim Davlin
800 East Monroe
Springfield, Illinois 62701
Telephone: (217) 789-2200
Fax: (217) 789-2109



EXHIBIT
#5

12/15/2005

## Coordinator of Police and Fire Department Minority Recruitment

*The City of Springfield and the Springfield Branch of the National Association for the Advancement of Colored People "shall implement and maintain a recruitment program aimed at attracting qualified African-American, other minority, and female candidates in increased numbers and proportions to apply for firefighter and police officer positions. The program shall have as its goal the recruitment of qualified African-American, other minority, and female applicants for firefighter and police officer positions in numbers reflecting their availability in the Springfield labor market."*

**Title:** Coordinator of Police and Fire Department Minority Recruitment

**Reports to:** Mayor of the City of Springfield

**Requirements:**

- Bachelor's degree preferred
- Proven track record in recruitment of minority employees, preferably Police Officers and Firefighters
- Effective human relations, interpersonal, and oral and written communication skills
- Proficient with computers and the Microsoft Office Suite
- Submit a cover letter, résumé, references, and completed questionnaire

**Responsibilities:**

- Manage and be responsible for the development of the recruitment of minority Police Officer and Firefighter candidates for the Springfield Police and Fire Departments

- Assist the City of Springfield and the Springfield Branch of the National Association for the Advancement of Colored People in compliance with the "Consent Decree"

- Developing a comprehensive recruitment plan for the recruitment of minority Police Officer and Firefighter candidates that may include a recruitment team/committee and/or community based/grassroots support

- Coordinate the development/training of a recruitment team

- Collaborate with the Mayor's minority recruitment committee

- Responsible for data collection and periodic reporting to the Mayor regarding recruitment efforts

- Attend university/college/community based job fair events

- Coordinate with Springfield Police and Fire Departments to attend job fair events

- Other duties as assigned

**Filing Deadline:** _____, 2005

**Effective Date:** Immediately

**Please refer all communication to:**

City of Springfield
Office of Human Resources
Room 309 Municipal Center West
Springfield, Illinois 62701
Telephone: (217) _____-_____



IF ASSISTANCE IN APPLYING IS REQUIRED
PLEASE NOTIFY THE OFFICE OF HUMAN RESOURCES

AN EQUAL OPPORTUNITY EMPLOYER

## Minority Recruiter Candidate Questions

1.  Summarize your experiences you have had with recruitment.

2.  Have you had experience with the recruitment of minority Police Officer and/or Firefighter candidates?  If so explain your strategies and results of your efforts.

3.  Are you aware of the past recruitment efforts/practices of the City of Springfield Police and Fire Departments? If so, how will you build upon this?

4.  Outline what you believe are the key steps for the successful minority recruitment position?

5.  Describe for us what connection you feel there is between recruiting highly qualified Police Officers and Firefighters and department success.

6.  What are your plans for collaborating with existing local organizations and the Springfield community to develop solid recruitment efforts locally?

7. What strategies will you use to connect with universities and colleges to broaden our pool of minority Police Officer and Firefighter candidates?

8. Other comments



## Martinez, Frank

| | |
|---|---|
| **From:** | Donelan, James |
| **Sent:** | Thursday, December 15, 2005 3:40 PM |
| **To:** | Martinez, Frank |
| **Subject:** | FW: Draft #2 |
| **Attachments:** | Minority Recruiter Job Description - Draft #2.doc; Minority Recruiter Candidate Questions - Draft #2.doc |

#2

**From:** Donelan, James
**Sent:** Friday, November 18, 2005 4:25 PM
**To:** 'Ken Page (kpage1@ameritech.net)'
**Subject:** Draft #2

Mr. Page:

Attached for your review, please find revised draft copies of the "African American, Female, and Minority Recruiter job description" and "candidate questions."

Once you have had a chance to look at the revisions, I would like to discuss the changes with you in detail. In particular, I had trouble incorporating some of the language from the "Ernst & Young" document.

Please feel free to give me a call at your convenience.

Thank you for your time and consideration.

Sincerely,

Jim Donelan
Executive Assistant to the Mayor
Office of Mayor Tim Davlin
800 East Monroe
Springfield, Illinois 62701
Telephone: (217) 789-2200
Fax: (217) 789-2109

# Draft

## Coordinator of African American, Female, and Minority Recruitment

**Title:** Coordinator of African American, Female, and Minority Recruitment

**Reports to:** Mayor of the City of Springfield

**Requirements:**

- Bachelor's degree required
- Desire experience in recruitment
- Proven track record in recruitment of African American, Female, and Minority employees, preferably Police Officers and Firefighters
- Effective human relations, interpersonal, teaming, and oral and written communication skills
- The ability to muti-task in a fast-paced environment
- Strong knowledge of recruiting/placement laws and practices
- Proficient with computers and the Microsoft Office Suite
- Submit a cover letter, résumé, references, and completed questionnaire

**Responsibilities:**

- Manage and be responsible for the development of the recruitment of African American, Female, and Minority job applicants for the City of Springfield.

- Assist the City of Springfield and the Springfield Branch of the National Association for the Advancement of Colored People in compliance with the "Consent Decree" which states: *"The City of Springfield and the Springfield Branch of the National Association for the Advancement of Colored People "shall implement and maintain a recruitment program aimed at attracting qualified African-American, other minority, and female candidates in increased numbers and proportions to apply for firefighter and police officer positions. The program shall have as its goal the recruitment of qualified African-American, other minority, and female applicants for firefighter and police officer positions in numbers reflecting their availability in the Springfield labor market."*

- Develop a comprehensive recruitment plan for the City of Springfield which includes the recruitment of minority Police Officer and Firefighter candidates that may include a recruitment team/committee and/or community based/grassroots support

- Coordinate the development/training of a recruitment team and collaborate with the Mayor's Minority and Female Recruitment Committee

# Draft

- Responsible for data collection, solicitation, and periodic reporting to the Mayor regarding recruitment efforts

- Writes correspondence and reports that contain conceptualizations, facts, and descriptive and quantitative inclusions

- Build close working relationships with the minority community and organizations

- Attend university/college/community based job fair events

- Coordinate with Springfield Police and Fire Departments to attend job fair events

- Other duties as assigned

**Filing Deadline:** _____, 2006

**Effective Date:** Immediately

**Please refer all communication to:**

City of Springfield
Office of Human Resources
Room 309 Municipal Center West
Springfield, Illinois 62701
Telephone: (217) ____-_____

IF ASSISTANCE IN APPLYING IS REQUIRED
PLEASE NOTIFY THE OFFICE OF HUMAN RESOURCES

AN EQUAL OPPORTUNITY EMPLOYER

**Draft**

### Coordinator of African American, Female, and Minority Recruitment Candidate Questions

1. Summarize your experiences you have had with recruitment.

2. Have you had experience with the recruitment of minority, African American and Female Police Officer and/or Firefighter candidates?  If so explain your strategies and results of your efforts.

3. Have you worked with cities the size of Springfield in recruiting minority, African American, and Female Police and Firefighter candidates?

4. Are you aware of the past recruitment efforts/practices of the City of Springfield Police and Fire Departments? Yes or No?  If yes, please explain.

5. Outline what you believe are the key steps for the successful minority, African American, and Female recruitment position?

6. Describe for us what connection you feel there is between a successful Police Department and Fire Department and the recruitment of minority, African American, and Female Police Officers and Firefighters.

**Draft**

7. Explain what benefits are gained when collaborating with existing local organizations and the Springfield community to develop solid recruitment efforts locally?

8. What strategies will you use to connect with universities and colleges to broaden our pool of minority, African American and Female Police Officer and Firefighter candidates?

9. What experience(s) do you have in working with the NAACP or Springfield Branch of the NAACP? Or community and civil rights organizations.

10. Other comments

# Police New Hires as of September, 2001

| Name | Hire Date | Race | Gender |
|------|-----------|------|--------|
| BATTERSON, JENNIFER R | 9/4/2001 | W | F |
| PLETSCH (BATTHAUER), HEATHER A | 9/4/2001 | W | F |
| BIVENS, DONALD L III | 9/4/2001 | W | M |
| CASH, KEVIN | 9/4/2001 | W | M |
| DAY, TERRY T. | 9/4/2001 | W | M |
| EGAN, MICHAEL A. | 9/4/2001 | W | M |
| HIGGINSON, EDWARD L | 9/4/2001 | W | M |
| KOLLINS, JAMES A | 9/4/2001 | W | M |
| MUMAW, DON L | 9/4/2001 | W | M |
| RHODES, KRISTOFFER D | 9/4/2001 | W | M |
| SHEA, JOHN W. | 9/4/2001 | W | M |
| WESTLAKE, ANGELA D | 9/4/2001 | W | F |
| WILLIAMS, KEITH | 9/4/2001 | B | M |
| BAILEY, CLEAOTHA | 9/4/2001 | B | M |
| GIBSON, PAUL | 6/16/2002 | W | M |
| ARNOLD, JOSEPH S | 7/22/2002 | W | M |
| COPELIN, ERIC D | 7/22/2002 | W | M |
| FILE, SARA B. | 7/22/2002 | W | F |
| FRAILEY, JEREMY C | 7/22/2002 | W | M |
| GRIGSBY, EARL | 7/22/2002 | W | M |
| LITTLE, PATRICIA J. | 7/22/2002 | W | F |
| LYONS, TERESA A. | 7/22/2002 | W | F |
| MCMASTERS, PATRICK M. | 7/22/2002 | W | M |
| WIESENMEYER, DARREN M | 7/22/2002 | W | M |
| WINGERTER, JONATHAN M | 7/22/2002 | A | M |
| BANDY, MATHEW L | 12/9/2002 | W | M |
| BELL, CLIFFORD | 12/9/2002 | B | M |
| CORY, JASON C. | 12/9/2002 | W | M |
| DIVJAK, DARRIN L | 12/9/2002 | W | M |
| DORSEY, JOHNATHAN S | 12/9/2002 | W | M |
| NEVILL, DOUGLAS S | 12/9/2002 | W | M |
| PENNELL, KEVIN C. | 12/9/2002 | W | M |

EXHIBIT

#6

# Police New Hires as of September, 2001

| Name | Hire Date | Race | Gender |
|------|-----------|------|--------|
| ROBINSON, CHAD | 12/9/2002 | B | M |
| SLATER, BUTCH M | 12/9/2002 | B | M |
| SPENGEL, RHET A | 12/9/2002 | W | M |
| TOZER, CHANCE P | 12/9/2002 | W | M |
| WALLACE, CHRISTOPHER | 12/9/2002 | B | M |
| BRANDS, JASON A | 11/3/2003 | W | M |
| HAYES, EMILY L. | 11/3/2003 | W | F |
| ALICEA, STEVEN B. | 6/14/2004 | H | M |
| DAY, TIMOTHY W. | 6/14/2004 | W | M |
| HUNT, IAN P. | 6/14/2004 | W | M |
| LEHR, RUSSELL W. | 6/14/2004 | W | M |
| NICHOLS, AARON P. | 6/14/2004 | W | M |
| MACK, MICHAEL | 11/1/2004 | B | M |
| TAN, DAVID | 11/1/2004 | A | M |
| MURPHY, JOE | 11/1/2004 | W | M |
| PETTIT, LOREN | 11/1/2004 | B | M |
| WEISS, DANIEL | 11/1/2004 | W | M |
| WARNISHER, CHANCE | 11/1/2004 | W | M |
| DODD, ANDREW | 11/1/2004 | W | M |
| HOLDER, TARA | 11/1/2004 | B | F |
| CHOCKLEY, TROY L. | 3/14/2005 | W | M |
| HUFFMAN, JASON E. | 3/14/2005 | W | M |
| WALLER, JONATHAN W. | 3/14/2005 | W | M |
| DAHLKAMP, AMY L. | 3/14/2005 | W | F |
| MOCK, JILL A. | 3/14/2005 | W | F |
| OGLESBY, ROBERT W. | 3/14/2005 | W | M |
| LANGAN, JOSEPH Z. | 3/14/2005 | W | M |
| JETT, LEROY N. | 3/14/2005 | W | M |
| ZAJICEK, TIMOTHY A. | 3/14/2005 | W | M |
| IRWIN, RYAN M. | 3/14/2005 | W | M |
| JONES, CHRISTOPHER W. | 3/14/2005 | W | M |
| KRUEGER,TODD M. | 8/29/2005 | W | M |

12/15/05
LWS/mkh

# Police New Hires as of September, 2001

| Name | Hire Date | Race | Gender |
|------|-----------|------|--------|
| MAZRIM,MICHAEL T. | 8/29/2005 | W | M |
| MARTIN,KATHARINE T. | 8/29/2005 | W | F |
| LEONARD,SETH P | 8/29/2005 | W | M |
| SADLER,KENNETH P. | 8/29/2005 | W | M |
| CORBITT,BRYAN J. | 8/29/2005 | W | M |
| BARRINGTON,KRISTOPHER | 8/29/2005 | W | M |
| AUSTIN,GLEN | 8/29/2005 | B | M |
| HUSTON,JOHN R. | 8/29/2005 | W | M |
| EDWARDS, EMANUELWEL | 12/19/2005 | B | M |
| STRATTON, MICHELLE | 12/19/2005 | W | F |
| RUYLE, DUSTIN | 12/19/2005 | DD | M |
| RUMMANS, DONALD | 12/19/2005 | W | M |
| CHISANO, ANTHONY | 12/19/2005 | W | M |
| COMMEAN, MARK | 12/19/2005 | W | M |
| DAVIDSON, SEAN | 12/19/2005 | W | M |
| SANDERS, TARA | 12/19/2005 | W | F |
| KUHN, ROBERT | 12/19/2005 | W | M |
| WOMACK, ALFRED | 12/19/2005 | B | M |
| LEACH, RYAN | 12/19/2005 | W | M |
| RIEGER IV, JOSEPH | 12/19/2005 | W | M |
| BURNS JR., RICKY | 12/19/2005 | B | M |
| CASTLES, RICKKI | 12/19/2005 | W | F |
| ROBERTS, JEREMY | 12/19/2005 | W | M |

12/15/05
LWS/mkh

# Passovers Requested Since September, 2001

## POLICE

| Last Name | First Name | Race | Gender | Passover Approval Date |
|---|---|---|---|---|
| Arnold | Joseph | White | Male | 9/5/2001 |
| Small | Aaron | White | Male | 9/5/2001 |
| Wingerter | Jonathan | Asian | Male | 9/5/2001 |
| Lyons | Teresa | White | Female | 9/5/2001 |
| Wallace | Christopher | Black | Male | 6/17/2002 |
| Spengel | Rhet | White | Male | 9/4/2002 |
| Davis | Jonathan | Black | Male | 12/4/2002 |
| Kinney | Kristy | White | Female | 8/4/2004 |
| Henson | Bryan | White | Male | 8/4/2004 |
| Wilson | Brian | Hispanic | Male | 8/4/2004 |
| Phillips | James | White | Male | 2/2/2005 |
| Beem | Scott | White | Male | 11/22/2005 |
| Bridges | Caleb | White | Male | 11/22/2005 |
| Compardo | Matthew | White | Male | 11/22/2005 |
| Krueger | Todd | White | Male | 11/22/2005 |

## FIRE

| Last Name | First Name | Race | Gender | |
|---|---|---|---|---|
| Rabin | Robert | White | Male | 4/3/2003 |
| Hamm | Angela | White | Female | 8/26/2005 |
| Allen | Semaj | Black | Male | 9/7/2005 |

mkh 12/15/05

**SPRINGFIELD POLICE DEPARTMENT**

**Inter-Departmental Memorandum**

RECEIVED
CHIEF OF POLICE

OCT 17 2005

TO: Sergeant Bertoni _____ Division

FROM: Glen Austin _____ Section

DATE: 10/17/05

SUBJECT: Resignation

At this time I would like to submit my resignation to the Springfield Police Department. I found a position that would allow me to spend more time with my family. Thank you for everything and I am sorry that things did not work out.

Sincerely,

_(signature)_

10/17/05

**EXHIBIT**

tabbies®

#7