IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| THE SPRINGFIELD BRANCH, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, et al.<br><br>          Plaintiffs,<br>v.<br><br>THE CITY OF SPRINGFIELD, ILLINOIS et al.<br>          Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No.00-3136<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEAL**

Plaintiffs Springfield Branch, NAACP and the National Association for the Advancement of Colored People ("NAACP"), hereby file this Notice of Appeal from the Opinion and Order filed by this Court on January 26, 2006.


February 22, 2006                          /s/ David L. Rose

                                                                                                        _____
David L. Rose
Attorney for the Plaintiffs
**Rose & Rose, P.C.**
1320 19th Street, N.W., Suite 601
Washington, D.C. 20036
(202) 331-8555