IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| THE SPRINGFIELD BRANCH, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, et al.<br><br>          Plaintiffs,<br>v.<br><br>THE CITY OF SPRINGFIELD, ILLINOIS et al.<br>          Defendants. | Civil Action No.00-3136<br><br>Certificate of Service |

The undersigned certifies that:

1) Plaintiffs' Notice of Appeal

was served this 22nd day of February, 2006, by email and First-Class Mail upon:

Frank Martinez
Assistant Corporation Counsel
Room 313 Municipal Center East
800 East Monroe Street
Springfield, IL 62701-1689
Telephone:  (217) 789-2393
Facsimile:   (217) 789-2397
corporationcounsel@cwlp.com


 /s/ David L. Rose
David L. Rose
Attorneys for Plaintiffs