# *SEVENTH CIRCUIT APPEAL INFORMATION SHEET*

*Include names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use separate sheet if needed.*

*District:*              *Docket No.:*

*Division:*

### *Plaintiff (Petitioner)  Short Caption  Defendant (Respondent)*

*v.*

---

*Current Counsel for Plaintiff (Petitioner):*          *Current Counsel for Defendant (Respondent):*

*(Use separate sheet for additional counsel)*

*Name:*              *Name:*

*Firm:*              *Firm:*

*Address:*           *Address:*

*Phone:*             *Phone:*

---

*Judge:*             *Nature of Suit Code:*

*Court Reporter:*    *Date Filed in District Court:*

                     *Date of Judgment:*

                     *Date of Notice of Appeal:*

*Counsel:*  ___Appointed      ___Retained     ___Pro Se

*Fee Status:*    ___Paid     ___Due     ___IFP     ___IFP Pending     ___U.S.     ___Waived

*(Please mark only 1 item above)*

Has Docketing Statement been filed with the District Court's Clerk's Office:     ___Yes     ___No

If 28 U.S.C. §2254 or 28 U.S.C. §2255, was certificate of appealability: ___granted; ___denied; ___pending

If certificate of appealability was granted or denied, what is the date of the order: _____

If Defendant is in Federal custody, please provide United States Marshal number (USM#): _____

**IMPORTANT:  THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(a).**