*SEVENTH CIRCUIT APPEAL INFORMATION SHEET*  *Page 2*
*(Continued)*

*Include names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal.*

District:   Central District of Illinois                           Docket No.:   00-3136

Division: Springfield

*Plaintiffs (Petitioners) continued from Page 1*

*National Association for the Advancement of Colored People;*
*Tara Borders; Arlo Gleghorn; Lavronte Harris; Lango Jambla;*
*Lornen Petit; James Eubanks, James E. Johnson & Tony L. Little*

v.

*Defendants (Respondents) continued from Page 1*

*Police Benevolent and Protective Association, Unit No. 5 and International Association*
*of Firefighters, Local 37*

-----------------------------------------------------------------------------------------------------------------

*Additional Counsel for Plaintiffs(Petitioners):*

\*       Attorney David L. Rose also represents: National Association for the Advancement of
         Colored People; Tara Borders; Arlo Gleghorn; Lavronte Harris; Lango Jambla; Lornen
         Petit and Tony L. Little)

Name:        **Ralph E. Williams** *(for NAACP - Springfield Branch; National Association for*
             *the Advancement of Colored People; Tara Borders; Arlo Gleghorn; Lavronte*
             *Harris;  Lango Jambla; and Lornen Petit)*

*Firm:*         Ralph E. Williams
*Address:*      P. O. Box 3081
                Springfield, IL 62708              *Phone:*       (217) 414-8290


Name:        **A. Courtney Cox** *(for Tara Borders)*

*Firm:*         Hart & Hart
*Address:*      P. O. Box 937
                Benton, IL 62812-0937              *Phone:*       (618) 435-8123

**SEVENTH CIRCUIT APPEAL INFORMATION SHEET**   Page 3
***(Continued)***

*Include names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal.*

District:   Central District of Illinois                              Docket No.:   00-3136

Division: Springfield

**Plaintiffs (Petitioners) continued from Page 1**

**National Association for the Advancement of Colored People;
Tara Borders; Arlo Gleghorn; Lavronte Harris; Lango Jambla;
Lornen Petit; James Eubanks, James E. Johnson & Tony L. Little**

v.

**Defendants (Respondents) continued from Page 1**

**Police Benevolent and Protective Association, Unit No. 5 and International Association of Firefighters, Local 37**

-----------------------------------------------------------------------------------------------------------------

**Additional Counsel for Defendants (Respondents):**

Name:        **Frank S. Martinez** *(for City of Springfield)*

Firm:        *City of Springfield, Office of Corporation Counsel*
Address:     *Room 313, Municipal Center East*
             *800 East Monroe Street*
             *Springfield, IL 62701-1689*            Phone:     *(217) 789-2393*


Name:        **Ronald J. Stone** *(for Police Benevolent and Protective Association, Unit No. 5)*

Firm:        *Stratton, Giganti, Stone & Kopec*
Address:     *725 S. Fourth Street*
             *Springfield, IL 62703*                 Phone:     *(217) 528-2183*

*SEVENTH CIRCUIT APPEAL INFORMATION SHEET*  *Page 4*
*(Continued)*

*Include names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal.*

District:   Central District of Illinois                              Docket No.:   00-3136

*Division: Springfield*

**Plaintiffs (Petitioners ) continued from Page 1**

**National Association for the Advancement of Colored People;
Tara Borders; Arlo Gleghorn;Lavronte Harris; Lango Jambla;
Lornen Petit; James Eubanks, James E. Johnson & Tony L. Little**

v.

**Defendants (Respondents) continued from Page 1**

**Police Benevolent and Protective Association, Unit No. 5 and International Association of Firefighters, Local 37**

-----------------------------------------------------------------------------------------------------------------

**Additional Counsel for Defendants (Respondents)**:

Name:        **Donald M. Craven** (for International Association of Firefighters, Local 37)

Firm:        *Craven Law Office*
Address:     1005 N. Seventh Street
             Springfield, IL 62702                      Phone: (217) 544-1777