**E-FILED**
Tuesday, 07 March, 2006  12:04:49 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES COURT OF APPEALS

### SEVENTH CIRCUIT

GINO J. AGNELLO
CLERK

219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

TELEPHONE
(312) 435-5850

**TO:  District Court Clerk's Office**

**RE:  Notice of Docketing**

The below captioned appeal has been docketed in the United States
Court of Appeals for the Seventh Circuit:

Appellate Court No.:  06-1594                Docketed on: 2/27/06
Short Caption:        Springfield NAACP v. City of Springfield
District Court Judge: Richard  Mills
District Court No.:   00 C 3136

If you have any questions regarding this appeal, please call this
office.

(1003-012490)

# United States Court of Appeals

## For the Seventh Circuit

## Chicago, Illinois 60604

### CIRCUIT RULE 3(b) NOTICE

**Date: February 27, 2006**
**Re:** Springfield NAACP v. City of Springfield
       Appeal No.: 06-1594

Appeal from the United States District Court for the
Central District of Illinois, 600 E. Monroe Street
No. 00 C 3136, Richard Mills, Judge

To:      David L. Rose, Esq.
         ROSE & ROSE
         Suite 900
         1320 19th Street N.W.
         Washington, DC  20036-1203

        Circuit Rule 3(b) empowers the clerk to dismiss an appeal
if the docket fee is not paid within fourteen (14) days of the
docketing of the appeal.   This appeal was docketed on 2/27/06.
The District Court has indicated that as of 2/22/06 the docket
fee has not been paid.  Depending on your situation, you should:

   1. Pay the required $250.00 docketing fee PLUS the $5.00
      notice of appeal filing fee to the District Court Clerk,
      **if you have not already done so.**  The Court of Appeals
      cannot accept this fee.  You should keep a copy of the
      receipt for your records.

   2. File a motion to proceed on appeal in forma pauperis
      with the District Court, **if you have not already done so.**
      An original and three copies of that motion, with proof
      of service on your opponent, is required.  This motion must be
      supported by a sworn affidavit in the form prescribed by Form 4
      of the Appendix of Forms to the Federal Rules of Appellate Procedur
      (as amended 12/1/98), listing the assets and income of the
      appellant(s).

   3. If the motion to proceed on appeal in forma pauperis is
      denied by the district court, you must either pay the
      required $250.00 docketing fee PLUS the $5.00 notice of
      appeal filing fee to the District Court Clerk, within 14
      days after service of notice of the action of the district
      court, or within 30 days of that date, renew your motion
      to proceed on appeal in forma pauperis with this court.
      If the motion is renewed in this court, it must comply with
      the terms of Fed. R. App. P. 24(a).

        If one of the above stated actions is not taken, the appeal
will be dismissed.

(1258-020300)
bcc:   John M. Waters