IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| THE SPRINGFIELD BRANCH, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, et. al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF SPRINGFIELD, ILLINOIS, et. al. <br><br> Defendant, and <br><br> POLICE BENEVOLENT AND PROTECTIVE ASSOCIATION, UNIT NO. 5 and INTERNATIONAL ASSOCIATION OF FIREFIGHTERS, LOCAL 37, <br><br> Third Party Defendants. | No. 00-3136 |

**MOTION FOR SUBSTITUTION OF COUNSEL**

**NOW COMES** the Defendant, **CITY OF SPRINGFIELD,** and moves this Court to allow Robert M. Rogers to withdraw and be relieved as counsel of record in this matter. This motion is made on the grounds that Robert M. Rogers is no longer employed by the City of Springfield. Jenifer L. Johnson, Corporation Counsel for the City of Springfield, and Frank Martinez, Assistant Corporation Counsel for the City of Springfield, have agreed to continue representing the Defendant in this action.

**WHEREFORE,** the Defendant respectfully prays for leave to Substitute Counsel hereto instanter and designate Frank Martinez as lead counsel and Jenifer L. Johnson as attorney to be noticed.

Respectfully submitted,
**CITY OF SPRINGFIELD, ILLINOIS**


By: /s/ Frank Martinez
Bar Number: 6225562
Attorney Defendant
Room 313, Municipal Center East
800 East Monroe Street
Springfield, IL 62701-1680
Telephone:   (217) 789-2393
Fax number: (217) 789-2397

## CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2006, I electronically filed Motion For Substitution of Counsel using the CM/ECF system, which will send notification of such filing to the following:

David L. Rose
Rose & Rose
1320 19th Street, N.W., Suite 601
Washington, D.C. 20036

A. Courtney Cox
Hart & Hart
P.O. Box 937
Benton, Illinois 62812-0937

Donald M. Craven
Attorney for IAFF, Local #37
1005 North 7th Street
Springfield, Illinois 62702

Ronald J. Stone
Attorney for PB&PA, Unit #5
725 South 4th Street
Springfield, Illinois 62703

Bradley B. Wilson
Gates, Wise & Schlosser, P.C.
1231 South Eighth Street
Springfield, Illinois 62703

                                    **s/ Frank Martinez**
                                    Bar Number 6225562
                                    Attorney for Defendant
                                    City of Springfield
                                    Assistant Corporation Counsel
                                    Room 313 Municipal Center East
                                    800 East Monroe Street
                                    Springfield, Illinois 62701-1689
                                    Telephone:  (217) 789-2393
                                    Fax:            (217) 789-2397
                                    Email:         corporationcounsel@cwlp.com