John M. Waters
United States District Court
Central District of Illinois
151 U.S. Courthouse
600 E. Monroe Street
U.S. Courthouse & Federal Building
Springfield, IL  62701

06-1594

**FILED**

SEP 17 2007

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

---------------------------------
(fold)

Enclosed is a copy of a document issued by this court in the following captioned case. Since this will be the only copy your firm/office will receive, if applicable, please circulate this order to other members of your firm/office who may have an interest in this case.

---------------------------------
(fold)

# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

NOTICE OF ISSUANCE OF MANDATE

DATE: September 11, 2007

TO: John M. Waters
United States District Court
Central District of Illinois
151 U.S. Courthouse
600 E. Monroe Street
U.S. Courthouse & Federal Building
Springfield, IL  62701

FROM: Clerk of the Court

RE: 06-1594
Springfield NAACP v. City of Springfield
00 C 3136, Richard Mills, Judge

FILED
SEP 17 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Herewith is the mandate of this court in this appeal. A certified copy of the opinion/order of the court shall constitute the mandate.

There was no record filed with this court in this cause.

Copies of this notice sent to:          Counsel of record

[ ]      United States Marshal

[ ]      United States Probation Office

Please acknowledge receipt of these documents on the enclosed copy of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above mandate from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

Date: ___September 17, 2007___           ___s/M. Stewart___
(1202-052495)                            Deputy Clerk, U.S. District Court

# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

<u>DISMISSAL PER FRAP 42(b)</u>

Date: September 11, 2007

**CERTIFIED COPY**

By the Court:

No. 06-1594

NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE,
TARA BORDERS, Individually and as representative of others
similarly situated, ARLO GLEGHORN, Individually and as
representative of others similarly situated, et al.,
      Plaintiffs - Appellants

 v.

CITY OF SPRINGFIELD, ILLINOIS,
    Defendant - Appellee

**FILED**
SEP 1 7 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Appeal from the United States District Court for the
Central District of Illinois
No. 00 C 3136, Richard Mills, Judge

  Upon consideration of the **MOTION TO DISMISS** filed by
the appellant on September 10, 2007,

  **IT IS ORDERED** that this cause is **DISMISSED**, pursuant
to Federal Rule of Appellate Procedure 42(b).

(1025-110293)

A True Copy:
Teste:

_[signature]_ deputy clerk
Clerk of the United States
Court of Appeals for the
Seventh Circuit.